THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: CUE HEALTH INC. : Case No. 24-11096/CTG
      *a/k/a Cue Health* :
      *a/k/a Cuehealth.com* : CHAPTER 7
                              :
      **Debtor.**

## NOTICE OF CHANGE FROM NO-ASSET TO ASSET
## AND REQUEST TO THE CLERK TO FIX BAR DATE
## TO FILE CLAIMS AGAINST THE ESTATE

**TO JOSEPH MCMAHON, ASSISTANT UNITED STATES TRUSTEE,** Alfred T. Giuliano, the Trustee in the above captioned matter, after due inquiry, having discovered assets hereby gives Notice that this is an Asset case. The Trustee requests the Clerk to fix the bar date to file claims against the estate.

June 5, 2024                      /s/ Alfred T. Giuliano
Dated                             Alfred T. Giuliano
                                     2301 E. Evesham Road
                                     Pavilion 800, Suite 210
                                     Voorhees, New Jersey 08043