# SIGN-IN SHEET

**JUDGE:** Goldblatt    **COURTROOM:** 4

**CASE NUMBER:** 24-11096    **CASE NAME:** Cue Health Inc. **DATE:** 6/7/2024 (10:00 AM)

*__***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***__*

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alan Root | Chipman, Brown, Cicero Cole | Ch 7 Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Cue Health Inc.
24-11096

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Taylor | Harrison | | | Audio Only |
| David | Zylberberg | Simpson Thacher & Bartlett LLP | BMR Entities | Video and Audio |