**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 7 |
| CUE HEALTH INC., *et al.*,[1] | Case No. 24-11096 (CTG) |
| Debtors. | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**CUE HEALTH INC. – CASE NO. 24-11096 (CTG)**

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Cue Health Inc. (2193); CHP HC, LLC (1932); and TrustedMedRx, LLC (8798). The Debtors' service address is 4980 Carroll Canyon Rd., Ste. 100, San Diego, CA 92121.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CUE HEALTH INC., *et al.*,[1] | Case No. 24-11096 (CTG) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Cue Health Inc. and its above-captioned debtors (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, as amended (the "Bankruptcy Code"), and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These *Global Notes and Statement of Limitations, Methodology and Disclaimer regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (collectively, the "Global Notes") pertain to, are incorporated by reference in, and compose an integral part of, all of the Schedules and Statements. These Global Notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.

The Schedules and Statements have been prepared based on information provided by the Debtors' former management personnel and their professional advisors, and are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of such information and data; however, subsequent information, data, or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions, or inaccuracies may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

In reviewing and signing the Schedules and Statement, Ian Sinnott, the duly authorized and designated representative of the Debtors (the "Authorized Representative"), has necessarily relied upon the prior efforts, statements, and representations of former employees, personnel, and

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Cue Health Inc. (2193); CHP HC, LLC (1932); and TrustedMedRx, LLC (8798). The Debtors' service address is 4980 Carroll Canyon Rd., Ste. 100, San Diego, CA 92121.

professionals of the Debtors (the Debtors no longer have any employees). The Authorized Representative has not (and could not have) personally verified the accuracy of each such statement and representation that collectively provide the information presented in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors and their addresses.

The Debtors and their past or present directors, officers, employees, attorneys, professionals and agents (including, but not limited to, the Authorized Representative), do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their past or present officers, employees, attorneys, professionals and agents (including, but not limited to, the Authorized Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or recategorized. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. In no event shall the Debtors or their past or present directors, officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Authorized Representative) be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

**Reservation of Rights**.  Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any rights of the Debtors and their estates or an admission with respect to the Debtors' chapter 7 cases, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination or recharacterization of debt, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws.

**Description of the Cases and "As of" Information Date**.  On May 28, 2024 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief with the Court under chapter 7 of the Bankruptcy Code.  Unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtors included in the Schedules and Statements and these Global Notes is provided as of the Petition Date or as close thereto as reasonably practicable under the circumstances.

**Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements prepared by the Debtors. Therefore, combining the assets and liabilities set forth in the Schedules and Statements could result in amounts that could be substantially different from any financial information regarding the Debtors prepared on a consolidated basis under GAAP.

As of the Petition Date, the Debtors did not conduct their normal accounting close process, therefore the normal procedures for reconciling accounts, recording and/or adjusting entries, and preparing financial statements (for the period ending as of the Petition Date) was not completed. As such, the Debtors developed the information presented in the Schedules and Statements as of the Petition Date based on currently available and accessible information, and in certain instances, amounts may reflect estimates. The subsequent receipt of additional data and information, including but not limited to vendor invoices, could be material.

**Recharacterization**.  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items included in the Schedules and Statements, and the Debtors and their estates reserve all rights in this regard.

**Intellectual Property Rights and Other Intangibles.**  Exclusion of certain intellectual property from the Schedules and Statements should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain intellectual property rights in the Schedules and Statements should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The value of the Debtors' intellectual property and license agreements are contingent and unliquidated. The Debtors' other intangibles and Intellectual property are listed on Schedule A/B 64. These assets have not been appraised by a professional within a year prior to the Petition Date. Therefore, the current values are listed as "Undetermined."

**Insiders**.  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) current or former directors, officers, or persons in control of the Debtors; (b) relatives of current or former directors, officers, or persons in control of the Debtors; (c) a partnership in which any of the Debtors is a general partner; or (d) an affiliate of the Debtors.  Except as otherwise disclosed herein or in the Statements, payments to insiders listed in (a) through (d) above are set forth on Statement 4.  Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right, or defense, and all such claims, rights, and defenses with respect thereto are hereby expressly reserved.  Further, the Debtors and their estates do not take any position with respect to:  (a) any such person's influence over the control of the Debtors; (b) the management responsibilities or functions of any such individual; (c) the decision-making or corporate authority of any such individual; or (d) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

4882-9943-5967.8

a. **Current Market Value – Net Book Value**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of resources for the Debtors to obtain current market valuations for all of the assets of their estates. Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date (unless another date is indicated herein or in the Schedules and Statements), and may not reflect the net realizable value of such assets.

b. **Setoffs**. To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are excluded from the Schedules and Statements. The Debtors and their estates reserve all rights with respect to any such setoffs.

c. **Credits and Adjustments**. Claims of creditors and/or prepayments from clients are listed in the amounts entered on the Debtors' books and records, and may not reflect certain credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors and their estates reserve all rights with regard to any such credits, allowances, and other adjustments, including, without limitation, the right to assert claims, objections, setoffs, and recoupments with respect to the same.

d. **Leases**. Prior to the Petition Date, the Debtors leased certain equipment from certain third-party lessors for use in the maintenance of their business. Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtors and their estates reserve all rights with respect to such issues.

e. **Executory Contracts and Unexpired Leases**. The Debtors have not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates. Rather, executory contracts and unexpired leases have been set forth solely on Schedule G. While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.

**Unknown or Undetermined Amounts**. Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

**Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information available at the time of filing the Schedules and

Statements. If additional information becomes available or further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtors and their estates reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

**Estimates**. The Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtors and their estates reserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

**Classifications**. Listing a claim (a) on Schedule D as "secured," (b) on Schedule E/F as "unsecured priority," or "unsecured non-priority," or (c) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors and their estates of the legal rights of any claimant, or a waiver of the rights of the Debtors and their estates to amend these Schedules and Statements to recharacterize or reclassify any claim or contract.

**Claims Description**. The Debtors and their estates reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority, or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated."

**Guaranties and Other Secondary Liability Claims**. Guaranties and other secondary liability claims (collectively, the "Guaranties") with respect to the Debtors' contracts and leases may not be included on Schedule H. Therefore, the Debtors and their estates reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

**Board Resignations**. Carole Faig, Maria Martinez, Chris Achar, Joanne Bradford, Joshua Ghaim, and Sachin Jain served as directors of Debtor Cue Health Inc. through and including the filing of the petitions. The resignations of these directors were effective concurrent with the filing of the petitions. As a result, any reference to any directors in these Schedules and Statements indicates that such director was a current director as of the Petition Date notwithstanding such director's subsequent resignation prior to the filing of the Schedules and Statements.

## NOTES FOR SCHEDULES

**Schedule A/B – Assets – Real and Personal Property**. The amounts listed in Part 1 are presented as of May 24th, 2024, which is the most recent information available to the Debtors. East West Bank accounts ending in 5283, 7815, and 6412 are listed with a $0.00 balance because they are zero-balance accounts that are automatically swept to the Debtors' primary operating account, ending in 4374 held at East West Bank at the end of each day.

**SOAL A/B Question 7**: The Debtors were required to make deposits from time to time with various vendors, landlords, and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified. The deposits shown are estimates as of the Petition Date.

**SOAL A/B Question 8:** The Debtors were required to make prepayments from time to time with various vendors, landlords, and service providers as part of the ordinary course of business. The Debtors have exercised reasonable efforts to identify any prepayments. Some of these prepayments include insurance policies with annual premiums paid in a single lump sum upfront and amortized over the policy period. Other prepayments include software licenses for one-year terms which are paid upfront and amortized over the license period. The Debtors may have inadvertently omitted certain prepayments and conversely may have reported prepayments for which services have already been provided. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if prepayments are incorrectly identified. Moreover, the retainer amounts paid by the Debtors to their bankruptcy counsel, Wilson Sonsini Goodrich & Rosati, P.C., their financial advisor, FTI Consulting, Inc., and their administrative advisor, Epiq Systems, Inc., on an earned upon receipt basis, do not constitute an interest of the Debtors in property and thus are not listed. These amounts paid are listed in response to Statement 11.

The Debtors maintain their books and records on an accrual basis. Accordingly, certain terms listed in Schedule A/B, Part 2, are listed in the Debtors' books and records as prepayments or deposits, but are, in fact, payments made for certain future expenses or invoices

**SOAL A/B Question 11:** The Debtors are currently unable to determine the amount of receivables collected in the 90 days preceding the Petition Date, because certain amounts were collected within a few days of the Petition Date, and the Debtors' employees were all terminated on May 24, 2024 and the majority of the Debtors' employees did not work after May 20, 2024 when their upcoming termination was announced. As a result, the amounts reflected are the balances sourced as of May 21st, 2024. The amounts listed reflect both third-party receivables and intercompany receivables from certain non-debtor entities.

**SOAL A/B Question 19**: As of the Petition Date, Debtor TrustedMedRx, LLC may possess raw materials necessary to its pharmacy business operations. However, prior to the Petition Date, the Debtors did not regularly maintain books and records of these raw materials or obtain valuations of these materials. Additionally, Debtor Cue Health Inc. purchased inventory shown in this Schedule, an unknown and untracked amount of which was used by the Debtors for research and development purposes. Once such inventory and materials were used for research and development purposes, it cannot be resold. As a result, the Debtors are unable to adequately capture the current value of the purchased inventory and materials as a commercially viable product and are only able to present the net book value as of March 31, 2024.

**SOAL A/B Question 20:** Debtor TrustedMedRx, LLC ceased filling prescriptions prior to the Petition Date. However, Debtor TrustedMedRx, LLC may possess work in progress related to its prepetition operations. Prior to the Petition Date, the Debtors did not regularly maintain books and records of its work in progress or obtain valuation of such work. Net book value presented herein is presented as of March 31, 2024, not the date of last physical inventory.

**SOAL A/B Question 21**: As of the Petition Date, Debtor TrustedMedRx, LLC may possess finished goods, including goods held for resale. However, prior to the Petition Date, the Debtors did not regularly maintain books and records of these finished goods or obtain valuations of any such goods. Net book value presented herein is presented as of March 31, 2024, not the date of last physical inventory.

6

**SOAL A/B Question 22**: As of the Petition Date, Debtor TrustedMedRx, LLC may possess other inventory and supplies. However, prior to the Petition Date, the Debtors did not regularly maintain books and records of such other inventory or obtain valuations of other inventory.

**SOAL A/B Question 39**: As of the Petition Date, Debtor TrustedMedRx, LLC may possess office furniture used in connection with its prepetition operations. However, prior to the Petition Date, the Debtors did not regularly maintain books and records of such office furniture or obtain any valuations related to the same.

**SOAL A/B Question 40:** As of the Petition Date, Debtor TrustedMedRx, LLC may possess office fixtures related to its prepetition operations. However, prior to the Petition Date, the Debtors did not regularly maintain books and records of such office fixtures or obtain any valuations related to the same.

**SOAL A/B Question 41:** As of the Petition Date, Debtor TrustedMedRx, LLC may possess office equipment, including computer equipment and communications systems equipment and software. However, prior to the Petition Date, the Debtors did not regularly maintain books and records of such office equipment or obtain any valuations prior to the same. The Debtors also did not, historically, update the book value of certain equipment after de minimis sales of such assets.

**SOAL A/B Question 72:** All tax values related to 2023 in Scheduled A/B, question 72, are estimates unless otherwise stated.

**SOAL A/B Question 73:** The Debtors do not attribute any cash value to the listed insurance policies.

**SOAL A/B Question 74:** Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their respective causes of action or potential causes of action against third parties as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws. The Debtors and their estates reserve all rights with respect to any claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and causes of action.

**<u>Schedule D – Creditors Who Have Claims Secured by Property</u>**. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any of the Debtors. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document, or instrument related to any such claim. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related

documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

In certain instances, a Debtor may be a co-obligor with respect to scheduled claims of other Debtors. No claim set forth on the Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies, and other parties that may hold security deposits.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses that such parties may be entitled to.

## Schedule E/F – Creditors Who Have Unsecured Claims.

**Part 2**. Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtors; accordingly, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts. Also, the amounts listed on Part 2 of Schedule E/F reflect known prepetition claims as of the Petition Date. Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Part 2 of Schedule E/F, and the Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them. The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of Schedule E/F.

The Debtors have used commercially reasonable efforts to include all creditors on Part 2 of Schedule E/F. The amounts listed for liabilities on Schedule E/F may be exclusive of certain contingent and unliquidated amounts.

In addition, due to the termination of the Debtors' employees shortly before the Petition Date, the Debtors have not separately assessed each claim in Schedule E/F for its basis or analyzed whether each claim is contingent, unliquidated, or disputed. Accordingly, many claims are listed as trade payables as a default, but may have a different basis. The Debtors reserve all rights regarding the categorization and classification of the claims in Schedule E/F.

The Debtors issued the final payroll for their employees shortly before the Petition Date. Certain amounts owed to employees related to the Debtors' 401(k) benefits plan may not have been processed due to the proximity of when the payments were made to the Petition Date. Further, the Debtors have only listed former employees on Schedule E/F where such former employees have a claim known to the Debtors and the Debtors have not listed all former employees on Schedule E/F.

Third parties should not anticipate that the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules will reflect their ultimate recoveries in these chapter 7 cases. Actual assets and liabilities may deviate from the amounts shown in the Schedules due to various events that occur throughout the duration of these chapter 7 cases.

4882-9943-5967.8

The Debtors have identified certain unliquidated, tax-related priority unsecured claims relating to an amended 2021 federal tax returns and a California Use Tax audit. Total claim amounts nor priority amounts cannot yet be determined until such actions are processed by federal or state authorities.

**Schedule G – Executory Contracts and Unexpired Leases**.  Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred in preparing Schedule G.  The termination of the Debtors' employees prior to the time these Schedules and Statements were prepared may also have resulted in advertent exclusion of executory contracts from this Schedule G. Omission of a contract, lease, or other agreement from Schedule G does not constitute an admission that such omitted contract, lease, or other agreement is not an executory contract or unexpired lease.  Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases, and other agreements to which the Debtors are a party, including, without limitation, to add any that the Debtors did not list on Schedule G at this time.  Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date, or is valid or enforceable.  The agreements listed on Schedule G may have expired, or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements that may not be listed on Schedule G.

Certain confidentiality, non-disclosure, and non-compete agreements may not be listed on Schedule G. Certain of the contracts and agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry.

Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal or other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G or Schedule F.

The Debtors may also have entered into various other types of agreements in the ordinary course of their business, such as subordination, non-disturbance and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements, non-disclosure agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and may be subject to dispute. Executory agreements that are oral in nature, if any, have not been included on Schedule G.

Additionally, the Debtors maintain certain insurance programs.  The Debtors and their estates reserve all rights in connection with such insurance programs.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract. All rights, claims, and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved. The Debtors and their estates hereby reserve all rights to:  (a) dispute the validity, status, or

4882-9943-5967.8

enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary.

## NOTES FOR STATEMENTS

**Statements 1 & 2:** On March 22, 2023, Debtor CHP HC, LLC, a wholly owned subsidiary of Debtor Cue Health Inc., entered into a definitive agreement to acquire TrustedMedRx, LLC, a privately-held pharmacy, which held operating licenses in various jurisdictions (the "Acquisition"). The Acquisition was completed on May 4, 2023. Debtor TrustedMedRx, LLC, thus was not affiliated with the Debtors' business in 2022 and no sources of revenue are reportable for that period. Additionally, the Debtors generally track revenue by quarter, so amounts presented herein are not presented as of the Petition Date, but rather through the last quarter close of the Debtors' books and records before the Petition Date.

**Statement 3**.  Statement 3 includes any disbursement or other transfer made by the Debtors within 90 days prior to filing, except for those made to insiders or in connection with the bankruptcy, which are reflected on Statements 4 and 11, respectively. Stock vesting described herein reflects the stock's value based on the share price at the time of vesting.

**Statement 4**.  Statement 4 has been presented on a gross payment basis.  Actual amounts received by the parties listed on Statement 4 may differ based upon withholding and other tax obligations. Additionally, certain of the Debtors' former employees whose employment was terminated on May 24, 2024, received two payroll payments on May 24, 2024, the first, represented their ordinary course biweekly payroll in arrears for the prior two weeks' worth of work, the second represented payment for the final week of their employment, which ended on May 24, 2024.

**Statement 7**.  The Debtors and their estates reserve all rights, claims, and defenses with respect to all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings).  The listing of any such lawsuits and proceedings shall not constitute an admission by the Debtors and their estates of any liabilities.

**Statement 8**. Certain of the Debtors' directors' and officers' liability insurance policies are listed herein. These are not tail payments for such insurance, which are separately listed in the Schedules and Statements. Instead, because the Debtors historically paid directors' and officers' liability insurance upfront and then amortized the amounts owed, these amounts have been shown as prepayments to ensure consistency with their presentation in the Debtors' books and records.

**Statement 13**. Given the manner in which the auctions that resulted in these property transfers were conducted, the counterparties to certain of the transfers of property listed in this statement are unknown to the Debtors. As a result, the intermediary/auctioneer of the property sold, Liquidity Services, has been listed as counterparty.

**Statement 21.** Property listed in this statement was sold in connection with the auctions and sales referenced in Statement 13, but was not picked up by the purchasing counterparty prior to the Petition Date.

**Statement 26(a).** The Debtors ceased operations and terminated their remaining employees on May 24, 2024. With respect to the accountants and bookkeepers identified herein, the end date of such person's maintenance of the Debtors' books and records reflects either a prior termination date or May 24, 2024, as the date upon which such persons no longer had access to the Debtors' books and records. All employees are listed with 'Former" before their titles to reflect that their titles were terminated with their employment on or before May 24, 2024. Certain individuals listed in this response may have retained access to the Debtors' books and records for a limited time period in connection with their service as a consultant or independent contractor to the Debtors from the period from May 24, 2024, through the appointment of a Chapter 7 Trustee or shortly thereafter. Such consultant services are not reflected in this response because such consultants are no longer employees of the Debtors.

**Statement 26b.** Statement 26b lists individuals who have audited the Debtors book of accounts. The Debtors have listed BDO USA, P.C. and Ernst & Young US LLP as having audited the Debtors' book of accounts, however the engagement of such firms by the Debtors pre-dates the tenure of any of the existing employees remaining at the company during the time of SOFA/SOAL preparation or who became independent contractors or consultants to the Company after May 24, 2024.

**Statement 26d**. The Debtors provided financial statements in the ordinary course of their businesses to certain parties within two years immediately before the Petition Date, including with respect to the Debtors' prior restructuring and financing efforts. Considering the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors may not have disclosed all parties that may have received such financial statements for the purposes of Statement 26d. Certain of the Debtors are registrants with the Securities and Exchange Commission and file with such agency periodic financial reports on a consolidated basis. These reports also contain information about those Debtors' finances, and are available publicly through the Debtor Cue Health Inc. website cuehealth.com.

Additionally, from time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing, and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, vendors and landlords and their legal and financial advisors. The Debtors do not maintain complete lists or other records tracking such disclosures. Therefore, the Debtors have not provided full lists of these parties in part 13, Question 26 of the Statements.

**These Global Notes are in addition to the specific notes set forth in the Schedules and Statements of the Debtors. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note in any or all of the Debtors' remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a**

**Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.**

☐ Check if this is an
    amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNDETERMINED |
| --- |

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $181,105,090.67 |
| --- |

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $181,105,090.67 |
| --- |

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $713,419.72 |
| --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $231,600.62 |
| --- |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

| + | $16,483,684.98 |
| --- | --- |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

| $17,428,705.32 |
| --- |

Debtor    Cue Health Inc

United States Bankruptcy Court for the:    District of Delaware

Case number    24-11096
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

1. **DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **CASH ON HAND**
   **NONE**

3. **CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
   *(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | COMERICA | LC COLLATERAL ACCOUNT | 4953 | $615,528.21 |
| 3.2. | EAST WEST BANK | AR FACTORING ACCOUNT | 0213 | $0.00 |
| 3.3. | EAST WEST BANK | CANADIAN CUSTOMER COLLECTION ACCOUNT | 1809 | $0.00 |
| 3.4. | EAST WEST BANK | DEPOSIT ACCOUNT | 0892 | $106,608.39 |
| 3.5. | EAST WEST BANK | DORMANT ACCOUNT | 6404 | $0.00 |
| 3.6. | EAST WEST BANK | EXPENSE REIMBURSEMENT OPERATING ACCOUNT | 6412 | $0.00 |
| 3.7. | EAST WEST BANK | MAIN OPERATING ACCOUNT | 4374 | $1,737,963.26 |
| 3.8. | EAST WEST BANK | OPERATING ACCOUNT | 0992 | $0.00 |
| 3.9. | EAST WEST BANK | PRIMARY AR FACTORING ACCOUNT | 4948 | $0.00 |
| 3.10. | EAST WEST BANK | PRIMARY MONEY MARKET ACCOUNT | 4366 | $0.00 |
| 3.11. | EAST WEST BANK | PUBLIC SECTOR COLLECTION ACOUNT | 7815 | $0.00 |
| 3.12. | EAST WEST BANK | SECONDARY MONEY MARKET ACCOUNT | 8151 | $0.00 |

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

**3.  CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.13. | EAST WEST BANK | U.S. CUSTOMER COLLECTION ACCOUNT | 5283 | $0.00 |
| 3.14. | GOLDMAN SACHS | BROKERAGE ACCOUNT | 5536 | $0.00 |
| 3.15. | HSBC | OPERATING ACCOUNT | 4109 | $115.49 |
| 3.16. | ROYAL BANK OF CANADA | CANADIAN TAX ACCOUNT | 3263 | $65,530.39 |

**4.  OTHER CASH EQUIVALENTS**

**NONE**

| **5** | **Total of Part 1.** ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | **$2,525,745.74** |
|---|---|---|

| **Part 2:** | **DEPOSITS AND PREPAYMENTS** |
|---|---|

**6.  DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐  No. Go to Part 3.
☑  Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

**7.  DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| 7.1. | CALIFORNIA BOILER - 25% MATERIAL AND LABOR DOWN PAYMENT | $9,560.00 |
|---|---|---|
| 7.2. | CELTIC LEASING - DEPOSIT FROM 2018 | $500.00 |
| 7.3. | EFFI - DEPOSIT FOR ASSET APPRAISAL | $75,000.00 |
| 7.4. | FTI CONSULTING INC. - RETAINER | $40,338.00 |
| 7.5. | PACIFIC HORIZON MGT. GROUP INC. - FACILITY SECURITY DEPOSIT | $27,234.00 |
| 7.6. | PRES-TECH PLASTICS INC - DEPOSIT | $40,667.50 |
| 7.7. | SMC LTD - DEPOSIT | $33,870.00 |
| 7.8. | STRATEGIC LABS PARTNERS - DEPOSIT | $39,522.25 |
| 7.9. | US SECURITIES & EXCHANGE COMMISSION - SEC FILING FEE DEPOSIT | $12,450.00 |
| 7.10. | WELLS FARGO - DEPOSIT FOR ASSET APPRAISAL | $100,000.00 |
| 7.11. | WESTCORE - SECURITY DEPOSIT | $169,509.44 |
| 7.12. | WESTEC PLASTICS CORPORATION - DEPOSIT | $309,017.50 |
| 7.13. | WILSON SONSINI GOODRICH & ROSATI - RETAINER | $6,855.04 |

**8.  PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| 8.1. | ADOBE SYSTEMS - ADOBE YEARLY RENEWAL - ADOBE SALES ORDER 260525630 11/24/23 - 11/23/24 | $58,294.40 |
|---|---|---|
| 8.2. | AGILENT TECHNOLOGIES, INC. - SERVICE CONTRACT FOR BIOANALYZER - QUOTATION NUMBER: 5001241748 | $2,352.00 |
| 8.3. | ALPHASENSE - LICENSES FOR WALLSTREET INSIGHTS | $10,000.00 |
| 8.4. | ALPHASENSE - LICENSES FOR WALLSTREET INSIGHTS | $10,000.00 |
| 8.5. | ARIBA, INC. - ARIBA SUBSCRIPTION - INVOICE 6063564105 | $992.61 |
| 8.6. | ASANA, INC. - ASANA EXTRA LICENSES - JAN 11, 2024 TO AUG 24, 2024 - INVOICE # INV02630203 | $1,162.68 |

| | Current value of debtor's interest |
|---|---|

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.7. | ASANA, INC. - ASANA RENEWAL - CONTRACT ID: IC-31714 | $4,999.00 |
| 8.8. | ASCENDANT MARKETING GROUP, LLC - PREPAID OFFICE RENTAL DEPOSIT | $8,500.00 |
| 8.9. | AUDITBOARD, INC - RETROACTIVE PO NEEDED FOR INVOICE PAYMENT - AUDITBOARD (CROSSCOMPLY AND SOXHUB) | $29,500.00 |
| 8.10. | AUDITBOARD, INC - SOXHUB PROFESSIONAL ANNUAL SUBSCRIPTION FEE | $29,500.00 |
| 8.11. | AVALARA, INC - AVALARA TAX SERVICES ANNUAL SERVICES 6/01/2023 - 5/31/2024 | $2,650.06 |
| 8.12. | AVALARA, INC - OVERAGE USAGE ON AVALARA SERVICES | $3,716.46 |
| 8.13. | BIOCOM - PREPAID EXPENSE REVIEW RECLASS Q1'24 DOCUMENT NUMBER:2024-0507 | $39,416.67 |
| 8.14. | BIO-RAD LABORATORIES, INC. - CSP10017, DIGITAL PCR SYSTEM - RENEWAL PERIOD:  9/11/2023 - 9/10/2024 | $6,011.03 |
| 8.15. | BIO-RAD LABORATORIES, INC. - CSP10057, RD097047 - 96W DEEP RXN MOD C1000/C1000 TOUCH/S1000 - RENEWAL PERIOD:  9/11/2023 - 9/10/2024 | $342.79 |
| 8.16. | BUSINESS WIRE, INC. - PRESS RELEASES | $2,750.00 |
| 8.17. | BYNDER DIGITAL ASSET MANAGEMENT - RECLASS - ROUND1'Q1'24 DOCUMENT NUMBER:B20188026860 | $29,610.00 |
| 8.18. | CALENDLY LLC - ENTERPRISE YEARLY (50 UNITS) - SEP 27, 2023 TO SEP 27, 2024 | $6,750.00 |
| 8.19. | CALIFORNIA DEPARTMENT OF PUBLIC HEALTH - FAC00083308 REGISTRATION RENEWAL - 4980 CARROLL CANYON RD | $277.33 |
| 8.20. | CAVIGNAC & ASSOCIATES - POLICY #NZCASA11874 - NEW ZEALAND CLINICAL TRIALS PREMIUM - 06/19/23 - 06/19/24 | $6,618.25 |
| 8.21. | CDW DIRECT LLC - MICROSOFT LICENSES FROM OCT 2023 TO DEC 2023 | $31.25 |
| 8.22. | CDW DIRECT LLC - RECLASS CDW DIRECT, DOCUMENT NUMBER X980215 , #PO-22930 | $698.36 |
| 8.23. | CDW DIRECT LLC - RECLASS CDW DIRECT, DOCUMENT NUMBER X980215 , #PO-22930 | $429.05 |
| 8.24. | CDW DIRECT LLC - RECLASS CDW DIRECT, DOCUMENT NUMBER X980215 , #PO-22930 | $207.70 |
| 8.25. | CDW DIRECT LLC - RECLASS CDW DIRECT, DOCUMENT NUMBER X980215 , #PO-22930 | $119.21 |
| 8.26. | CDW DIRECT LLC - RECLASS CDW DIRECT, DOCUMENT NUMBER X980215 , #PO-22930 | $117.51 |
| 8.27. | CDW DIRECT LLC - REMOVE CDW DIRECT DOCUMENT NUMBER X107570, #PO-22294 | $2,199.17 |
| 8.28. | CDW DIRECT LLC - VMWARE RENEWAL - 9/6/2023 TO 9/6/2024 | $6,205.60 |
| 8.29. | CORNERSTONE ONDEMAND INC. - CORNERSTONE ONDEMAND LEARNING MANAGEMENT SYSTEM | $22,310.75 |
| 8.30. | COUNTY OF SAN BERNARDINO PROPERTY TAX COLLECTORS - PROPERTY TAXES | $20,648.55 |
| 8.31. | COUNTY OF SAN DIEGO - PROPERTY TAXES | $703,340.04 |
| 8.32. | COUPA SOFTWARE INC. - RECLASS-10 23 ROUND 11.07.23 DOCUMENT NUMBER: 97781 | $144,765.75 |
| 8.33. | CULTURE AMP INC - ENGAGEMENT - ENTERPRISE | $19,355.00 |
| 8.34. | CULTURE AMP INC - ROUND 1 RECLASS_MAY 2023 DOCUMENT NUMBER:33487 | $6,883.33 |
| 8.35. | CYTIVA (GLOBAL LIFE SCIENCES SOLUTIONS) - AKTA AVANT 150 PM (EQ00507-002) OLIGO | $2,366.67 |
| 8.36. | CYTIVA (GLOBAL LIFE SCIENCES SOLUTIONS) - AMORT EXP TO 2024_53130-13010 DEC'23 RECLASS | $19,475.08 |
| 8.37. | CYTIVA (GLOBAL LIFE SCIENCES SOLUTIONS) - AMORT EXP TO 2024_53130-13010 DEC'23 RECLASS | $15,500.00 |
| 8.38. | CYTIVA (GLOBAL LIFE SCIENCES SOLUTIONS) - AMORT EXP TO 2024_53130-13010 DEC'23 RECLASS | $14,203.63 |
| 8.39. | CYTIVA (GLOBAL LIFE SCIENCES SOLUTIONS) - PREPAID EXPENSE REVIEW RECLASS Q1'24 DOCUMENT NUMBER:12671972 | $34,833.33 |
| 8.40. | DATAWORKS DEVELOPMENT, INC. - CUSTOMER CARE PROGRAM - ASCENT SERVER | $3,525.00 |
| 8.41. | DEFINITIVE HEALTHCARE LLC - DEFINITIVE HEALTHCARE ANNUAL SUBSCRIPTION - YEAR 2 | $58,401.00 |
| 8.42. | DOCUSIGN, INC - ESIGNATURE BUSINESS PRO EDITION - ENVELOPE  SUBS - 20,000 ENVELOPES | $2,825.00 |
| 8.43. | DUN & BRADSTREET - D&B FINANCE ANALYTICS | $5,950.00 |

| | | Current value of debtor's interest |
|--|--|--|

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|--|--|--|
| 8.44. | EMBER RIVER LLC - NETSKOPE DATA PROTECTION AND SECURE WEB GATEWAY 10/27/23 - 10/28/24 | $59,004.17 |
| 8.45. | EMBER RIVER LLC - RENEWAL OF EMBER RIVER CONTRACT FOR VEZA INFOSEC SAAS TOOL 12/31/23 - 12/31/24 | $18,009.38 |
| 8.46. | EMBER RIVER LLC - RENEWAL OF EMBER RIVER CONTRACT FOR VEZA INFOSEC SAAS TOOL 12/31/23 - 12/31/24 | $18,009.38 |
| 8.47. | EPPENDORF NORTH AMERICA INC. - PREPAID EXPENSE REVIEW RECLASS Q1'24 DOCUMENT NUMBER:4008007939 | $41,148.62 |
| 8.48. | EVOTEK - RECLASS EVOTEK TO PREPAIDS | $3,668.39 |
| 8.49. | FIDELITY INVESTMENTS - PREPAID DEPOSIT RECLASS_DEC'23 | $5,297.00 |
| 8.50. | FIDELITY INVESTMENTS - PREPAID DEPOSIT RECLASS_DEC'23 | $5,000.00 |
| 8.51. | FIGMA, INC - FIGMA ENTERPRISE - NOVEMBER 18, 2023 UNTIL NOVEMBER 17TH, 2024 | $24,600.00 |
| 8.52. | GUIDEPOINT SECURITY LLC - BRAND PROTECTION  SERVICES | $14,843.75 |
| 8.53. | GUIDEPOINT SECURITY LLC - BRAND PROTECTION SERVICES | $29,687.50 |
| 8.54. | GUIDEPOINT SECURITY LLC - GUIDEPOINT PALO ALTO FIREWALLS - 12/22/2023 UNTIL 12/22/2024 | $47,732.97 |
| 8.55. | GUIDEPOINT SECURITY LLC - OKTA ADDITIONAL LICENSES - 67070 | $21,425.79 |
| 8.56. | GUIDEPOINT SECURITY LLC - OKTA RENEWAL FOR JUNE 2023-JUNE 2024 (YEAR 3) | $33,529.62 |
| 8.57. | GUIDEPOINT SECURITY LLC - OKTA RENEWAL FOR JUNE 2023-JUNE 2024 (YEAR 3) | $9,860.23 |
| 8.58. | GUIDEPOINT SECURITY LLC - OKTA RENEWAL FOR JUNE 2023-JUNE 2024 (YEAR 3) | $4,639.89 |
| 8.59. | GUIDEPOINT SECURITY LLC - PROOFPOINT P.O. 2/19/24 - 2/18/25 | $50,688.98 |
| 8.60. | GUIDEPOINT SECURITY LLC - QUALYS PATCH MANAGEMENT SOFTWARE RENEWAL - 5/28/2023 - 5/27/2024 | $3,863.17 |
| 8.61. | GUIDEPOINT SECURITY LLC - SHIPPING CHARGES FOR INVOICE LINE: GUIDEPOINT PALO ALTO FIREWALLS - 12/22/2023 UNTIL 12/22/2024 | $357.63 |
| 8.62. | HEAP, INC. - HEAP CONTRACT RENEWAL | $56,862.00 |
| 8.63. | ICS INC (INFORMATION&COMPUTINGSVS)RFSMART - RECLASS ICS INC (INFORMATION&COMPUTINGSVS)RFSMART INVOICE# 20189490 | $794.93 |
| 8.64. | ICS INC (INFORMATION&COMPUTINGSVS)RFSMART - RF-SMART FOR NETSUITE USER WITH ADVANCED DISTRIBUTION AND MANUFACTURING * 12/4/23 - 12/3/24 | $60,112.80 |
| 8.65. | INTERCOM INC. - INTERCOM 2023 Q4 INV01979182 | $5,967.05 |
| 8.66. | IQVIA INC. - IQVIA SCHEDULE 1-A SUBSCRIPTION FEES - INVOICE #4072372623 | $6,180.00 |
| 8.67. | JETBRAINS AMERICAS INC. - INTELLLIJ LICENSES ANNUAL SUBSCRIPTION | $3,712.25 |
| 8.68. | KANDJI, INC. - DEVICE MANAGEMENT PLAN 750, YEAR 1 OF 2 (12/09/2022-12/08/2023) | $44,175.00 |
| 8.69. | KANDJI, INC. - DEVICE MANAGEMENT PLAN 750, YEAR 2 OF 2 (12/09/2023-12/08/2024) | $44,175.00 |
| 8.70. | KNOWBE4, INC. - KMSTAD | $3,724.29 |
| 8.71. | KNOWBE4, INC. - KNOWBE4 INV232039 PURCHASE ORDER #PO-19591 | $624.66 |
| 8.72. | KNOWBE4, INC. - KNOWBE4 INV232041PURCHASE ORDER #PO-19591 | $769.31 |
| 8.73. | KNOWBE4, INC. - Q-63813: SUBSCRIPTIONS 1/11/21 - 07/10/2024 | $1,042.80 |
| 8.74. | KNOWBE4, INC. - SUBSCRIPTIONS 10/19/21 - 07/10/2024 | $4,741.09 |
| 8.75. | LASTPASS US LP - BLANKET PO - LASTPASS BUSINESS - SUBSCRIPTION - 200 USERS - 09/12/2023 TO 09/11/2024 | $1,523.96 |
| 8.76. | LASTPASS US LP - BLANKET PO - LASTPASS BUSINESS - SUBSCRIPTION - 200 USERS - 09/12/2023 TO 09/11/2024 | $1,523.96 |
| 8.77. | LINEARB - ENTERPRISE LICENSE  - DEVELOPER PRODUCTIVITY TOOL - START DATE: 2023-10-31 END DATE: 2024-10-30 | $31,500.00 |
| 8.78. | LOS ANGELES COUNTY TAX COLLECTOR - PREPAID PROPERTY TAXES | $9,309.66 |

| | | Current value of debtor's interest |
|---|---|---|

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.79. | LUCID SOFTWARE INC - LUCID SOFTWARE ANNUAL RENEWAL | $9,490.00 |
| 8.80. | MARSH & MCLENNAN AGENCY LLC - 1ST EXCESS D&O ANNUAL EXTENSION | $255,125.00 |
| 8.81. | MARSH & MCLENNAN AGENCY LLC - 1ST EXCESS SIDE A DIC ANNUAL | $25,737.50 |
| 8.82. | MARSH & MCLENNAN AGENCY LLC - 2ND EXCESS D&O ANNUAL EXTENSION | $165,321.00 |
| 8.83. | MARSH & MCLENNAN AGENCY LLC - 2ND EXCESS SIDE A DIC ANNUAL | $17,836.00 |
| 8.84. | MARSH & MCLENNAN AGENCY LLC - 3RD EXCESS D&O ANNUAL EXTENSION | $107,128.00 |
| 8.85. | MARSH & MCLENNAN AGENCY LLC - 3RD EXCESS SIDE A DIC ANNUAL | $12,360.50 |
| 8.86. | MARSH & MCLENNAN AGENCY LLC - 4TH EXCESS D&O ANNUAL EXTENSION | $69,808.50 |
| 8.87. | MARSH & MCLENNAN AGENCY LLC - 5TH EXCESS D&O ANNUAL EXTENSION | $44,005.00 |
| 8.88. | MARSH & MCLENNAN AGENCY LLC - LEAD SIDE A DIC ANNUAL | $37,050.00 |
| 8.89. | MARSH & MCLENNAN AGENCY LLC - PRIMARY D&O ANNUAL EXTENSION | $392,500.00 |
| 8.90. | MINITAB - MINITAB ADDITIONAL LICENSE - QUOTATION ID # 1066642 | $1,851.00 |
| 8.91. | MINITAB - MINITAB YEARLY RENEWAL - QUOTATION ID: 1064801 | $15,270.75 |
| 8.92. | MONDAY.COM LTD - COUPA INVOICE ID: 5656 - MONDAY.COM LTD FOR C003557 | $6,075.00 |
| 8.93. | MONDAY.COM LTD - COUPA INVOICE ID: 5656 - MONDAY.COM LTD FOR C003557 | $6,075.00 |
| 8.94. | MOUSEFLOW, INC. - MOUSEFLOW UX/UI HEATMAP WEBSITE TRACKING JULY 2023 - JULY 2024 | $4,752.00 |
| 8.95. | NETGAIN SOLUTIONS, INC. - ANNUAL LICENSE FEES - LICENSE START DATE 12/01/2023 - END DATE 11/30/2024 | $32,158.40 |
| 8.96. | NETWRIX CORPORATION - ROUND 1 RECLASS_MAY 2023 DOCUMENT NUMBER:4494 | $5,462.50 |
| 8.97. | NTH GENERATION - RECLASS NTH GENERATION INVOICE 39220H2 INTO PREPAIDS | $7,654.00 |
| 8.98. | ORACLE AMERICA, INC. - NETSUITE ADVANCED REVENUE MODULE - JANUARY 2024 TO NOVEMBER 2025 | $4,014.20 |
| 8.99. | OWNBACKUP, INC. - OWNBACKUP SOLUTION (AUGUST 2023 TO JULY 2024) | $1,249.44 |
| 8.100. | PAUBOX, INC. - PAUBOX SUITE STANDARD  SEPT 2023-SEPT 2024 INV-21740 | $2,250.00 |
| 8.101. | POSTMAN, INC. - POSTMAN ENTERPRISE ESSENTIALS (2023) | $12,936.00 |
| 8.102. | REDOX INC. - 2024 BLANKET PO FOR - REDOX SUBSCRIPTION FOR EMR INTEGRATION | $19,833.33 |
| 8.103. | RETENTION BONUSES PAID TO MULTIPLE EMPLOYEES - PAYROLL 03.01.24; PAYROLL 03.15.24; PAYROLL 03.29.24 | $1,787,912.22 |
| 8.104. | RINGCENTRAL - BLANKET PO FOR RING CENTRAL... NOVEMBER 2023 - MAY 2024 | $697.52 |
| 8.105. | SALESFORCE, INC. - SALESFORCE PARDOT | $10,977.75 |
| 8.106. | SALESFORCE, INC. - SLACK YEARLY RENEWAL - 10/01/23 - 09/30/24 | $131,208.00 |
| 8.107. | SAN DIEGO ATHENA INC. - ATHENA ANNUAL SPONSORSHIP - 12/01/2023 – 11/30/2024 | $10,000.00 |
| 8.108. | SAN DIEGO COUNTY TREASURER TAX COLLECTOR - PROPERTY TAXES | $204.64 |
| 8.109. | SANTA CLARA COUNTY TAX COLLECTOR - PROPERTY TAXES | $2,360.33 |
| 8.110. | SAS INSTITUTE INC. - JMP RENEWAL - OCTOBER 31ST , 2023 TO OCT 30TH 2024 | $19,600.00 |
| 8.111. | SAS INSTITUTE INC. - JMP RENEWAL - OCTOBER 31ST , 2023 TO OCT 30TH 2024 | $3,500.00 |
| 8.112. | SCINOMIX - PREPAID EXPENSE Q1'24 DOCUMENT NUMBER:15590 | $10,125.00 |
| 8.113. | SCINOMIX - PREPAID EXPENSE REVIEW RECLASS Q1'24 DOCUMENT NUMBER:15589 | $11,666.67 |
| 8.114. | SECTIGO LIMITED - OV CERTIFICATE/PRIVATE ROOT +SUBORDINATE CA/ SERVER/SSL SEATS 05/03/22 - 05/02/2025 | $2,509.79 |
| 8.115. | SECTIGO LIMITED - RETROACTIVE PO FOR INVOICE #INV-0000015709 - FOR TERM STARTING 05/03/2022 AND ENDING 05/02/2025 | $1,793.60 |
| 8.116. | SMARTSHEET INC. - SMARTSHEET RENEWAL | $24,622.50 |

| | | Current value of debtor's interest |
|---|---|---|

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.117. | SONOMA COUNTY - PROPERTY TAXES | $21,960.83 |
| 8.118. | SPRINKLR, INC. - MAR_23 PREPAID EXPENSE RECLASS DOCUMENT NUMBER: 63928 | $40,333.33 |
| 8.119. | TEAMVIEWER - TEAMVIEWER YEARLY RENEWAL - INVOICE # R02820967 | $9,255.67 |
| 8.120. | TECAN US, INC. - AMORT EXP TO 2024_53130-13010 DEC'23 RECLASS | $48,314.67 |
| 8.121. | TECAN US, INC. - AMORT EXP TO 2024_53130-13010 DEC'23 RECLASS | $29,443.70 |
| 8.122. | TECAN US, INC. - AMORT EXP TO 2024_53130-13010 DEC'23 RECLASS | $6,873.00 |
| 8.123. | TECAN US, INC. - PREPAID EXPENSE RECLASS_TECAN 140362992_DEC'23 | $59,336.40 |
| 8.124. | TRICENTIS USA CORP - QA AUTOMATION TOOL TESTIM.IO - QUOTE # Q032178 - 12 MONTH TERM | $8,800.00 |
| 8.125. | TWILIO - TWILIO SEGMENT BALANCE OF YEAR 1 - 2023 | $17,916.67 |
| 8.126. | TWILIO - TWILIO SEGMENT BALANCE OF YEAR 1 - 2023 | $6,088.33 |
| 8.127. | VALIDITY, INC. - VALIDITY RENEWAL - PAYMENT FOR 6 MONTHS: 3/29/2024 - 9/29/2024 | $6,350.00 |
| 8.128. | VALIDITY, INC. - VALIDITY RENEWAL - PAYMENT FOR 6 MONTHS: 9/30/2023 - 3/29/2024 | $3,175.00 |
| 8.129. | VELOCITYEHS - 09/01/22 - 08/31/2025 | $2,174.26 |
| 8.130. | VIAFORENSICS, LLC D/B/A NOWSECURE, INC. - NOWSECURE MOBILE APPLICATION SECURITY TESTING SOFTWARE PLATFORM - YEAR 2 | $49,322.00 |
| 8.131. | VIAFORENSICS, LLC D/B/A NOWSECURE, INC. - SHIPPING CHARGES FOR INVOICE LINE: NOWSECURE MOBILE APPLICATION SECURITY TESTING SOFTWARE PLATFORM - YEAR 2 | $2,381.58 |
| 8.132. | VIMEO - VIMEO ANNUAL SUPPORT - INVOICE#: INV00077493 | $35,437.50 |
| 8.133. | WAXIE SANITARY SUPPLY - RECLASS WAXIE SANITARY INVOICE 80695155 (PO-19388) | $6,250.00 |
| 8.134. | WORKDAY, INC. - RECLASS-10 23 ROUND 11.07.23 DOCUMENT NUMBER: WD-305146 | $481,181.00 |
| 8.135. | WORKIVA, INC. - IXBRL MIGRATION SERVICES 10/1/2023 - 9/30/2024 | $12,625.00 |
| 8.136. | WORKIVA, INC. - SEC REPORTING SOLUTION 10/13/21 - 10/12/2024 | $15,625.00 |
| 8.137. | ZEPLIN INC - ZEPLIN ENTERPRISE SOFTWARE - PUBLISH, ORGANIZE AND DOCUMENT DESIGNS - YEAR 1 | $26,833.33 |
| 8.138. | ZOHO CORPORATION - MANAGE ENGINE ANNUAL RENEWAL - START 23 SEP'23 END 22 SEP'24 | $1,780.83 |

| 9 | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $7,035,042.42 |
|---|---|---|

**Part 3:    ACCOUNTS RECEIVABLE**

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11. ACCOUNTS RECEIVABLE**

| | face amount | | doubtful or uncollectable accounts | | | |
|---|---|---|---|---|---|---|
| 90 DAYS OLD OR LESS | $6,334,144.93 | − | ($24,113.52) | = → | | $6,310,031.41 |
| OVER 90 DAYS OLD | $4,634,268.42 | − | $0.00 | = → | | $4,634,268.42 |

| 12 | **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $10,944,299.83 |
|---|---|---|

| Part 4: | INVESTMENTS |
|---|---|

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| | NAME OF FUND OR STOCK: | | |
| | **NONE** | | |

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | | % of ownership | |
|---|---|---|---|
| 15.1. | CHP HC, LLC | 100% | UNDETERMINED |
| 15.2. | CUE HEALTH INDIA PRIVATE LIMITED | 99.99% | UNDETERMINED |
| 15.3. | CUE HEALTH SAGLIK YAZILIMI HIZMETLERI LIMITED SIRKETI | 100% | UNDETERMINED |

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

| 16.1. | CUSTOMS SURETY BOND | | $800,000.00 |
|---|---|---|---|

| **17** | **Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | $800,000.00 |
|---|---|---|---|

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **RAW MATERIALS** | | | | |
| 19.1. | LAB MATERIALS - CHEMICALS, LAB EQUIPMENT, ETC. | 12/31/2023 | $34,604,722.17 | NET BOOK VALUE | UNKNOWN |
| **20.** | **WORK IN PROGRESS** | | | | |
| 20.1. | LAB MATERIALS - CHEMICALS, LAB EQUIPMENT, ETC. | 12/31/2023 | $6,188,006.09 | NET BOOK VALUE | $6,188,006.09 |
| **21.** | **FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1. | SAMPLE COLLECTION KITS, CARTRIDGES, WANDS AND READERS | 12/31/2023 | $24,162,603.70 | NET BOOK VALUE | $24,162,603.70 |
| **22.** | **OTHER INVENTORY OR SUPPLIES** | | | | |
| | **NONE** | | | | |

| **23** | **Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | | | | $30,350,609.79 |
|---|---|---|---|---|---|

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☒ Yes    Book value   $49,800.62   Valuation method   Net Book Value     Current value $49,800.62

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |

**27.** **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
- ☒ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **CROPS—EITHER PLANTED OR HARVESTED**

**29.** **FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH

**30.** **FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES)

**31.** **FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED**

**32.** **OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6**

**33** Total of Part 6.
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |

**34.** **Is the debtor a member of an agricultural cooperative?**
- ☒ No
- ☐ Yes.  Is any of the debtor's property stored at the cooperative ?
  - ☐ No
  - ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☒ No
- ☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☒ No
- ☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |

**38.** **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
- ☐ No. Go to Part 8.
- ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **OFFICE FURNITURE** | | | |
| 39.1. | 29"H X 24"W X 22"D MOBILE BASE CABINET; 3 DRAWERS, FINISHED STEEL TOP | $14,384.59 | NET BOOK VALUE | $14,384.59 |
| 39.2. | CABINETS | $3,745.80 | NET BOOK VALUE | $3,745.80 |
| 39.3. | CHAIRS | $12,377.48 | NET BOOK VALUE | $12,377.48 |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **39.** | **OFFICE FURNITURE** | | | |
| 39.4. | DRY ERASE BOARDS | $18,630.09 | NET BOOK VALUE | $18,630.09 |
| 39.5. | FIRE FILES | $3,555.56 | NET BOOK VALUE | $3,555.56 |
| 39.6. | FIRE KING FILE CABINET | $3,283.82 | NET BOOK VALUE | $3,283.82 |
| 39.7. | FLUIDIC P/N 2100199 | $21,215.45 | NET BOOK VALUE | $21,215.45 |
| 39.8. | FURNITURE AND FIXTURES | $804,700.26 | NET BOOK VALUE | $804,700.26 |
| 39.9. | HIGH SECURITY FILE CABINET | $4,126.32 | NET BOOK VALUE | $4,126.32 |
| 39.10. | INCUBATOR | $4,318.99 | NET BOOK VALUE | $4,318.99 |
| 39.11. | LAB TABLES | $11,204.16 | NET BOOK VALUE | $11,204.16 |
| 39.12. | OFFICE CHAIRS | $140,297.83 | NET BOOK VALUE | $140,297.83 |
| 39.13. | OFFICE FURNITURE - NANCY RIDGE 2 | $2,505.47 | NET BOOK VALUE | $2,505.47 |
| 39.14. | SECURITY DESKS | $38,523.70 | NET BOOK VALUE | $38,523.70 |
| 39.15. | SHELVING | $2,857.37 | NET BOOK VALUE | $2,857.37 |
| 39.16. | STEEL SHELVING | $3,551.73 | NET BOOK VALUE | $3,551.73 |
| 39.17. | WAPLES SECURITY DESKS | $14,962.28 | NET BOOK VALUE | $14,962.28 |
| 39.18. | WORKBENCH | $21,962.40 | NET BOOK VALUE | $21,962.40 |
| **40.** | **OFFICE FIXTURES** | | | |
| 40.1. | TENANT IMPROVEMENTS - CAMERAS, ELECTRICAL UPGRADES, NEW EQUIPMENT, ETC | $17,111,672.38 | NET BOOK VALUE | UNDETERMINED |
| **41.** | **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1. | CELL PHONES, COMPUTERS, MISC. COMPUTER EQUIPMENT | $2,648,595.17 | NET BOOK VALUE | UNDETERMINED |
| **42.** | **COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| 42.1. | NONE | | | |
| **43** | **Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | $1,126,203.30 |
| **44.** | **Is a depreciation schedule available for any of the property listed in Part 7?** ☐ No ☑ Yes | | | |
| **45.** | **Has any of the property listed in Part 7 been appraised by a professional within the last year?** ☑ No ☐ Yes | | | |

| **Part 8:** | **MACHINERY, EQUIPMENT, AND VEHICLES** |
|---|---|

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|--|--|--|--|--|

**47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**

| | | | | |
|--|--|--|--|--|
| 47.1. | 2.0L GDI I4 ENGINE, 8 SPEED AUTOMATIC TRANSMISSION, REVERSE SENSING SYSTEM VIN# NM0LS7E29M1493040 | $13,439.21 | NET BOOK VALUE | $13,439.21 |
| 47.2. | 2016 HINE 268A DIESEL 24" REEFER VIN# 5PVNJ8JT3G4S56677 | $30,720.73 | NET BOOK VALUE | $30,720.73 |
| 47.3. | 2020 FORD EXPLORER XLT VIN# 1FMSK7DHXLGC54284 | $23,943.79 | NET BOOK VALUE | $23,943.79 |
| 47.4. | 2020 FORD TRANSIT-150 CARDO IN# 1FTYE1Y87LKA01577 | $11,674.89 | NET BOOK VALUE | $11,674.89 |
| 47.5. | 2021 FORD F-650 BOX TRUCK VIN# 1FDWF6DC4MDF00625 | $24,124.83 | NET BOOK VALUE | $24,124.83 |

**48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

**NONE**

**49. AIRCRAFT AND ACCESSORIES**

**NONE**

**50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| | | | | |
|--|--|--|--|--|
| 50.1. | AUTOMATION EQUIPMENT | $23,792,392.98 | NET BOOK VALUE | $23,792,392.98 |
| 50.2. | LAB EQUIPMENT | $11,633,381.89 | NET BOOK VALUE | $11,633,381.89 |
| 50.3. | TOOLING MOLDS | $3,288,219.22 | NET BOOK VALUE | $3,288,219.22 |
| 50.4. | WAREHOUSE EQUIPMENT | $244,392.07 | NET BOOK VALUE | $244,392.07 |

**51 Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

$39,062,289.61

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9: REAL PROPERTY**

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|--|--|--|--|--|--|
| 55.1. | CARROLL CANYON SUITE 100 BUILDING LEASE (4940 CARROLL CANYON ROAD, SUITE 100, SAN DIEGO, CA) | LEASED - RIGHT OF USE | UNDETERMINED | UNDETERMINED | UNDETERMINED |

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.2. | CARROLL CANYON SUITE 100 FLOOR BUILDING LEASE (4980 CARROLL CANYON ROAD, SUITE 100, SAN DIEGO, CA) | LEASED - RIGHT OF USE | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 55.3. | CARROLL CANYON SUITE 120 BUILDING LEASE (4940 CARROLL CANYON ROAD, SUITE 120, SAN DIEGO, CA) | LEASED - RIGHT OF USE | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 55.4. | DOGWOOD BUILDING LEASE (2405 DOGWOOD WAY, VISTA, CA) | LEASED - RIGHT OF USE | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 55.5. | NANCY RIDGE SUITE 107 & 108 BUILDING LEASE (6330 NANCY RIDGE DRIVE, SUITE 107 & 108, SAN DIEGO, CA) | LEASED - RIGHT OF USE | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 55.6. | OBERLIN SUITE 105 BUILDING LEASE (5501 OBERLIN DRIVE, SUITE 105, SAN DIEGO, CA) | LEASED - RIGHT OF USE | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 55.7. | VISTA BUILDING LEASE (2620 COMMERCE WAY, VISTA, CA) | LEASED - RIGHT OF USE | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 55.8. | WAPLES BUILDING LEASE (9877 WAPLES STREET, SAN DIEGO, CA) | LEASED - RIGHT OF USE | UNDETERMINED | UNDETERMINED | UNDETERMINED |

**56 Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

UNDETERMINED

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:** **INTANGIBLES AND INTELLECTUAL PROPERTY**

**59.** **DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1. | PATENT - AN ANALYTE DETECTION SYSTEM CARTRIDGE WITH IMPROVED PHASE CHANGEABLE VALVES | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.2. | PATENT - ANALYTE DETECTION SYSTEM | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.3. | PATENT - BASAL ATTACHMENT FOR THERMOMETER | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.4. | PATENT - BIOLOGICAL SAMPLE COLLECTION DEVICE | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.5. | PATENT - COMPOSITIOINS AND METHODS FOR ISOTHERMAL AMPLIFICATION OF NUCLEIC ACIDS | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.6. | PATENT - EAR ATTACHMENT FOR THERMOMETER | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.7. | PATENT - SAMPLE COLLECTION DEVICE 1 | UNDETERMINED | UNDETERMINED | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.8. PATENT - SAMPLE COLLECTION DEVICE 10 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.9. PATENT - SAMPLE COLLECTION DEVICE 11 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.10. PATENT - SAMPLE COLLECTION DEVICE 2 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.11. PATENT - SAMPLE COLLECTION DEVICE 3 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.12. PATENT - SAMPLE COLLECTION DEVICE 4 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.13. PATENT - SAMPLE COLLECTION DEVICE 5 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.14. PATENT - SAMPLE COLLECTION DEVICE 6 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.15. PATENT - SAMPLE COLLECTION DEVICE 7 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.16. PATENT - SAMPLE COLLECTION DEVICE 8 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.17. PATENT - SAMPLE COLLECTION DEVICE 9 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.18. PATENT - SAMPLE COLLECTION DEVICE OF AN ANALYTE DETECTION SYSTEM | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.19. PATENT - SYSTEMS AND METHODS FOR DETECTION AND QUANTIFICATION OF ANALYTES | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.20. PATENT - SYSTEMS AND METHODS FOR DETECTION AND QUANTIFICATION OF ANALYTES | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.21. PATENT - SYSTEMS AND METHODS FOR ENHANCED DETECTION AND QUANTIFICATION OF ANALYTES | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.22. PATENT - SYSTEMS AND METHODS FOR ENHANCED DETECTION AND QUANTIFICATION OF ANALYTES | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.23. PATENT - TEMPERATURE MEASUREMENT SYSTEM | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.24. PATENT - THERMOMETER | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.25. PATENT - THERMOMETER (OPEN AND CLOSED CONFIGURATIONS) | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.26. PATENT - TRAVEL CASE FOR BIOLOGICAL SAMPLE DETECTION SYSTEM | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.27. TRADEMARKS - CUE (NAME) - CANADA 2318097 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.28. TRADEMARKS - CUE (NAME) - CHINA 1250103 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.29. TRADEMARKS - CUE (NAME) - CHINA 15984720 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.30. TRADEMARKS - CUE (NAME) - CHINA 15984721 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.31. TRADEMARKS - CUE (NAME) - CHINA 15984723 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.32. TRADEMARKS - CUE (NAME) - CHINA 15984724 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.33. TRADEMARKS - CUE (NAME) - EUROPEAN UNION 1250103 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.34. TRADEMARKS - CUE (NAME) - EUROPEAN UNION W01782777 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.35. TRADEMARKS - CUE (NAME) - HONG KONG 303181518AA | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.36. TRADEMARKS - CUE (NAME) - HONG KONG 303181518AB | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.37. TRADEMARKS - CUE (NAME) - INDIA 3048153 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.38. TRADEMARKS - CUE (NAME) - ISRAEL 275217 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.39. TRADEMARKS - CUE (NAME) - JAPAN 1250103 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.40. TRADEMARKS - CUE (NAME) - MADRID PROTOCOL 1250103 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.41. TRADEMARKS - CUE (NAME) - MADRID PROTOCOL 1782777 | UNDETERMINED | UNDETERMINED | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.42. | TRADEMARKS - CUE (NAME) - MEXICO 1620610 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.43. | TRADEMARKS - CUE (NAME) - MEXICO 1620611 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.44. | TRADEMARKS - CUE (NAME) - MEXICO 1620612 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.45. | TRADEMARKS - CUE (NAME) - MEXICO 1620614 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.46. | TRADEMARKS - CUE (NAME) - MEXICO 3023254 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.47. | TRADEMARKS - CUE (NAME) - RUSSIAN FEDERATION 1250103 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.48. | TRADEMARKS - CUE (NAME) - SINGAPORE 40201703756V | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.49. | TRADEMARKS - CUE (NAME) - SOUTH KOREA 1250103 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.50. | TRADEMARKS - CUE (NAME) - UNITED KINGDOM UK00801250103 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.51. | TRADEMARKS - CUE (NAME) - UNITED KINGDOM WO0000001782777 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.52. | TRADEMARKS - CUE (NAME) - UNITED STATES OF AMERICA 86/268161 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.53. | TRADEMARKS - CUE (NAME) - UNITED STATES OF AMERICA 97/921032 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.54. | TRADEMARKS - CUE (STYLIZED & BOX DESIGN) - CHINA 1250693 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.55. | TRADEMARKS - CUE (STYLIZED & BOX DESIGN) - EUROPEAN UNION 1250693 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.56. | TRADEMARKS - CUE (STYLIZED & BOX DESIGN) - HONG KONG 303181608AA | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.57. | TRADEMARKS - CUE (STYLIZED & BOX DESIGN) - HONG KONG 303181608AB | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.58. | TRADEMARKS - CUE (STYLIZED & BOX DESIGN) - INDIA 1250693 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.59. | TRADEMARKS - CUE (STYLIZED & BOX DESIGN) - ISRAEL 275399 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.60. | TRADEMARKS - CUE (STYLIZED & BOX DESIGN) - MADRID PROTOCOL 1250693 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.61. | TRADEMARKS - CUE (STYLIZED & BOX DESIGN) - MEXICO 1622761 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.62. | TRADEMARKS - CUE (STYLIZED & BOX DESIGN) - MEXICO 1622762 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.63. | TRADEMARKS - CUE (STYLIZED & BOX DESIGN) - MEXICO 1622763 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.64. | TRADEMARKS - CUE (STYLIZED & BOX DESIGN) - MEXICO 1622765 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.65. | TRADEMARKS - CUE (STYLIZED & BOX DESIGN) - RUSSIAN FEDERATION 1250693 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.66. | TRADEMARKS - CUE (STYLIZED & BOX DESIGN) - SINGAPORE 40201703760Y | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.67. | TRADEMARKS - CUE (STYLIZED & BOX DESIGN) - SOUTH KOREA 1250693 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.68. | TRADEMARKS - CUE (STYLIZED & BOX DESIGN) - UNITED KINGDOM UK00801250693 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.69. | TRADEMARKS - CUE (STYLIZED & BOX DESIGN) - UNITED STATES OF AMERICA 86/268167 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.70. | TRADEMARKS - CUE BOX DESIGN - INDIA 1251972 | UNDETERMINED | UNDETERMINED | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.71. | TRADEMARKS - CUE BOX DESIGN - ISRAEL 275666 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.72. | TRADEMARKS - CUE BOX DESIGN - JAPAN 2015-356492 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.73. | TRADEMARKS - CUE BOX DESIGN - MADRID PROTOCOL 1251972 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.74. | TRADEMARKS - CUE BOX DESIGN - MEXICO 1626072 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.75. | TRADEMARKS - CUE BOX DESIGN - MEXICO 1626073 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.76. | TRADEMARKS - CUE BOX DESIGN - MEXICO 1626074 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.77. | TRADEMARKS - CUE BOX DESIGN - MEXICO 1626075 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.78. | TRADEMARKS - CUE BOX DESIGN - MEXICO 1626076 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.79. | TRADEMARKS - CUE BOX DESIGN - RUSSIAN FEDERATION 1251972 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.80. | TRADEMARKS - CUE BOX DESIGN - SINGAPORE 40201703761T | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.81. | TRADEMARKS - CUE BOX DESIGN - SOUTH KOREA 1251972 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.82. | TRADEMARKS - CUE BOX DESIGN - UNITED STATES OF AMERICA 86/268165 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.83. | TRADEMARKS - CUE CARE (NAME) - CANADA 2241880 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.84. | TRADEMARKS - CUE CARE (NAME) - UNITED STATES OF AMERICA 97/575646 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.85. | TRADEMARKS - CUE CARE (NAME) - UNITED STATES OF AMERICA 97/921052 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.86. | TRADEMARKS - CUE+ (NAME) - CANADA 2203750 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.87. | TRADEMARKS - CUE+ (NAME) - INDIA 5566877 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.88. | TRADEMARKS - CUE+ (NAME) - SINGAPORE 40202253514N | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.89. | TRADEMARKS - CUE+ (NAME) - UNITED STATES OF AMERICA 97/285529 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.90. | TRADEMARKS - CUE+ (STYLIZED & DESIGN IN COLOR) - CANADA 2203753 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.91. | TRADEMARKS - CUE+ (STYLIZED & DESIGN IN COLOR) - INDIA 5566878 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.92. | TRADEMARKS - CUE+ (STYLIZED & DESIGN IN COLOR) - SINGAPORE 40202253516R | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.93. | TRADEMARKS - CUE+ (STYLIZED & DESIGN IN COLOR) - UNITED STATES OF AMERICA 97/285502 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.94. | TRADEMARKS - GO CUE. GO YOU. (NAME) - CANADA 2203748 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.95. | TRADEMARKS - GO CUE. GO YOU. (NAME) - EUROPEAN UNION 018746835 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.96. | TRADEMARKS - GO CUE. GO YOU. (NAME) - INDIA 5566876 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.97. | TRADEMARKS - GO CUE. GO YOU. (NAME) - SINGAPORE 40202253512F | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 60.98. | TRADEMARKS - GO CUE. GO YOU. (NAME) - UNITED STATES OF AMERICA 97/285564 | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1. | CUE.DEV | UNDETERMINED | NONE | UNDETERMINED |
| 61.2. | CUE.ME | UNDETERMINED | NONE | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.3. | CUEHEALTH.AE | UNDETERMINED | NONE | UNDETERMINED |
| 61.4. | CUEHEALTH.AT | UNDETERMINED | NONE | UNDETERMINED |
| 61.5. | CUEHEALTH.CH | UNDETERMINED | NONE | UNDETERMINED |
| 61.6. | CUEHEALTH.COM | UNDETERMINED | NONE | UNDETERMINED |
| 61.7. | CUEHEALTH.COM.BR | UNDETERMINED | NONE | UNDETERMINED |
| 61.8. | CUEHEALTH.HK | UNDETERMINED | NONE | UNDETERMINED |
| 61.9. | CUEHEALTH.ID | UNDETERMINED | NONE | UNDETERMINED |
| 61.10. | CUEHEALTH.IT | UNDETERMINED | NONE | UNDETERMINED |
| 61.11. | CUEHEALTH.KR | UNDETERMINED | NONE | UNDETERMINED |
| 61.12. | CUEHEALTH.MY | UNDETERMINED | NONE | UNDETERMINED |
| 61.13. | CUEHEALTH.NZ | UNDETERMINED | NONE | UNDETERMINED |
| 61.14. | CUEHEALTH.QA | UNDETERMINED | NONE | UNDETERMINED |
| 61.15. | CUEHEALTH.SG | UNDETERMINED | NONE | UNDETERMINED |
| 61.16. | CUEINTERNAL.APP | UNDETERMINED | NONE | UNDETERMINED |
| 61.17. | INVESTORS.CUEHEALTH.COM | UNDETERMINED | NONE | UNDETERMINED |
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.** | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| 64.1. | CAPITALIZED SOFTWARE | $16,021,000.00 | NET BOOK VALUE | UNDETERMINED |
| 64.2. | IN-PROCESS SOFTWARE DEVELOPMENT | $860,000.00 | NET BOOK VALUE | UNDETERMINED |
| 64.3. | INSTAGRAM - @CUEHEALTH | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 64.4. | LINKEDIN - LINKEDIN.COM/COMPANY/CUEHEALTHINC/ | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 64.5. | OTHER INTANGIBLES | $498,000.00 | NET BOOK VALUE | UNDETERMINED |
| 64.6. | X (FORMERLY TWITTER) - @CUEHEALTH | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| **65.** | **GOODWILL** | | | |

**66 Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.

UNDETERMINED

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☑ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☑ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70.** **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

**71. NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

**NONE**

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | | | | |
|---|---|---|---|---|---|
| 72.1. | CALIFORNIA R&D CREDIT | Tax year | 2022 | | $2,191,593.00 |
| 72.2. | CALIFORNIA R&D CREDIT | Tax year | 2023 | | $2,121,331.03 |
| 72.3. | FEDERAL NOL | Tax year | 2017 | | $1,213,020.12 |
| 72.4. | FEDERAL NOL | Tax year | 2018 | | $829,828.17 |
| 72.5. | FEDERAL NOL | Tax year | 2022 | | $19,935,338.31 |
| 72.6. | FEDERAL NOL | Tax year | 2023 | | $32,309,988.13 |
| 72.7. | FEDERAL R&D CREDIT | Tax year | 2012 | | $1,373.00 |
| 72.8. | FEDERAL R&D CREDIT | Tax year | 2013 | | $4,404.00 |
| 72.9. | FEDERAL R&D CREDIT | Tax year | 2014 | | $76,357.00 |
| 72.10. | FEDERAL R&D CREDIT | Tax year | 2015 | | $423,676.00 |
| 72.11. | FEDERAL R&D CREDIT | Tax year | 2016 | | $67,781.73 |
| 72.12. | FEDERAL R&D CREDIT | Tax year | 2017 | | $388,619.77 |
| 72.13. | FEDERAL R&D CREDIT | Tax year | 2018 | | $143,730.23 |
| 72.14. | FEDERAL R&D CREDIT | Tax year | 2023 | | $3,346,257.90 |
| 72.15. | STATE - CA NOL | Tax year | 2022 | | $6,783,969.36 |
| 72.16. | STATE - CA NOL | Tax year | 2023 | | $5,883,408.45 |
| 72.17. | STATE - CT NOL | Tax year | 2022 | | $53,089.73 |
| 72.18. | STATE - CT NOL | Tax year | 2023 | | $37,069.07 |
| 72.19. | STATE - FL NOL | Tax year | 2022 | | $56,646.40 |
| 72.20. | STATE - FL NOL | Tax year | 2023 | | $668,278.36 |
| 72.21. | STATE - IN NOL | Tax year | 2022 | | $5,939,343.95 |
| 72.22. | STATE - IN NOL | Tax year | 2023 | | $5,171,259.33 |
| 72.23. | STATE - LA NOL | Tax year | 2022 | | $1,718.04 |
| 72.24. | STATE - LA NOL | Tax year | 2023 | | $2,594.97 |
| 72.25. | STATE - NC NOL | Tax year | 2022 | | $4,587.86 |
| 72.26. | STATE - NC NOL | Tax year | 2023 | | $14,099.41 |
| 72.27. | STATE - NJ NOL | Tax year | 2022 | | $189,639.61 |
| 72.28. | STATE - NJ NOL | Tax year | 2023 | | $292,459.58 |
| 72.29. | STATE - NY NOL | Tax year | 2022 | | $328,017.85 |
| 72.30. | STATE - NY NOL | Tax year | 2023 | | $415,122.43 |
| 72.31. | STATE - PA NOL | Tax year | 2022 | | $169,845.07 |
| 72.32. | STATE - PA NOL | Tax year | 2023 | | $196,452.15 |

**73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

| | | |
|---|---|---|
| 73.1. | AUTO POLICY - THE CONTINENTAL INSURANCE COMPANY (7064312155) | UNDETERMINED |
| 73.2. | CARGO POLICY - FEDERAL INSURANCE COMPANY (7907897) | UNDETERMINED |
| 73.3. | CL CRIME - BEAZLEY INSURANCE COMPANY, INC. (V31C06230302) | UNDETERMINED |
| 73.4. | CL EPLI - ARGONAUT INSURANCE COMPANY (ML42830860) | UNDETERMINED |
| 73.5. | CL EXCESS CRIME - GREAT AMERICAN INSURANCE COMPANY (XSCE8293380100) | UNDETERMINED |

| | Current value of debtor's interest |
|---|---|

**73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

| | | |
|---|---|---|
| 73.6. | CL EXCESS EPLI - TRAVELERS CAS & SURETY CO OF AMERICA (107600886) | UNDETERMINED |
| 73.7. | CL EXCESS SIDE A D&O 1ST EX SIDE A D&O - XL SPECIALTY INSURANCE COMPANY (ELU18525922) | UNDETERMINED |
| 73.8. | CL EXCESS SIDE A D&O 2ND EX SIDE A D&O - ALLIED WORLD SPECIALTY INSURANCE CO (03130826) | UNDETERMINED |
| 73.9. | CL EXCESS SIDE A D&O 3RD EX SIDE A D&O - OLD REPUBLIC INSURANCE COMPANY (ORPRO12102589) | UNDETERMINED |
| 73.10. | CL EXCESS SIDE A D&O LEAD SIDE A D&O - NATIONAL UNION FIRE INS CO PITTSBURGHPA (015449867) | UNDETERMINED |
| 73.11. | CL K&R - ACE AMERICAN INSURANCE COMPANY (PHFD9499794A) | UNDETERMINED |
| 73.12. | COMMERCIAL PROPERTY POLICY - ENDURANCE AMERICAN INSURANCE COMPANY (LPM30033963301) | UNDETERMINED |
| 73.13. | CYBER LIABILITY POLICY - HOUSTON CASUALTY COMPANY (H24NGP21381603) | UNDETERMINED |
| 73.14. | D&O POLICY - $5M XS $10M - CONTINENTAL CASUALTY COMPANY (652372099) | UNDETERMINED |
| 73.15. | D&O POLICY - $5M XS $15M - HUDSON INSURANCE COMPANY (HN03037957092322) | UNDETERMINED |
| 73.16. | D&O POLICY - $5M XS $20M - AXIS EXCESS INSURANCE (P00100059260602) | UNDETERMINED |
| 73.17. | D&O POLICY - $5M XS $25M - NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. (15449866) | UNDETERMINED |
| 73.18. | D&O POLICY - $5M XS $5M - ALLIED WORLD SPECIALTY INSURANCE COMPANY (3130748) | UNDETERMINED |
| 73.19. | D&O POLICY - PRIMARY - XL SPECIALTY INSURACE COMPANY (ELU18525822) | UNDETERMINED |
| 73.20. | D&O TAIL - CAC SPECIALTY (ELU18525822; 3130748; 652372099; HN03037957092322; P00100059260602; 15449866015449867; ELU18525922; 03130826; ORPRO12102589) | UNDETERMINED |
| 73.21. | DIFFERENCE IN CONDITIONS POLICY - PALOMAR EXCESS AND SURPLUS INS COMPANY (16000664) | UNDETERMINED |
| 73.22. | EMPLOYED LAWYERS - PROFESSIONAL LIABILITY POLICY - FEDERAL INSURANCE COMPANY (J06237149) | UNDETERMINED |
| 73.23. | EPLI TAIL - CAC SPECIALTY (ML42830860; 107600886) | UNDETERMINED |
| 73.24. | EXCESS CYBER - $5M XS $10M POLICY - COALITION INSURANCE SOLUTIONS, INC. (4LPX254476CEPMM2024) | UNDETERMINED |
| 73.25. | EXCESS CYBER - $5M XS $5M POLICY - CRUM & FORSTER SPECIALTY INSURANCE (CYB107246) | UNDETERMINED |
| 73.26. | EXCESS PRODUCTS LIABILITY POLICY - ARDONAGH SPECIALTY LIMITED T/A (B0507CL2400027) | UNDETERMINED |
| 73.27. | FOREIGN PACKAGE - THE CONTINENTAL INSURANCE COMPANY (PST792015228) | UNDETERMINED |
| 73.28. | NO FAULT COMPENSATION INSURANCE FOR CLINICAL TRIALS AND/OR HUMAN VOLUNTEERS STUDIES (AUSTRALIA) - NEWLINE UNDERWRITING MANAGEMENT LIMITED (SYB23046933A137) | UNDETERMINED |
| 73.29. | NO FAULT COMPENSATION INSURANCE FOR CLINICAL TRIALS AND/OR HUMAN VOLUNTEERS STUDIES (NEW ZEALAND) - NEWLINE UNDERWRITING MANAGEMENT LIMITED (SYB23046933A137) | UNDETERMINED |
| 73.30. | PACKAGE POLICY - THE CONTINENTAL INSURANCE COMPANY (7064312141) | UNDETERMINED |
| 73.31. | PRODUCTS LIABILITY E&O POLICY - CONTINENTAL CASUALTY COMPANY (ADT7064312138) | UNDETERMINED |
| 73.32. | UMBRELLA POLICY - THE CONTINENTAL INSURANCE COMPANY (7064312172) | UNDETERMINED |
| 73.33. | WORKERS COMPENSATION - ALL OTHER STATES POLICY - THE CONTINENTAL INSURANCE COMPANY (7064312186) | UNDETERMINED |
| 73.34. | WORKERS COMPENSATION - CA POLICY - THE CONTINENTAL INSURANCE COMPANY (7064312169) | UNDETERMINED |

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

| | | |
|---|---|---|
| 74.1. | SANMINA CORPORATION | UNDETERMINED |

| | |
|---|---|
| **Nature of claim** | DISPUTE REGARDING PRODUCTION ORDER |
| **Amount requested** | $8 MILLION - $20 MILLION |

| | | Current value of debtor's interest |
|---|---|---|

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

| 74.2. | SIMPLE LIFE MEDICAL | UNDETERMINED |
|---|---|---|
| Nature of claim | BREACH OF CONTRACT | |
| Amount requested | $1 MILLION | |
| 74.3. | UNIVERSITY OF PITTSBURGH MEDICAL CENTER | UNDETERMINED |
| Nature of claim | BREACH OF CONTRACT | |
| Amount requested | $10 MILLION | |

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

| 75.1. | AERONET | UNDETERMINED |
|---|---|---|
| Nature of claim | DAMAGE TO CUE PRODUCTS IN THEIR STORAGE TO CLAIMS SUBMITTED | |
| Amount requested | $332,200.80 | |
| 75.2. | AERONET | UNDETERMINED |
| Nature of claim | DAMAGE TO CUE PRODUCTS IN THEIR STORAGE TO CLAIMS SUBMITTED DENIED | |
| Amount requested | $7,812.60 | |
| 75.3. | AMAZON | UNDETERMINED |
| Nature of claim | DAMAGE TO CUE PRODUCTS WITH OVER $100,000 IN VALUE - CASE NUMBER 15294188541 | |
| Amount requested | >$100.000 | |

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

NONE

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

NONE

| 78 | Total of Part 11.<br>ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $89,260,899.98 |
|---|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,525,745.74 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,035,042.42 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $10,944,299.83 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $800,000.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $30,350,609.79 | |

| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
|---|---|---|---|
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,126,203.30 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $39,062,289.61 | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ | | UNDETERMINED |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | ✛ $89,260,899.98 | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $181,105,090.67 ✛ 91b. | UNDETERMINED |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $181,105,090.67 |

| | |
|---|---|
| Debtor | Cue Health Inc |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-11096 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1.   1.  **Do any creditors have claims secured by debtor's property?**
     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.
     ☑ Yes. Fill in all of the information below.

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name**<br>DE LAGE LANDEN FINANCIAL SERVICES, INC<br><br>**Creditor's mailing address**<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/15/2021<br><br>**Last 4 digits of account number:** 9969<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | | **Describe debtor's property that is subject to a lien**<br>PRODUCTION EQUIPMENT: FLUENT 1080 BASE UNIT (30042031)(2) & OTHER<br><br>**Describe the lien**<br>EQUIPMENT FINANCING LEASE<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $155,209.77 | UNDETERMINED |
| 2.2 | **Creditor's name**<br>DE LAGE LANDEN FINANCIAL SERVICES, INC<br><br>**Creditor's mailing address**<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>7/1/2021<br><br>**Last 4 digits of account number:** 9970<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | | **Describe debtor's property that is subject to a lien**<br>PRODUCTION EQUIPMENT: FLUENT 1080 BASE UNIT (30042031)(2) & OTHER<br><br>**Describe the lien**<br>EQUIPMENT FINANCING LEASE<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $103,638.00 | UNDETERMINED |

**Part 1:**     **Additional Page**

| | | | **Column A** | **Column B** |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

**2.3**

**Creditor's name**
DE LAGE LANDEN FINANCIAL SERVICES, INC

**Creditor's mailing address**
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**Creditor's email address**

**Date or dates debt was incurred**
9/15/2021

**Last 4 digits of account number: 8774**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
PRODUCTION EQUIPMENT: AKTA OLIGOPILOT 100 (2) & OTHER

**Describe the lien**
EQUIPMENT FINANCING LEASE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$48,821.05     UNDETERMINED

**2.4**

**Creditor's name**
DE LAGE LANDEN FINANCIAL SERVICES, INC

**Creditor's mailing address**
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**Creditor's email address**

**Date or dates debt was incurred**
3/1/2022

**Last 4 digits of account number: 6989**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
PRODUCTION EQUIPMENT: AKTA PILOT 600S (29274325) & OTHER

**Describe the lien**
EQUIPMENT FINANCING LEASE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$41,618.20     UNDETERMINED

**2.5**

**Creditor's name**
GE HFS, LLC

**Creditor's mailing address**
9900 INNOVATION DRIVE RP-2100
WAUWATOSA, WI 53045

**Creditor's email address**

**Date or dates debt was incurred**
6/12/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
EQUIPMENT (CHROMATOGRAPHY) (AKTA AVANT 150)

**Describe the lien**
EQUIPMENT FINANCING LEASE / UCC-1 FILING (DE) (5/4/18 (CONTINUED 2/15/23))

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN     UNDETERMINED

| Part 1: | Additional Page |
|---|---|

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

**2.6**

**Creditor's name**
SAN DIEGO COUNTY TREASURER - TAX COLLECTOR

**Creditor's mailing address**
1600 PACIFIC HIGHWAY
ROOM 162
SAN DIEGO, CA  92101

**Creditor's email address**

**Date or dates debt was incurred**
10/30/2023

**Last 4 digits of account number: 8057**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
TAXABLE PROPERTY

**Describe the lien**
COUNTY TAX LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$35.03 · UNDETERMINED

---

**2.7**

**Creditor's name**
THERMO FISHER FINANCIAL SERVICES, INC

**Creditor's mailing address**
168 THIRD AVE
WALTHAM, MA  02451

**Creditor's email address**

**Date or dates debt was incurred**
9/15/2021

**Last 4 digits of account number: 6030**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
PRODUCTION EQUIPMENT: ULTRA-35EL PACKAGE

**Describe the lien**
EQUIPMENT FINANCING LEASE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$120,275.22 · UNDETERMINED

---

**2.8**

**Creditor's name**
THERMO FISHER FINANCIAL SERVICES, INC

**Creditor's mailing address**
168 THIRD AVE
WALTHAM, MA  02451

**Creditor's email address**

**Date or dates debt was incurred**
9/15/2021

**Last 4 digits of account number: 5455**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
PRODUCTION EQUIPMENT: ZETASIZER ULTRA/PRO CONFIGURED SYSTEM (V-ZSU0001)

**Describe the lien**
EQUIPMENT FINANCING LEASE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$98,780.43 · UNDETERMINED

| Part 1: | Additional Page |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

| 2.9 | **Creditor's name** THERMO FISHER FINANCIAL SERVICES, INC | **Describe debtor's property that is subject to a lien** PRODUCTION EQUIPMENT: FACSARIA III | $44,349.06 | UNDETERMINED |
|---|---|---|---|---|
| | **Creditor's mailing address** 168 THIRD AVE WALTHAM, MA 02451 | **Describe the lien** EQUIPMENT FINANCING LEASE | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** 8/15/2021 | | | |
| | **Last 4 digits of account number: 2454** | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| 2.10 | **Creditor's name** THERMO FISHER FINANCIAL SERVICES, INC | **Describe debtor's property that is subject to a lien** PRODUCTION EQUIPMENT: HITACHI IM4000PLUS HYBRID ION MILLING SYSTEM & OTHER | $23,142.80 | UNDETERMINED |
|---|---|---|---|---|
| | **Creditor's mailing address** 168 THIRD AVE WALTHAM, MA 02451 | **Describe the lien** EQUIPMENT FINANCING LEASE | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** 10/15/2021 | | | |
| | **Last 4 digits of account number: 5521** | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| 2.11 | **Creditor's name** THERMO FISHER FINANCIAL SERVICES, INC | **Describe debtor's property that is subject to a lien** PRODUCTION EQUIPMENT: PHENOM XL G2 SEM (TF-1186099) & OTHER | $18,655.80 | UNDETERMINED |
|---|---|---|---|---|
| | **Creditor's mailing address** 168 THIRD AVE WALTHAM, MA 02451 | **Describe the lien** EQUIPMENT FINANCING LEASE | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** 8/15/2021 | | | |
| | **Last 4 digits of account number: 5503** | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| **Part 1:** | **Additional Page** |
|-------------|---------------------|

| | | | Column A | Column B |
|--|--|--|----------|----------|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

**2.12**

**Creditor's name**
THERMO FISHER FINANCIAL SERVICES, INC

**Creditor's mailing address**
168 THIRD AVE
WALTHAM, MA  02451

**Creditor's email address**

**Date or dates debt was incurred**
6/23/2021

**Last 4 digits of account number: 5485**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
PRODUCTION EQUIPMENT: EXPERT GTX (E-GTX),IQOQ

**Describe the lien**
EQUIPMENT FINANCING LEASE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$11,803.84 — UNDETERMINED

**2.13**

**Creditor's name**
THERMO FISHER FINANCIAL SERVICES, INC

**Creditor's mailing address**
168 THIRD AVE
WALTHAM, MA  02451

**Creditor's email address**

**Date or dates debt was incurred**
7/1/2021

**Last 4 digits of account number: 5495**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
PRODUCTION EQUIPMENT: MODEL SR-24C

**Describe the lien**
EQUIPMENT FINANCING LEASE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,966.08 — UNDETERMINED

**2.14**

**Creditor's name**
THERMO FISHER FINANCIAL SERVICES, INC

**Creditor's mailing address**
168 THIRD AVE
WALTHAM, MA  02451

**Creditor's email address**

**Date or dates debt was incurred**
9/15/2021

**Last 4 digits of account number: 2460**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
PRODUCTION EQUIPMENT: HIGH SPEED PUMP (G7120A) & OTHER

**Describe the lien**
EQUIPMENT FINANCING LEASE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,939.90 — UNDETERMINED

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Column A | Column B |
|---|---|---|----------|----------|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

| | | | | |
|---|---|---|---|---|
| 2.15 | **Creditor's name** <br> XEROX FINANCIAL SERVICES LLC <br><br> **Creditor's mailing address** <br> 201 MERRITT 7 <br> NORWALK, CT 06851 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 5/27/2022 <br><br> **Last 4 digits of account number: -003** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> EQUIPMENT (PRINTER/SCANNERS, ETC.): B405 (4) & C8145 (4) <br><br> **Describe the lien** <br> EQUIPMENT FINANCING LEASE <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $14,741.15 | UNDETERMINED |
| 2.16 | **Creditor's name** <br> XEROX FINANCIAL SERVICES LLC <br><br> **Creditor's mailing address** <br> 201 MERRITT 7 <br> NORWALK, CT 06851 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 4/29/2022 <br><br> **Last 4 digits of account number: -002** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> EQUIPMENT (PRINTER/SCANNERS, ETC.): B405 (6) & C8135 (2) <br><br> **Describe the lien** <br> EQUIPMENT FINANCING LEASE <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $5,245.24 | UNDETERMINED |
| 2.17 | **Creditor's name** <br> XEROX FINANCIAL SERVICES LLC <br><br> **Creditor's mailing address** <br> 201 MERRITT 7 <br> NORWALK, CT 06851 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 3/15/2022 <br><br> **Last 4 digits of account number: -001** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> EQUIPMENT (PRINTER/SCANNERS, ETC.): C8145 (2) <br><br> **Describe the lien** <br> EQUIPMENT FINANCING LEASE <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $3,714.50 | UNDETERMINED |

| Part 1: | Additional Page |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

**2.18**

**Creditor's name**
XEROX FINANCIAL SERVICES LLC

**Creditor's mailing address**
201 MERRITT 7
NORWALK, CT  06851

**Creditor's email address**

**Date or dates debt was incurred**
6/16/2022

**Last 4 digits of account number: -004**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
EQUIPMENT (PRINTER/SCANNERS, ETC.): C8145 (1)

**Describe the lien**
EQUIPMENT FINANCING LEASE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $2,483.65
Value of collateral: UNDETERMINED

**2.19**

**Creditor's name**
XEROX FINANCIAL SERVICES LLC

**Creditor's mailing address**
201 MERRITT 7
NORWALK, CT  06851

**Creditor's email address**

**Date or dates debt was incurred**
2/2/2023

**Last 4 digits of account number: -005**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
EQUIPMENT (PRINTER/SCANNERS, ETC.): C8145 (1)

**Describe the lien**
EQUIPMENT FINANCING LEASE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: $0.00
Value of collateral: UNDETERMINED

**2.20**

**Creditor's name**
XEROX FINANCIAL SERVICES LLC

**Creditor's mailing address**
201 MERRITT 7
NORWALK, CT  06851

**Creditor's email address**

**Date or dates debt was incurred**
3/21/2023

**Last 4 digits of account number: -006**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
EQUIPMENT (PRINTER/SCANNERS, ETC.): C405 (2)

**Describe the lien**
EQUIPMENT FINANCING LEASE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: $0.00
Value of collateral: UNDETERMINED

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $713,419.72 |
|----|---|---|

☐ Check if this is an
    amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

**2.**   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br><br>AIRGAS USA, LLC AN AIR LIQUIDE COMPANY<br>21 GORDON ROAD<br>PISCATAWAY TOWNSHIP, NJ 08854<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9) | | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(B)(9) - TRADE CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85,044.22 | $916.20 |
| 2.2 | **Priority creditor's name and mailing address**<br><br>ALAN GAO<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CONTRACTUAL SEVERANCE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $367,500.00 | $15,150.00 |
| 2.3 | **Priority creditor's name and mailing address**<br><br>ALLISON BLACKWELL<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CONTRACTUAL SEVERANCE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $337,500.00 | $15,150.00 |

| **Part 1:** | **Additional Page** |
|-----|-----|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.4** | **Priority creditor's name and mailing address**
AMAZON
PO BOX 035184
SEATTLE, WA 98124-5184

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (9)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9) - TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $48,625.52
Priority amount: $79.77

---

**2.5** | **Priority creditor's name and mailing address**
ANDY HUDAK
ADDRESS ON FILE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONTRACTUAL SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $152,500.00
Priority amount: $15,150.00

---

**2.6** | **Priority creditor's name and mailing address**
AYUB KHATTAK
ADDRESS ON FILE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONTRACTUAL SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $482,115.36
Priority amount: $15,150.00

---

**2.7** | **Priority creditor's name and mailing address**
CA DEPR OF TAX AND FEE ADMIN
PO BOX 942879
SACRAMENTO, CA 94279-8062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAX CLAIM AUDIT - CA USE TAX AUDIT

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

---

**2.8** | **Priority creditor's name and mailing address**
CHRIS ACHAR
ADDRESS ON FILE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONTRACTUAL SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $324,000.00
Priority amount: $15,150.00

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.9** 

**Priority creditor's name and mailing address**

CLINTON SEVER
ADDRESS ON FILE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONTRACTUAL SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $550,000.00  Priority amount: $15,150.00

---

**2.10**

**Priority creditor's name and mailing address**

DAVID TSAY
ADDRESS ON FILE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONTRACTUAL SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $375,000.00  Priority amount: $15,150.00

---

**2.11**

**Priority creditor's name and mailing address**

DIGI KEY CORP
701 BROOKS AVE. SOUTH
THIEF RIVER FALLS, MN  56701

**Date or dates debt was incurred**

5/9/2024

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9) - TRADE CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $4,586.18  Priority amount: $113.80

---

**2.12**

**Priority creditor's name and mailing address**

FESTO CORPORATION
PO BOX 1355
BUFFALO, NY  14240

**Date or dates debt was incurred**

5/8/2024

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9) - TRADE CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,516.12  Priority amount: $69.50

---

**2.13**

**Priority creditor's name and mailing address**

FISHER SCIENTIFIC
ACCT # 063515-001
FILE 50129
LOS ANGELES, CA  90074-0129

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9) - TRADE CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $101,289.00  Priority amount: $3,429.75

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.14 | **Priority creditor's name and mailing address**<br><br>FORECAST 3D<br>2221 RUTHERFORD ROAD<br>CARLSBAD, CA  92008<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(B)(9) - TRADE CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,108.32 | $368.56 |

| 2.15 | **Priority creditor's name and mailing address**<br><br>FUJI AMERICA CORPORATION<br>DEPT CH 17968<br>PALATINE, IL  60055-7968<br><br>**Date or dates debt was incurred**<br><br>5/13/2024<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(B)(9) - TRADE CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,161.16 | $18.60 |

| 2.16 | **Priority creditor's name and mailing address**<br><br>GENESEE SCIENTIFIC LLC<br>900 VERNON WAY<br>EL CAJON, CA  92020<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(B)(9) - TRADE CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,062.28 | $1,185.72 |

| 2.17 | **Priority creditor's name and mailing address**<br><br>GLEN RESEARCH<br>22825 DAVIS DRIVE<br>SUITE 100<br>STERLING, VA  20164<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(B)(9) - TRADE CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $151,632.58 | $11,892.80 |

| 2.18 | **Priority creditor's name and mailing address**<br><br>INTERGRATED DNA TECHNOLOGIES, INC. (IDT)<br>25104 NETWORK PLACE<br>CHICAGO, IL  60673-1251<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(B)(9) - TRADE CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,650.74 | $1,651.12 |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.19** Priority creditor's name and mailing address
INTERNAL REVENUE SERVICE
PO BOX 932700
LOUISVILLE, KY 40293-2700

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAX CLAIM (RETURN) - 2021

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **UNDETERMINED**  Priority amount: **UNDETERMINED**

---

**2.20** Priority creditor's name and mailing address
J.A. CRAWFORD CO.
11813 E SLAUSON AVENUE
SANTA FE SPRINGS, CA 90670

**Date or dates debt was incurred**
5/9/2024

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9) - TRADE CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,670.26**  Priority amount: **$503.60**

---

**2.21** Priority creditor's name and mailing address
JESSIE WICK
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONTRACTUAL SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$131,976.00**  Priority amount: **$15,150.00**

---

**2.22** Priority creditor's name and mailing address
JOSHUA BERGMAN
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONTRACTUAL SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$128,750.00**  Priority amount: **$15,150.00**

---

**2.23** Priority creditor's name and mailing address
LGC GENOMICS, LLC
3600 MINNESOTA STREET
ALEXANDRIA, MN 56308

**Date or dates debt was incurred**
5/15/2024

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9) - TRADE CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$15,908.00**  Priority amount: **$5,896.00**

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.24**

**Priority creditor's name and mailing address**

MCMASTER-CARR
PO BOX 7690
CHICAGO, IL 60680-7690

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9) - TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $9,324.52
Priority amount: $18.98

---

**2.25**

**Priority creditor's name and mailing address**

MEDTECH SOLUTIONS LIMITED
WAI KOWK KEUNG
RM 907, SILVERCORD TOWER 2
30 CANTON RD, TST, KLN
HONG KONG
HONG KONG

**Date or dates debt was incurred**

5/13/2024

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9) - TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,889,938.40
Priority amount: $16,030.34

---

**2.26**

**Priority creditor's name and mailing address**

NEW ENGLAND BIOLABS
PO BOX 3933
BOSTON, MA 02241-3933

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9) - TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,046.00
Priority amount: $782.00

---

**2.27**

**Priority creditor's name and mailing address**

NITIN DUGGAL
ADDRESS ON FILE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONTRACTUAL SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $292,500.00
Priority amount: $15,150.00

---

**2.28**

**Priority creditor's name and mailing address**

PRES-TEK PLASTICS INC
11060 TACOMA DRIVE
RANCHO CUCAMONGA, CA 91730

**Date or dates debt was incurred**

5/20/2024

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9) - TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $16,709.19
Priority amount: $5,586.28

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.29** 

**Priority creditor's name and mailing address**

RANDALL POLLARD
ADDRESS ON FILE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONTRACTUAL SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $198,750.00    Priority amount: $15,150.00

---

**2.30**

**Priority creditor's name and mailing address**

SHANNON OLIVAS
ADDRESS ON FILE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CONTRACTUAL SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $169,550.00    Priority amount: $15,150.00

---

**2.31**

**Priority creditor's name and mailing address**

SPECTRUM CHEMICAL MFG CORP.
14422 S. SAN PEDRO STREET
GARDENA, CA  90248-2027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9) - TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,022.67    Priority amount: $57.60

---

**2.32**

**Priority creditor's name and mailing address**

WESTEC PLASTICS CORPORATION
6757-A LAS POSITAS RD
LIVERMORE, CA  94551

**Date or dates debt was incurred**

5/14/2024

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (9)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9) - TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $7,601.50    Priority amount: $1,200.00

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).

☐ No.
☒ Yes.

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1**    **Nonpriority creditor's name and mailing address**

ACCELAGEN
6044 CORNERSTONE COURT WEST, SUITE C
SAN DIEGO, CA 92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,413.04

---

**3.2**    **Nonpriority creditor's name and mailing address**

ACCELERATED DIGITAL MEDIA, LLC
76 LAKEWOOD PL
HIGHLAND PARK, IL 60035

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$115,050.00

---

**3.3**    **Nonpriority creditor's name and mailing address**

ACCURIS
321 INVERNESS DRIVE SOUTH
ENGLEWOOD, CO 80112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,906.05

---

**3.4**    **Nonpriority creditor's name and mailing address**

ADDITEL CORPORATION
2900 SATURN STREET
 SUITE B
BREA, CA 92821

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$518.94

---

**3.5**    **Nonpriority creditor's name and mailing address**

ADOBE SYSTEMS
29322 NETWORK PLACE
CHICAGO, IL 60673-1293

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,843.85

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,950.00 |
|---|---|---|---|

ADVARRA
6100 MERRIWEATHER DRIVE
 SUITE 600
COLUMBIA, MD  21044

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,753.00 |
|---|---|---|---|

AERONET WORLDWIDE INC
42 CORPORATE PARK, SUITE 100
IRVINE, CA  92606

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,878.93 |
|---|---|---|---|

AGILENT TECHNOLOGIES, INC.
2850 CENTERVILLE ROAD
WILMINGTON, DE  19808

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $84,128.02 |
|---|---|---|---|

AIRGAS USA, LLC AN AIR LIQUIDE COMPANY
21 GORDON ROAD
PISCATAWAY TOWNSHIP, NJ  08854

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $296,637.00 |
|---|---|---|---|

ALEXANDRIA REAL ESTATE EQUITIES, INC.
385 E COLORADO BLVD
PASADENA, CA  91101

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,476.89 |
|---|---|---|---|

ALLIED STORAGE CONTAINERS, INC
PO BOX 519
COLTON, CA 92324

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $73,303.68 |
|---|---|---|---|

ALORICA INC.
5161 CALIFORNIA AVE
 SUITE 100
IRVINE, CA 92617

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $48,545.75 |
|---|---|---|---|

AMAZON
PO BOX 035184
SEATTLE, WA 98124-5184

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $11,593.57 |
|---|---|---|---|

AMERICAN INTERNATIONAL CHEMICAL LLC (AIC)
2000 WEST PARK DRIVE
 SUITE 300
WESTBOROUGH, MA 01581

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $495.00 |
|---|---|---|---|

AMERICAN LASER FABRICATION, INC.
4139 AVENIDA DE LA PLATA

OCEANSIDE, CA 92056

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.16** | **Nonpriority creditor's name and mailing address**
AMERICAN REFRIGERATION SUPPLIES, INC.
2632 E CHAMBERS STREET
PHOENIX, AZ  85040

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$947.31

---

**3.17** | **Nonpriority creditor's name and mailing address**
ARAMARK
PO BOX 101179
PASADENA, CA  91189-1179

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,307.42

---

**3.18** | **Nonpriority creditor's name and mailing address**
ASSOCIATION OF PUBLIC HEALTH LABORATORIES
8515 GEORGIA AVE
 SUITE 700
SILVER SPRING, MD  20910

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,527.60

---

**3.19** | **Nonpriority creditor's name and mailing address**
ASYS GROUP AMERICAS INC.
140 SATELLITE BOULEVARD NORTHEAST
 SUITE D
SUWANEE, GA  30024

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$253.14

---

**3.20** | **Nonpriority creditor's name and mailing address**
AT&T
PO BOX 6463
CAROL STREAM, IL  60197-6463

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,334.69

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.21**

**Nonpriority creditor's name and mailing address**

ATCC
AMERICAN TYPE CULTURE COLLECTION (ATCC)
PO BOX 76349
BALTIMORE, MD 21275-6349

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,063.00

---

**3.22**

**Nonpriority creditor's name and mailing address**

AVILES V. CUE HEALTH
CALIFORNIA STATE DIVISION OF WORKERS
COMPENSATION
7575 METROPOLITAN DR
SAN DIEGO, CA 92106

**Date or dates debt was incurred**

ONGOING

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.23**

**Nonpriority creditor's name and mailing address**

BAY AREA CIRCUITS
44358 OLD WARM SPRINGS BLVD.
FREMONT, CA 94538

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,928.66

---

**3.24**

**Nonpriority creditor's name and mailing address**

BDO USA LLP
5300 PATTERSON AVE SE, SUITE 100
GRAND RAPIDS, MI 49512

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$325,000.00

---

**3.25**

**Nonpriority creditor's name and mailing address**

BECTON DICKINSON AND COMPANY
PO BOX 100921
PASADENA, CA 91189-0921

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$887.65

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $99,907.52 |
|---|---|---|---|

BIOAIR MECHANICAL INC. DBA: KURTZ MECHANICAL
8580 PRODUCTION AVE, SUITE A
SAN DIEGO, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $21,200.00 |
|---|---|---|---|

BIOCOM
BIOCOM SAN DIEGO (HEADQUARTERS)
10996 TORREYANA RD., STE. 200
SAN DIEGO, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $38,426.31 |
|---|---|---|---|

BIO-RAD LABORATORIES, INC.
1000 ALFRED NOBEL DRIVE
HERCULES, CA 94547

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,929.30 |
|---|---|---|---|

BLACKFLY INVESTMENTS, LLC DBA MOLECULAR TESTING LABS
14401 SE 1ST STREET
VANCOUVER, WA 98684-3503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,645.00 |
|---|---|---|---|

BLOOMBERG FINANCE L.P.
PO BOX 416604
BOSTON, MA 02241-6604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

### 3.31

**Nonpriority creditor's name and mailing address**

BMR - MODA SORRENTO
ATTENTION ENTITY 699
PO BOX 511415
LOS ANGELES, CA 90051-7970

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$105,000.00

### 3.32

**Nonpriority creditor's name and mailing address**

BOX, INC.
900 JEFFERSON AVE
REDWOOD, CA 94063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,442.00

### 3.33

**Nonpriority creditor's name and mailing address**

BRANSON ULTRASONICS CORPORATION
BRANSON
120 PARK RIDGE ROAD
BROOKFIELD, CT 06804

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,861.92

### 3.34

**Nonpriority creditor's name and mailing address**

BRIGHTVIEW LANDSCAPES
980 JOLLY ROAD, SUITE 300
BLUE BELL, PA 19422

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,188.96

### 3.35

**Nonpriority creditor's name and mailing address**

BROADPHARM
6625 TOP GUN ST # 103
SAN DIEGO, CA 92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,431.38

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.36** | **Nonpriority creditor's name and mailing address**

BROADRIDGE ICS
BROADRIDGE
PO BOX 416423
BOSTON, MA 02241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,359.28

---

**3.37** | **Nonpriority creditor's name and mailing address**

BROWN & FORTUNATO
405 S. FILLMORE
 SUITE 400
AMARILLO, TX 79101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.50

---

**3.38** | **Nonpriority creditor's name and mailing address**

BROWN V. CUE HEALTH
1100 UNION STREET
SAN DIEGO, CA 92101

**Date or dates debt was incurred**

ONGOING

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.39** | **Nonpriority creditor's name and mailing address**

BSI GROUP AMERICA
12950 WORLDGATE DRIVE SUITE 800
HERNDON, VA 20170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,710.00

---

**3.40** | **Nonpriority creditor's name and mailing address**

BUSINESS WIRE, INC.
101 CALIFORNIA STREET, 20TH FLOOR
SAN FRANCISCO, CA 94111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,729.00

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.41** **Nonpriority creditor's name and mailing address**

BYNDER DIGITAL ASSET MANAGEMENT
321 SUMMER ST, FLOOR 1
BOSTON, MA  02210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,610.00

---

**3.42** **Nonpriority creditor's name and mailing address**

CAL MESA STEEL SUPPLY
31682 DUNLAP BLVD
YUCAIPA, CA  92399

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,540.00

---

**3.43** **Nonpriority creditor's name and mailing address**

CALIFORNIA BOILER INC.
1800 NEWPORT CIRCLE
SANTA ANA, CA  92705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,538.34

---

**3.44** **Nonpriority creditor's name and mailing address**

CANTEEN SAN DIEGO
5515 MARKET STREET
SAN DIEGO, CA  92114

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,590.59

---

**3.45** **Nonpriority creditor's name and mailing address**

CASA DEL MAR
3910 SORRENTO VALLEY BOULEVARD
 SUITE 100
SAN DIEGO, CA  92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,595.00

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.46** | **Nonpriority creditor's name and mailing address**

CASEI PERFORMANCE UNDER PRESSURE
5630 KEARNY MESA RD., #C
SAN DIEGO, CA 92111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,960.00

---

**3.47** | **Nonpriority creditor's name and mailing address**

CDW DIRECT LLC
200 N MILWAUKEE AVENUE
VERNON HILLS, IL 60061

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,678.00

---

**3.48** | **Nonpriority creditor's name and mailing address**

CENTRAL MONITORING CORPORATION
14231 GARDEN ROAD
 SUITE 1
POWAY, CA 92064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$375.00

---

**3.49** | **Nonpriority creditor's name and mailing address**

CIRCLE INTERNET SERVICES, INC
201 SPEAR STREET
 SUITE 1200
SAN FRANCISCO, CA 94105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,471.23

---

**3.50** | **Nonpriority creditor's name and mailing address**

CITY TREASURER
CITY OF SAN DIEGO PUBLIC UTILITIES DEPARTMENT
 PO BOX 129020
SAN DIEGO, CA 92112-9020

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,500.00

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.51** Nonpriority creditor's name and mailing address

COLE PARMER
13927 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0139

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,438.98

---

**3.52** Nonpriority creditor's name and mailing address

COLLECTIVE42
187 CALLE MAGDALENA
 SUITE 104
ENCINITAS, CA 92024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,767.50

---

**3.53** Nonpriority creditor's name and mailing address

COMPENSIA, INC.
548 MARKET ST., PMB 55353
SAN FRANCISCO, CA 94104-5401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,984.34

---

**3.54** Nonpriority creditor's name and mailing address

COMPRESSED AIR SYSTEMS ENGINEERING, INC.
5630 KEARNY MESA RD., #C
SAN DIEGO, CA 92111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,140.64

---

**3.55** Nonpriority creditor's name and mailing address

COMPUTERSHARE INC.
DEPT CH 19228
PALATINE, IL 60055-9228

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,171.07

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.56** | **Nonpriority creditor's name and mailing address**

CONTROLLED CONTAMINATION SERVICES, LLC
11696 SORRENTO VALLEY RD
STE 200
SAN DIEGO, CA 92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,757.00

---

**3.57** | **Nonpriority creditor's name and mailing address**

CORNERSTONE ONDEMAND INC.
DEPT CH 19590
PALATINE, IL 60055-9590

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,135.00

---

**3.58** | **Nonpriority creditor's name and mailing address**

CORODATA
PO BOX 842638
LOS ANGELES, CA 90084-2638

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$810.20

---

**3.59** | **Nonpriority creditor's name and mailing address**

COX COMMUNICATIONS CA-SAN DIEGO
PO BOX 53214
PHOENIX, AZ 85072-3214

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,627.64

---

**3.60** | **Nonpriority creditor's name and mailing address**

CRAFTECH CORPORATION
2941 EAST LA JOLLA STREET
ANAHEIM, CA 92806

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,119.50

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.61** **Nonpriority creditor's name and mailing address**

CREATIVE PEGWORKS
400 PARK OFFICES DR
 SUITE 311
RESEARCH TRIANGLE PARK, NC  27709

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$650.00

---

**3.62** **Nonpriority creditor's name and mailing address**

CROSSOVER PRINT MANAGEMENT
10119 ALLENWOOD WAY
SANTEE, CA  92071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,043.77

---

**3.63** **Nonpriority creditor's name and mailing address**

CROWN CASTLE FIBER LLC
8020 KATY FREEWAY
HOUSTON, TX  77024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$331.75

---

**3.64** **Nonpriority creditor's name and mailing address**

CSC GLOBAL
PO BOX 7410023
CHICAGO, IL  60674-5023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,048.00

---

**3.65** **Nonpriority creditor's name and mailing address**

CUE V. UNIVERSITY OF PITTSBURGH
MEDICAL CENTER
600 GRANT ST.
PITTSBURGH, PA  15219

**Date or dates debt was incurred**

ONGOING

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $274.60

CULLIGAN OF SAN DIEGO
885 GATEWAY CENTER WAY
STE. 101
SAN DIEGO, CA 92102

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $64,142.12

CYTIVA (GLOBAL LIFE SCIENCES SOLUTIONS)
100 RESULTS WAY
MARLBOROUGH, MA 01752

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $52,000.00

D2 PHARMA CONSULTING LLC
400 CHESTERFIELD CENTER, STE. 400
CHESTERFIELD, MO 63017

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,617.50

DATA ELECTRONIC SERVICES (DES)
410 N NANTUCKET PL
SANTA ANA, CA 92703

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,157.05

DATADOG, INC.
620 8TH AVENUE FLOOR 45
NEW YORK, NY 10018-1741

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.71** **Nonpriority creditor's name and mailing address**

DE LAGE LANDEN
1111 OLD EAGLE SCHOOL RD
WAYNE, PA  19087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,764.21

---

**3.72** **Nonpriority creditor's name and mailing address**

DESCARTES SYSTEMS GROUP
2030 POWERS FERRY ROAD SE
ATLANTA, GA  30339

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$396.00

---

**3.73** **Nonpriority creditor's name and mailing address**

DIGI KEY CORP
701 BROOKS AVE.
SOUTH
 THIEF RIVER FALLS, MN  56701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,472.38

---

**3.74** **Nonpriority creditor's name and mailing address**

DIMENSIONAL INSPECTION SERVICES, LLC
9353 ACTIVITY ROAD, STE C
SAN DIEGO, CA  92126

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,882.50

---

**3.75** **Nonpriority creditor's name and mailing address**

DIVERSIFIED BUSINESS SOLUTIONS
9771 CLAIREMONT MESA BLVD
SUITE F
SAN DIEGO, CA  92124

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,609.61

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.76** **Nonpriority creditor's name and mailing address**

DOGWOOD PROPERTIES LLC
870 HARBOUR WAY SOUTH
 RICHMOND, CA  94804

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,111.09

---

**3.77** **Nonpriority creditor's name and mailing address**

DOIT INTERNATIONAL
5201 GREAT AMERICA PKWY, SUITE 320
SANTA CLARA, CA  95054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,343,553.86

---

**3.78** **Nonpriority creditor's name and mailing address**

DOME CONSTRUCTION CORPORATION
393 EAST GRAND AVE.
SOUTH SAN FRANCISCO, CA  94080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$104,340.26

---

**3.79** **Nonpriority creditor's name and mailing address**

DONNELLEY FINANCIAL, LLC
35 W WACKER DR
CHICAGO, IL  60601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,692.50

---

**3.80** **Nonpriority creditor's name and mailing address**

DOSESPOT
PO BOX 83096
WOBURN, MA  01813

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,533.00

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,079.75 |
| | DUTHIE ELECTRIC SERVICE CORP | *Check all that apply.* | |
| | 2335 E CHERRY INDUSTRIAL | ☐ Contingent | |
| | LONG BEACH, CA 90805 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,912.00 |
| | ELECTRONIC CONTROL SYSTEMS, LLC DBA ALBIREO | *Check all that apply.* | |
| | ENERGY | ☐ Contingent | |
| | 12575 KIRKHAM CT | ☐ Unliquidated | |
| | POWAY, CA 92064 | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,969.60 |
| | ELECTRO-TECH SYSTEMS, INC. | *Check all that apply.* | |
| | 700 WEST PARK AVE | ☐ Contingent | |
| | PERKASIE, PA 18944 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,607.00 |
| | ELLAB | *Check all that apply.* | |
| | 303 E 17TH AVE., STE 10 | ☐ Contingent | |
| | DENVER, CO 80203 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $800.00 |
| | EMA DESIGN AUTOMATION | *Check all that apply.* | |
| | 225 TECH PARK DRIVE | ☐ Contingent | |
| | ROCHESTER, NY 14623 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.86** | **Nonpriority creditor's name and mailing address**

EMBER RIVER LLC
2683 VIA DE LA VALLE
 SUITE G 619
DEL MAR, CA  92014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,012.50

---

**3.87** | **Nonpriority creditor's name and mailing address**

EPPENDORF NORTH AMERICA INC.
7270 ENGINEER RD # A
SAN DIEGO, CA  92111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,775.80

---

**3.88** | **Nonpriority creditor's name and mailing address**

ERIN KING
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,500.00

---

**3.89** | **Nonpriority creditor's name and mailing address**

ERNST & YOUNG US LLP
PO BOX 846793
LOS ANGELES, CA  90084

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,055.00

---

**3.90** | **Nonpriority creditor's name and mailing address**

ETON BIOSCIENCE, INC.
10421 WATERIDGE CIR, SUITE 200.
SAN DIEGO, CA  92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$524.36

---

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|

---

**3.91**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $20,633.00

FEDEX (DEPT LA)
DEPT LA
 PO BOX 21415
PASADENA, CA  91185-1415

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.92**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $2,446.62

FESTO CORPORATION
PO BOX 1355
BUFFALO, NY  14240

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.93**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $75,000.00

FGS GLOBAL (US) LLC
909 THIRD AVENUE, 32 FLOOR
 32ND FLOOR
NEW YORK, NY  10022

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.94**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $420.00

FIGMA INC
760 MARKET ST
 10TH FLOOR
SAN FRANCISCO, CA  94102

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.95**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $97,859.25

FISHER SCIENTIFIC
FILE 50129
LOS ANGELES, CA  90074-0129

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.96**

**Nonpriority creditor's name and mailing address**

FOLEY & LARDNER LLP
777 E. WISCONSIN AVE.
 US BANK BUILDING
MILWAUKEE, WI  53202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$164,902.32

---

**3.97**

**Nonpriority creditor's name and mailing address**

FORECAST 3D
2221 RUTHERFORD ROAD
CARLSBAD, CA  92008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,739.76

---

**3.98**

**Nonpriority creditor's name and mailing address**

FRANEK TECHNOLOGIES, INC
15052 RED HILL AVENUE, SUITE C
 SUITE C
TUSTIN, CA  92780

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$213.61

---

**3.99**

**Nonpriority creditor's name and mailing address**

FUJI AMERICA CORPORATION
DEPT CH 17968
PALATINE, IL  60055-7968

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,142.56

---

**3.100**

**Nonpriority creditor's name and mailing address**

FUJIFILM IRVINE SCIENTIFIC, INC.
1830 E. WARNER AVE
SANTA ANA, CA  92705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,382.73

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.101** Nonpriority creditor's name and mailing address

GALLAGHER, JOHN
ADDRESS ON FILE

**Date or dates debt was incurred**

ONGOING

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.102** Nonpriority creditor's name and mailing address

GARDINER HARRIS DBA AUBREY MATURIN
GARDINER HARRIS
C/O THE NEW YORK TIMES
620 EIGHTH AVENUE
NEW YORK, NY  10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,000.00

---

**3.103** Nonpriority creditor's name and mailing address

GENESEE SCIENTIFIC LLC
900 VERNON WAY # 101
EL CAJON, CA  92020

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,876.56

---

**3.104** Nonpriority creditor's name and mailing address

GLEN RESEARCH
22825 DAVIS DRIVE
 SUITE 100
STERLING, VA  20164

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$139,739.78

---

**3.105** Nonpriority creditor's name and mailing address

GLENN R JOHNSON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,200.00

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.106** **Nonpriority creditor's name and mailing address**

GOOGLE LLC
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CA 94043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$262,367.66

---

**3.107** **Nonpriority creditor's name and mailing address**

GRAINGER
100 GRAINGER PKWY
LAKE FOREST, IL 60045

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,223.19

---

**3.108** **Nonpriority creditor's name and mailing address**

GUARDIAN LIFE INSURANCE COMPANY OF AMERICA
10 HUDSON YARDS
NEW YORK, NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,055.29

---

**3.109** **Nonpriority creditor's name and mailing address**

GUIDEPOINT SECURITY LLC
2201 COOPERATIVE WAY
 SUITE 225
HERNDON, VA 20171

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,687.50

---

**3.110** **Nonpriority creditor's name and mailing address**

HAAS FACTORY OUTLET
HAAS FACTORY OUTLET ANAHEIM
 1338 S. STATE COLLEGE PKWY
ANAHEIM, CA 92806

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$386.66

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.111** | **Nonpriority creditor's name and mailing address**

HEALTH DECISIONS
3800 PARAMOUNT PARKWAY SUITE 400
MORRISVILLE, NC  27560

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$587,653.24

---

**3.112** | **Nonpriority creditor's name and mailing address**

HEALTHSPECTIVE
14019 SW FREEWAY, SUITE 301-705
SUGAR LAND, TX  77478

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,737.50

---

**3.113** | **Nonpriority creditor's name and mailing address**

HISCO
6650 CONCORD PARK DRIVE
HOUSTON, TX  77040-4098

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,768.95

---

**3.114** | **Nonpriority creditor's name and mailing address**

HI-TECH STENCILS, INC
3317 WEST WARNER AVENUE
SANTA ANA, CA  92704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$484.88

---

**3.115** | **Nonpriority creditor's name and mailing address**

HYMAN, PHELPS & MCNAMARA
700 13TH ST NW STE 1200
WASHINGTON, DC  20005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,303.00

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,640.00

IBA LIFESCIENCES GMBH
RUDOLF-WISSELL-STR. 28, D-37079
GOETTINGEN

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,453.20

IBM
IBM CORPORATION
 PO BOX 534151
ATLANTA, GA  30353-4151

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,932.86

ILLUMINA
9885 TOWNE CENTRE DRIVE
SAN DIEGO, CA  92121

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,164.00

INFOARMOR INC
7350 N DOBSON RD.
 SUITE 101
SCOTTSDALE, AZ  85256

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,950.00

INLAND RIGGING
27450 AIRSTREAM WAY
MENIFEE, CA  92585

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $186.00 |
|---|---|---|---|

INNOVATIVE RESEARCH INC.
46430 PEARY CT
NOVI, MI  48377

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,210.00 |
|---|---|---|---|

INSTRON
825 UNIVERSITY AVENUE
NORWOOD, MA  02062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,644.00 |
|---|---|---|---|

INTEGRITYWORKS CONSULTING
4187 BALBOA WAY
SAN DIEGO, CA  92117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,492.45 |
|---|---|---|---|

INTERCOM INC.
55 SECOND STREET
 SUITE 400
SAN FRANCISCO, CA  94105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,999.62 |
|---|---|---|---|

INTERGRATED DNA TECHNOLOGIES, INC. (IDT)
6828 NANCY RIDGE DR
SAN DIEGO, CA  92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

---

**3.126** | **Nonpriority creditor's name and mailing address**

IQVIA INC.
100 IMS DRIVE
PARSIPPANY, NJ 07054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,850.00

---

**3.127** | **Nonpriority creditor's name and mailing address**

J.A. CRAWFORD CO.
11813 E SLAUSON AVENUE
SANTA FE SPRINGS, CA 90670

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,166.66

---

**3.128** | **Nonpriority creditor's name and mailing address**

JC BUILDING SOLUTIONS (JUAN S CARVAJAL)
26803 MONET LN
VALENCIA, CA 91355

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,674.49

---

**3.129** | **Nonpriority creditor's name and mailing address**

JETBRAINS AMERICAS INC.
989 EAST HILLSDALE BLVD, SUITE 200
FOSTER CITY, CA 94404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$919.02

---

**3.130** | **Nonpriority creditor's name and mailing address**

JMG SECURITY SYSTEMS, INC.
17150 NEWHOPE STREET
 SUITE 109
FOUNTAIN VALLEY, CA 92708

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,452.55

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.131** **Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS FIRE PROTECTION
5757 N. GREEN BAY AVENUE
GLENDALE, WI 53209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,205.60

---

**3.132** **Nonpriority creditor's name and mailing address**

JSR LIFE SCIENCES, LLC
1280 NORTH MATHILDA AVENUE
SUNNYVALE, CA 94089

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$649.13

---

**3.133** **Nonpriority creditor's name and mailing address**

JUDY  CONTRERAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,494.00

---

**3.134** **Nonpriority creditor's name and mailing address**

KING & SPALDING LLP
633 W 5TH ST SUITE 1600
LOS ANGELES, CA 90071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$123,542.91

---

**3.135** **Nonpriority creditor's name and mailing address**

KNOWBE4, INC.
33 N GARDEN AVE
CLEARWATER, FL 33755

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,038.32

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $262,767.17 |
| | KRE AIP IV LLC | *Check all that apply.* | |
| | 930 SOUTH ANDREASEN DRIVE | ☐ Contingent | |
| | ESCONDIDO, CA 92029 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,835.00 |
| | KRUSS USA | *Check all that apply.* | |
| | 1020 CREWS RD # K | ☐ Contingent | |
| | MATTHEWS, NC 28105 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,127.00 |
| | L.E.K. CONSULTING LLC | *Check all that apply.* | |
| | 75 STATE ST | ☐ Contingent | |
| | 19TH FLOOR | ☐ Unliquidated | |
| | BOSTON, MA 02109 | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,315.00 |
| | LASTPASS US LP | *Check all that apply.* | |
| | PO BOX 411365 | ☐ Contingent | |
| | BOSTON, MA 02241-1365 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $880.00 |
| | LAWSON DRAYAGE INC. | *Check all that apply.* | |
| | 3402 ENTERPRISE AVE | ☐ Contingent | |
| | HAYWARD, CA 94545 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.141** **Nonpriority creditor's name and mailing address**

LEE BIOSOLUTIONS, INC.
10850 METRO COURT
MARYLAND HEIGHTS, MO 63043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$480.00

---

**3.142** **Nonpriority creditor's name and mailing address**

LEXISNEXIS
230 PARK AVE FLOOR 7
NEW YORK, NY 10169

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,839.32

---

**3.143** **Nonpriority creditor's name and mailing address**

LGC GENOMICS, LLC
3600 MINNESOTA STREET
ALEXANDRIA, MN 56308

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,012.00

---

**3.144** **Nonpriority creditor's name and mailing address**

LIFE TECHNOLOGIES CORPORATION
ATTN: SERVICE CONTRACT ADMINISTRATION
12088 COLLECTION CORPORATION
CHICAGO, IL 60693-0120

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,774.27

---

**3.145** **Nonpriority creditor's name and mailing address**

LINDSAY POLIC CONSULTING, INC.
36 DEERWOOD
ALISO VIEJO, CA 92656

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,768.75

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.146** **Nonpriority creditor's name and mailing address**

LINKEDIN CORPORATION
1000 W MAUDE AVE
SUNNYVALE, CA  94085

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$91,817.33

---

**3.147** **Nonpriority creditor's name and mailing address**

LOGIGEAR CORPORATION
1730 S. AMPHLETT BLVD
 SUITE 200
SAN MATEO, CA  94402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$63,353.00

---

**3.148** **Nonpriority creditor's name and mailing address**

LUMIPROBE CORPORATION
201 INTERNATIONAL CIRCLE, SUITE 135
HUNT VALLEY, MD  21030

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,267.45

---

**3.149** **Nonpriority creditor's name and mailing address**

LYO-TECH, INC.
270 N. SMITH AVE.
CORONA, CA  92878

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,690.00

---

**3.150** **Nonpriority creditor's name and mailing address**

M3 USA CORPORATION
DBA M3 GLOBAL  RESEARCH
PO BOX 719260
PHILADELPHIA, PA  19171-9260

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,470.00

---

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

---

**3.151** | **Nonpriority creditor's name and mailing address**

MARGARET HOLDER
2ADDRESS ON FILE

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,225.00

---

**3.152** | **Nonpriority creditor's name and mailing address**

MARSH & MCLENNAN AGENCY LLC
LOCKBOX 740663
LOS ANGELES, CA 90074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,002.10

---

**3.153** | **Nonpriority creditor's name and mailing address**

MARY BUCKLEY
11949 TAPESTRY LANE
MINNETONKA, MN 55305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,000.00

---

**3.154** | **Nonpriority creditor's name and mailing address**

MAXCYTE, INC
9713 KEY WEST AVE
 SUITE 400
ROCKVILLE, MD 20850

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,500.00

---

**3.155** | **Nonpriority creditor's name and mailing address**

MCDERMOTT WILL & EMERY
444 W. LAKE ST.
CHIACGO, IL 60606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,470.37

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,305.54 |
|---|---|---|---|

MCMASTER-CARR
PO BOX 7690
CHICAGO, IL  60680-7690

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,873,908.06 |
|---|---|---|---|

MEDTECH SOLUTIONS LIMITED
WAI KOWK KEUNG
RM 907, SILVERCORD TOWER 2
30 CANTON RD, TST, KLN
HONG KONG
CHINA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,000.00 |
|---|---|---|---|

MERCER US LLC
1166 AVENUE OF THE AMERICAS
NEW YORK, NY  10036

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,000.00 |
|---|---|---|---|

MERCURY PUBLIC AFFAIRS, LLC
200 VARICK STREET
 SUITE 600
NEW YORK, NY  10014

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,140.00 |
|---|---|---|---|

MERILL'S PACKGING INC
1529 ROLLINS RD
BURLINGAME, CA  94010

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.161** **Nonpriority creditor's name and mailing address**

META PLATFORMS, INC
15161 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$128,023.62

---

**3.162** **Nonpriority creditor's name and mailing address**

METALETCH SERVICES, INC.
1165 LINDA VISTA DRIVE
SAN MARCOS, CA 92078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$592.63

---

**3.163** **Nonpriority creditor's name and mailing address**

METTLER-TOLEDO INTERNATIONAL, INC.
1900 POLARIS PARKWAY
COLUMBUS, OH 43240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,028.81

---

**3.164** **Nonpriority creditor's name and mailing address**

METTLER-TOLEDO RAININ, LLC
7500 EDGEWATER DRIVE
OAKLAND, CA 94621

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,506.37

---

**3.165** **Nonpriority creditor's name and mailing address**

MEYER LAW GROUP
296 SHORELINE HWY
MILL VALLEY, CA 94941

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,893.42

| **Part 2:** | Additional Page | |

| | | Amount of claim |

---

3.166 **Nonpriority creditor's name and mailing address**

MICROFLUIDICS INTERNATIONAL CORPORATION
90 GLACIER DR., STE 1000
WESTWOOD, MA  02090

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,562.90

---

3.167 **Nonpriority creditor's name and mailing address**

MILLER STEPHENSON
55 BACKUS AVENUE
DANBURY, CT  06810-7328

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$863.02

---

3.168 **Nonpriority creditor's name and mailing address**

MILLIPORE CORPORATION (EMD)
25760 NETWORK PLACE
CHICAGO, IL  60673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,941.47

---

3.169 **Nonpriority creditor's name and mailing address**

MILLIPORE SIGMA (SIGMA-ALDRICH)
3050 SPRUCE
ST. LOUIS, MO  63103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,794.62

---

3.170 **Nonpriority creditor's name and mailing address**

MINITAB
1829 PINE HALL ROAD
STATE COLLEGE, PA  16801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,851.00

---

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

### 3.171

**Nonpriority creditor's name and mailing address**

MINTZ GROUP LLC
110 5TH AVENUE 8TH FLOOR
NEW YORK, NY 10011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,750.00

### 3.172

**Nonpriority creditor's name and mailing address**

MIRAMAR METAL PROCESSING
9090 KENAMAR DR
 STE A
SAN DIEGO, CA 92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$768.90

### 3.173

**Nonpriority creditor's name and mailing address**

MOUSER ELECTRONICS
1000 NORTH MAIN ST
MANSFIELD, TX 76063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,384.68

### 3.174

**Nonpriority creditor's name and mailing address**

MRIGLOBAL
425 DR. MARTIN LUTHER KING JR. BLVD
KANSAS CITY, MO 64110-2241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$70,733.55

### 3.175

**Nonpriority creditor's name and mailing address**

MULTISORB TECHNOLOGIES, INC.
325 HARLEM ROAD
BUFFALO, NY 14224

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,913.12

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,368.45 |
|---|---|---|---|

NAVEX GLOBAL
550 MEADOWS ROAD
 SUITE 500
LAKE OSWEGO, OR  97035

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $625.00 |
|---|---|---|---|

NEBRASKA DEPARTMENT OF HEALTH AND HUMAN
SERVICES, DIVISION OF PUBLIC HEALTH
PO BOX 94986
LINCOLN, NE  68509

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $264.00 |
|---|---|---|---|

NEW ENGLAND BIOLABS
PO BOX 3933
BOSTON, MA  02241-3933

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,059.06 |
|---|---|---|---|

NEWARK ELEMENT 14
300 S. RIVERSIDE, SUITE 2200
CHICAGO, IL  60606

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,000.00 |
|---|---|---|---|

OAK ANALYTICS INC.
4820 ADOHR LN STE. B
CAMARILLO, CA  93012

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,941.73 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

ODP BUSINESS SOLUTIONS LLC
6600 NORTH MILITARY TRAIL
BOCA RATON, FL 33496

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,941.73

---

**3.182**

**Nonpriority creditor's name and mailing address**

OPENLOOP HEALTHCARE PARTNERS, PC
317 6TH AVENUE
 SUITE 400
DES MOINES, IA 50309

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,847.75

---

**3.183**

**Nonpriority creditor's name and mailing address**

ORACLE AMERICA, INC.
BANK OF AMERICA LOCKBOX SERVICES
15612 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$100,017.42

---

**3.184**

**Nonpriority creditor's name and mailing address**

ORIGENE TECHNOLOGIES
PO BOX 782048
PHILADELPHIA, PA 19178

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,429.20

---

**3.185**

**Nonpriority creditor's name and mailing address**

OTAY MESA SALES
1596 RADAR ROAD
SAN DIEGO, CA 92154

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,785.16

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,872.17 |
| | OXFORD NANOPORE TECHNOLOGIES | Check all that apply. | |
| | 101 AVENUE OF THE AMERICAS | ☐ Contingent | |
| | NEW YORK, NY 10013 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,887.97 |
| | PACIFIC HORIZON MANAGEMENT GROUP, INC. | Check all that apply. | |
| | NANCY RIDGE TECHNOLOGY CENTER, LP | ☐ Contingent | |
| | SUITE 123 | ☐ Unliquidated | |
| | SAN DIEGO, CA 92126 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,975.50 |
| | PACIFIC RIM MECHANICAL | Check all that apply. | |
| | 9125 REHCO ROAD | ☐ Contingent | |
| | SAN DIEGO, CA 92121 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $213,396.00 |
| | PEGASUS BUILDING SERVICES COMPANY, INC | Check all that apply. | |
| | 7966 ARJONS DR. STE | ☐ Contingent | |
| | A/B | ☐ Unliquidated | |
| | SAN DIEGO, CA 92126 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,705.24 |
| | PENSKE TRUCK LEASING CO., L.P. | Check all that apply. | |
| | PO BOX 7429 | ☐ Contingent | |
| | PASADENA, CA 91109-7429 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.191 | **Nonpriority creditor's name and mailing address**<br><br>PESTGON, INC.<br>3612 OCEAN RANCH BLVD.<br>OCEANSIDE, CA 92056<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,207.00 |
| 3.192 | **Nonpriority creditor's name and mailing address**<br><br>PETTIT KOHN INGRASSIA LUTZ & DOLIN PC<br>11622 EL CAMINO REAL, STE. 300<br>SAN DIEGO, CA 92130<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,095.80 |
| 3.193 | **Nonpriority creditor's name and mailing address**<br><br>PIONEERRX, LLC<br>920 PIERREMONT ROAD, SUITE 300<br>SHREVEPORT, LA 71106<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,651.78 |
| 3.194 | **Nonpriority creditor's name and mailing address**<br><br>PLASTIC PROCESS EQUIPMENT, INC<br>PO BOX 670425<br>NORTHFIELD, OH 44067<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $445.57 |
| 3.195 | **Nonpriority creditor's name and mailing address**<br><br>POLYGON US CORPORATION<br>15 SHARPNERS POND ROAD<br>BUILDING F<br>NORTH ANDOVER, MA 01845<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,284.80 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.196** **Nonpriority creditor's name and mailing address**

PRECISION ASSOCIATES, INC
3800 WASHINGTON AVENUE
NORTH
 MINNEAPOLIS, MN  55412-2142

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,115.65

---

**3.197** **Nonpriority creditor's name and mailing address**

PRECISION ELECTRIC GROUP CA, INC.
2361 LA MIRADA DRIVE
VISTA, CA  92081

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,183.85

---

**3.198** **Nonpriority creditor's name and mailing address**

PRECISION FOR MEDICINE
10 COMMERCE WAY
NORTON, MA  02766

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,950.00

---

**3.199** **Nonpriority creditor's name and mailing address**

PREMIER RESEARCH INTERNATIONAL LLC
3800 PARAMOUNT PARKWAY
 SUITE 400
EAST HARTFORD, CT  06108

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$189,211.25

---

**3.200** **Nonpriority creditor's name and mailing address**

PRES-TEK PLASTICS INC
11060 TACOMA DRIVE
RANCHO CUCAMONGA, CA  91730

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,122.91

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.201** **Nonpriority creditor's name and mailing address**

PRESTIGE MOLD INCORPORATED
11040 TACOMA DRIVE
RANCHO CUCAMONGA, CA 91730

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,961.78

---

**3.202** **Nonpriority creditor's name and mailing address**

PRINTEX
12800 BROOKPRINTER PLACE
POWAY, CA 92064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,740.64

---

**3.203** **Nonpriority creditor's name and mailing address**

PRIVACY VAULTS ONLINE, INC.
1651 OLD MADOW RD STE 500
MCLEAN, VA 22102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,500.00

---

**3.204** **Nonpriority creditor's name and mailing address**

PROJECT BORDEAUX
9935D REA ROAD, # 234
CHARLOTTE, NC 28277

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,900.00

---

**3.205** **Nonpriority creditor's name and mailing address**

PURETEC INDUSTRIAL WATER
3151 STURGIS RD.
OXNARD, CA 93030

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,600.00

| **Part 2:** | Additional Page |
|-------------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $750.00 |
|-------|------|------|------|
| | PVERIFY<br>3002 DOW AVENUE, SUITE 508<br>TUSTIN, CA 92780-7237 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,531.74 |
|-------|------|------|------|
| | QIAGEN, INC.<br>PO BOX 5132<br>CAROL STREAM, IL 60197-5132 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $766.50 |
|-------|------|------|------|
| | QUALITY LOCK & SECURITY SERVICES<br>340 EAST BROADWAY<br>VISTA, CA 92084 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $360.96 |
|-------|------|------|------|
| | R.S. HUGHES CO, INC.<br>RS HUGHES<br> 2575 PIONEER AVENUE STE 102<br>VISTA, CA 92081 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,809.86 |
|-------|------|------|------|
| | RAYMOND HANDLING SOLUTIONS, INC. DBA RAYMOND<br>WEST INTRALOGISTICS SOLUTIONS<br>ATTN: NICOLE ALLISON<br> 9939 NORWALK BLVD<br>SANTA FE SPRINGS, CA 90670 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.211**    **Nonpriority creditor's name and mailing address**

REDOX INC.
2020 EASTWOOD DR
MADISON, WI  53704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.10

---

**3.212**    **Nonpriority creditor's name and mailing address**

REPRO MAGIC
8585 MIRAMAR PLACE
SAN DIEGO, CA  92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$114.53

---

**3.213**    **Nonpriority creditor's name and mailing address**

RINGCENTRAL
BOX 734232
DALLAS, TX  75373-4232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,304.66

---

**3.214**    **Nonpriority creditor's name and mailing address**

ROCHE DIAGNOSTICS
9115 HAGUE ROAD, PO BOX 50457
INDIANAPOLIS, IN  46250-0457

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,037.78

---

**3.215**    **Nonpriority creditor's name and mailing address**

RR DONNELLEY
6315 WEST BY NORTHWEST BLVD
HOUSTON, TX  77040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,294.78

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,400.00 |
|---|---|---|---|

RUSTY WALLIS INC_DBA RAYNE WATER OF NORTH COUNTY
PO BOX 1659
VISTA, CA 92085-1659

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $380,474.51 |
|---|---|---|---|

SALESFORCE, INC.
415 MISSION STREET, 3RD FLOOR
SAN FRANCISCO, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

SANMINA CORPORATION
191 N. FIRST STREET
SAN JOSE, CA 95113

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

ONGOING

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $84.00 |
|---|---|---|---|

SAMTEC INC.
520 PARK EAST BLVD
NEW ALBANY, IN 47150-7251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,816.65 |
|---|---|---|---|

SANDSTRAND SERVICES
4858 RONSON CT
SAN DIEGO, CA 92111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,385.00 |
|---|---|---|---|

| | SBT INSTRUMENTS<br>SYMFONIVEJ 37<br>2730 HERLEV<br>DENMARK | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150.00 |
|---|---|---|---|

| | SCIENTIFIC POLYMER PRODUCTS, INC.<br>6265 DEAN PARKWAY<br>ONTARIO, NY  14519 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,500.00 |
|---|---|---|---|

| | SCINOMIX<br>SCINOMIX INC<br>4372 GREEN ASH DR.<br>EARTH CITY, MO  63045 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,720.00 |
|---|---|---|---|

| | SCRIPTDROP, INC.<br>855 GRANDVIEW AVE<br> SUITE 110<br>COLUMBUS, OH  43228 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,811.26 |
|---|---|---|---|

| | SDGE<br>PO BOX 25111<br>SANTA ANA, CA  92799-5111 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50,601.64 |
|---|---|---|---|

SECURE TALENT, INC. DBA EASTRIDGE WORKFORCE
MANAGEMENT
2385 NORTHSIDE DR, SUITE 250
SAN DIEGO, CA 92108

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,000.00 |
|---|---|---|---|

SENIOR INFORMATION CENTERS
1200 S. ROGERS CIRCLE, #4,
BOCA RATON, FL 33487

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $104,252.40 |
|---|---|---|---|

SIDLEY AUSTIN LLP
ONE S DEARBORN STREET
CHICAGO, IL 60603

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,574.20 |
|---|---|---|---|

SIEMENS INDUSTRY SOFTWARE INC.
5800 GRANITE PARKWAY # 600
PLANO, TX 75024

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

SIMPLE LIFE MEDICAL
15188 PARK OF COMMERCE BLVD. #1
JUPITER, FL 33478

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

ONGOING

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,486.93 |
|---|---|---|---|

3.231 **Nonpriority creditor's name and mailing address**

SMC LTD.
NW 5846
PO BOX 1450
MINNEAPOLIS, MN  55485-5846

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $36,486.93

---

3.232 **Nonpriority creditor's name and mailing address**

SPECTRUM CHEMICAL MFG CORP.
14422 S. SAN PEDRO STREET
GARDENA, CA  90248-2027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,965.07

---

3.233 **Nonpriority creditor's name and mailing address**

SPEECH LABS
875 10TH STREET NORTHWEST
UNIT 801
WASHINGTON, DC  20001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,300.00

---

3.234 **Nonpriority creditor's name and mailing address**

STATE WATER RESOURCES CONTROL BOARD
PO BOX 1888
SACRAMENTO, CA  95812-1888

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $150.00

---

3.235 **Nonpriority creditor's name and mailing address**

STOUT RISIUS ROSS, LLC
150 W. SECOND STREET, SUITE 400
ROYAL OAK, MI  48067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $17,250.00

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.236** | **Nonpriority creditor's name and mailing address**
STRATASYS INC.
28309 AVENUE CROCKER
VALENCIA, CA 91355

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,929.85

---

**3.237** | **Nonpriority creditor's name and mailing address**
SURECOST LLC
360 CENTRAL AVE
SUITE 800
SAINT PETERSBURG, FL 33701

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.00

---

**3.238** | **Nonpriority creditor's name and mailing address**
TECAN US, INC.
14180 LIVE OAK AVE
BALDWIN PARK, CA 91706

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$136,075.25

---

**3.239** | **Nonpriority creditor's name and mailing address**
TECHNICAL SAFETY SERVICES, LLC
620 HEARST AVE
BERKELEY, CA 94710

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,096.28

---

**3.240** | **Nonpriority creditor's name and mailing address**
TECHOUTS, INC.
13800 COPPERMINE ROAD
SUITE 281
HERNDON, VA 20171

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$77,336.00

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | | | Amount of claim |
|---|---|---|---|

**3.241** **Nonpriority creditor's name and mailing address**

TEKNOVA
2290 BERT DRIVE
HOLLISTER, CA 95023

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,662.00

---

**3.242** **Nonpriority creditor's name and mailing address**

THERMO ELECTRON NORTH AMERICA, LLC
PO BOX 742775
ATLANTA, GA 30374

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,844.00

---

**3.243** **Nonpriority creditor's name and mailing address**

THERMO FISHER FINANCIAL SERVICES, INC.
PO BOX 41602
PHILADELPHIA, PA 19101-1602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$75,359.61

---

**3.244** **Nonpriority creditor's name and mailing address**

THERMO SOLUTIONS SERVICES USA INC
13980 CAMINITO CAROLINE
SAN DIEGO, CA 92130

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,868.30

---

**3.245** **Nonpriority creditor's name and mailing address**

TOPRX, LLC
2950 BROTHER BLVD
BARLETT, TN 38133

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$263.15

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | Amount of claim |
|--|-----------------|

**3.246** **Nonpriority creditor's name and mailing address**

TRANSCAT, INC
113 CEDAR STREET
MILFORD, MA 01757

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,607.98

---

**3.247** **Nonpriority creditor's name and mailing address**

TRUELOGIC COMPANY, LLC
ELLEN SELLERS
1255 WEST 15TH STREET, SUITE 550
PLANO, TX 75075-7299

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,200.00

---

**3.248** **Nonpriority creditor's name and mailing address**

TRUEPILL
3121 DIABLO AVENUE
HAYWARD, CA 94545

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,992.36

---

**3.249** **Nonpriority creditor's name and mailing address**

TRUMP CARD HOLDINGS LLC
23807 ALISO CREEK ROAD
SUITE 200
LAGUNA NIGUEL, CA 92677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,755.85

---

**3.250** **Nonpriority creditor's name and mailing address**

TUV SUD AMERICA INC.
401 EDGEWATER PLACE STE 500
WAKEFIELD, MA 01880

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,883.00

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.251**    **Nonpriority creditor's name and mailing address**

ULINE
PO BOX 88741
CHICAGO, IL 60680-1741

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,128.67

---

**3.252**    **Nonpriority creditor's name and mailing address**

UNIVERSITY OF ALABAMA BIRMINGHAM (UAB)
1720 UNIVERSITY BLVD
BIRMINGHAM, AL 35294

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,896.77

---

**3.253**    **Nonpriority creditor's name and mailing address**

UNIVERSITY OF SAN DIEGO
5998 ALCALA PARK WAY
SAN DIEGO, CA 92110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,000.00

---

**3.254**    **Nonpriority creditor's name and mailing address**

US BIOTEK LABORATORIES LLC
16020 LINDEN AVE N
SHORELINE, WA 98133

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,505.00

---

**3.255**    **Nonpriority creditor's name and mailing address**

US SPECIALTY LABS LP
15150 AVENUE OF SCIENCE
 SUITE 100
SAN DIEGO, CA 92128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,403.00

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.256** Nonpriority creditor's name and mailing address

UYEMURA INTERNATIONAL CORPORATION
1980 SATURN STREET
MONTEREY PARK, CA 91755

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,254.40

---

**3.257** Nonpriority creditor's name and mailing address

VALDOVINOS, JOANNA
ADDRESS ON FILE

**Date or dates debt was incurred**

ONGOING

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.258** Nonpriority creditor's name and mailing address

VALIDITY, INC.
100 SUMMER STREET, SUITE 2900
BOSTON, MA 02110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,350.00

---

**3.259** Nonpriority creditor's name and mailing address

VECTOR LABORATORIES
PO BOX 889088
LOS ANGELES, CA 90088-9088

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,382.68

---

**3.260** Nonpriority creditor's name and mailing address

VIDEOJET TECHNOLOGIES INC
12113 COLLECTION CENTER
CHICAGO, IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,000.00

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.261**

**Nonpriority creditor's name and mailing address**

VIMEO
PO BOX 74008984
CHICAGO, IL 60674-8984

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,525.00

---

**3.262**

**Nonpriority creditor's name and mailing address**

VWR INTERNATIONAL
VWR
PO BOX 640169
PITTSBURGH, PA 15264-0169

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,881.90

---

**3.263**

**Nonpriority creditor's name and mailing address**

WASELA DIAGNOSTICS LLC
13518 REDSPIRE DRIVE
SILVER SPRING, MD 20906

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,000.00

---

**3.264**

**Nonpriority creditor's name and mailing address**

WASTE CONTROL INC.
2051 PLACENTIA AVE
COSTA MESA, CA 92627

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$495.00

---

**3.265**

**Nonpriority creditor's name and mailing address**

WATERS TECHNOLOGIES CORPORATION
34 MAPLE STREET
MILFORD, MA 01757

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,602.10

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.266**

**Nonpriority creditor's name and mailing address**

WAXIE SANITARY SUPPLY
PO BOX 748802
LOS ANGELES, CA  90074-8802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,327.25

---

**3.267**

**Nonpriority creditor's name and mailing address**

WESTEC PLASTICS CORPORATION
6757-A LAS POSITAS RD
LIVERMORE, CA  94551

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,401.50

---

**3.268**

**Nonpriority creditor's name and mailing address**

WESTPAK, INC.
83 GREAT OAKS BLVD.
SAN JOSE, CA  95119

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,850.00

---

**3.269**

**Nonpriority creditor's name and mailing address**

WHEATON PARTNERS, LLC (DBA CODEMAP)
150 NORTH WACKER DRIVE
 SUITE 2360
CHICAGO, IL  60606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,000.00

---

**3.270**

**Nonpriority creditor's name and mailing address**

WHEEL HEALTH, INC.
2330 S LAMAR BLVD, SUITE 300
AUSTIN, TX  78704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

$105,100.00

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.271** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.58

WILMERHALE
1875 PENNSYLVANIA AVE NW
WASHINGTON, DC  20006

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.272** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,082.00

WITHUMSMITH+BROWN, PC
ACCOUNTS RECEIVABLE
 PO BOX 5340
PRINCETON, NJ  08540

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,600.00

WORKDAY, INC.
6110 STONERIDGE MALL ROAD
PLEASANTON, CA  94588

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,099.00

WORLDWIDE EXPRESS
PO BOX 101903
PASADENA, CA  91189

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32.00

XERO INC
1615 PLATTE STREET
 SUITE 400
DENVER, CO  80202

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $1,593.40 |
|---|---|---|---|

XEROX FINANCIAL SERVICES LLC
201 MERRITT 7
NORWALK, CT  06851

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $2,069.86 |
|---|---|---|---|

XOMETRY INC.
7529 STANDISH PLACE
DERWOOD, MD  20855

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $42,000.00 |
|---|---|---|---|

ZEPLIN INC
221 MAIN STREET
 SUITE 770
SAN FRANCISCO, CA  94105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $3,545.41 |
|---|---|---|---|

ZEPTOMETRIX LLC
878 MAIN STREET
 LINE 2
BUFFALO, NY  14202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $7,542.64 |
|---|---|---|---|

ZOOM VIDEO COMMUNICATIONS, INC.
55 ALMADEN BOULEVARD
 6TH FLOOR
SAN JOSE, CA  95113

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

5.    **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $231,600.62 |
| 5b. | Total claims from Part 2 | 5b. + | $16,483,684.98 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$16,715,685.60** |

Debtor          Cue Health Inc

United States Bankruptcy Court for the:      District of Delaware

Case number     24-11096
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | 1LIFE HEALTHCARE, INC. 1 EMBARCADERO CENTER SUITE 1900 SAN FRANCISCO, CA  94111 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | 1LIFE HEALTHCARE, INC. VICTOR EVANS, SENIOR IT MANAGER 1 EMBARCADERO CENTER SUITE 1900 SAN FRANCISCO, CA  94111 |
| | **State the term remaining** | 10/19/2024 | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | SCOPE OF WORK NO. 1 TO VIRTUAL CARE SERVICES COLLABORATION AGREEMENT | 98POINT6 INC 701 5TH AVE STE 2300 SEATTLE, WA  98104 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | 98POINT6 INC ANGELO GRAY 701 5TH AVE STE 2300 SEATTLE, WA  98104 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>VIRTUAL CARE SERVICES COLLABORATION AGREEMENT<br><br>**State the term remaining** 06/21/2026<br><br>**List the contract number of any government contract** | 98POINT6 INC<br>GABRIEL KANGAS<br>701 5TH AVE<br>STE 2300<br>SEATTLE, WA 98104 |
| **2.6** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>CUE HEALTH ORDER FORM<br><br>**State the term remaining** 09/19/2024<br><br>**List the contract number of any government contract** | ACCEL<br>NEHA LOPEZ<br>500 UNIVERSITY AVENUE<br>PALO ALTO, CA 94301 |
| **2.7** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>MASTER SERVICES AGREEMENT<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | ACCELERATED DIGITAL MEDIA, LLC<br>216 N MAY ST.<br>UNIT 3A<br>CHICAGO, IL 60607 |
| **2.8** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>PROPOSAL AND LETTER AGREEMENT<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | ACTENVIRO<br>967 MABURY ROAD<br>SAN JOSE, CA 95133 |
| **2.9** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>CUE HEALTH PURCHASE AGREEMENT<br><br>**State the term remaining** 11/03/2024<br><br>**List the contract number of any government contract** | ACTIVISION PUBLISHING, INC.<br>3100 OCEAN PARK BOULEVARD<br>SANTA MONICA, CA 90405 |
| **2.10** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | ACTIVISION PUBLISHING, INC.<br>C/O GRAHAM HAGMAIER<br>27311 WELDON WAY<br>SANTA CLARITA, CA 91350 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICE QUOTE | ACTIVISION PUBLISHING, INC.<br>MILT EZZARD<br>3100 OCEAN PARK BOULEVARD<br>SANTA MONICA, CA 90405 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | AD ASTRA GROUP, INC. DBA FITPROS<br>ATTN: LINDSAY JOHNSON<br>PO BOX 4102<br>SANTA CRUZ, CA 95063 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT AND MUTUAL GENERAL RELEASE | ADECCO USA, INC. \| TEG STAFFING, INC. DBA EASTRIDGE DBA EASTRIDGE WORKFORCE RECRUITMENT<br>2385 NORTHSIDE DR STE 250<br>SAN DIEGO, CA 92108 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | ADOBE SALES ORDER 260525630 | ADOBE INC.<br>ATTN: CURTIS HADLOCK<br>345 PARK AVENUE<br>SAN JOSE, CA 95110-2704 |
| | **State the term remaining** | 11/23/2024 | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL MASTER SERVICES AGREEMENT | ADP INTERNATIONAL SERVICES B.V.<br>ATTN: LEGAL DEPARTMENT<br>LYLANTSE BAAN 1<br>CAPELLE AAN DEN IJSSEL 2908 LG<br>THE NETHERLANDS |
| | **State the term remaining** | 07/11/2026 | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL FOR TRANSPORT RAW HAZARDOUS MATERIALS | ADVANCED CHEMICAL TRANSPORT<br>ATTN: WALTER SINGER<br>967 MABURY ROAD<br>SAN JOSE, CA 95133 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | ADVANTAGE DIAGNOSTICS LABORATORIES BY DYNASTY GROUP USA LLC<br>14251 FIRESTONE BOULEVARD<br>SUITE 100<br>LA MIRADA, CA  90638 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | AFFIRM INC. UNITED STATES ORDER FORM NO. 1 | AFFIRM, INC.<br>135 N LOS ROBLES AVE<br>2ND FLOOR<br>PASADENA, CA  91101 |
| | **State the term remaining** | 11/05/2024 | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | DRAFT IRREVOCABLE STANDBY LETTER OF CREDIT | AFFIRM, INC.<br>135 N LOS ROBLES AVE<br>2ND FLOOR<br>PASADENA, CA  91101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTENT DEVELOPMENT CHANGE ORDER FORM #1 | AHA MEDIA GROUP, LLC<br>11714 KEMP MILL ROAD<br>SILVER SPRING, MD  20902 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO CUE HEALTH REFERRAL AGREEMENT | AIR CANADA<br>JACQUELINE HARKNESS<br>20 QUEEN STREET WEST<br>4TH FLOOR<br>TORONTO, ON  M5H 3R3<br>CANADA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | AIRBNB,INC.<br>888 BRANNAN ST<br>SAN FRANCISCO, CA  94103 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 3 TO THE PRODUCT SALES AGREEMENT DATED MAY 1, 2019 | AIRGAS USA, LLC 1415 GRAND AVENUE SAN MARCOS, CA 92078 |
| | State the term remaining | 08/02/2026 | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 2 TO THE PRODUCT SALE AGREEMENT DATED MAY 1, 2019 | AIRGAS USA, LLC 3737 WORSHAM AVE LONG BEACH, CA 90808 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | PRODUCT SALE AGREEMENT | AIRGAS USA, LLC 3737 WORSHAM AVE LONG BEACH, CA 90808 |
| | State the term remaining | 05/01/2026 | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | TOTAL GAS MANAGEMENT RIDER | AIRGAS USA, LLC 3737 WORSHAM AVE LONG BEACH, CA 90808 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF TERMINATION OF PRODUCT SALE AGREEMENT | AIRGAS USA, LLC ATTN: JENNIFER FLORES 9756 SANTA FE SPRINGS ROAD SANTA FE SPRINGS, CA 90670-2516 |
| | State the term remaining | 07/01/2028 | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF TERMINATION | AIRGAS USA, LLC CHRISTOPHER WILKIE, VICE-PRESIDENT OF OPERATIONS 3737 WORSHAM AVE LONG BEACH, CA 90808 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF TERMINATION | AIRGAS USA, LLC<br>CHRISTOPHER WILKIE, VICE-PRESIDENT OF OPERATIONS<br>3737 WORSHAM AVE<br>LONG BEACH, CA 90818 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | ALAN J. CICERO<br>ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | 2023-2024 VACCINE/TESTING PHARMACY SERVICES AGREEMENT | ALBERTSONS COMPANIES, INC.<br>P.O. BOX 742382<br>LOS ANGELES, CA 90074-2962 |
| | **State the term remaining** | 08/31/2024 | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH ORDER FORM | ALEXANDRIA REAL ESTATE EQUITIES, INC.<br>26 NORTH EUCLID AVENUE<br>PASADENA, CA 91101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE CUE HEALTH ORDER FORM | ALEXANDRIA REAL ESTATE EQUITIES, INC.<br>26 NORTH EUCLID AVENUE<br>PASADENA, CA 91101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | ALEXANDRIA REAL ESTATE EQUITIES, INC.<br>ATTENTION: CORPORATE SECRETARY<br>26 NORTH EUCLID AVENUE<br>PASADENA, CA 91101 |
| | **State the term remaining** | 03/14/2025 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH ORDER FORM | ALEXANDRIA REAL ESTATE EQUITIES, INC. ATTN: CORPORATE SECRETARY 26 NORTH EUCLID AVENUE PASADENA, CA 91101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER #1 TO STATEMENT OF WORK 5 | ALIGHT SOLUTIONS LLC 4 OVERLOOK POINT LINCOLNSHIRE, IL 60069 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER NO.1 TO STATEMENT OF WORK NO. 5 | ALIGHT SOLUTIONS LLC 4 OVERLOOK POINT LINCOLNSHIRE, IL 60069 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK NO. 9 | ALIGHT SOLUTIONS LLC 4 OVERLOOK POINT LINCOLNSHIRE, IL 60069 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | A-LIGN COMPLIANCE AND SECURITY, INC., D/B/A A-LIGN AND PRICE AND ASSOCIATES CPAS, LLC D/B/A/A-LING MR. SCOTT PRICE 400 N ASHLEY DRIVE SUITE 1325 TAMPA, FL 33602 |
| | **State the term remaining** | 02/28/2026 | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | A-LIGN COMPLIANCE AND SECURITY, INC., D/B/A A-LIGN AND PRICE AND ASSOCIATES CPAS, LLC D/B/A/A-LING SCOTT PRICE 400 N ASHLEY DRIVE SUITE 1325 TAMPA, FL 33602 |
| | **State the term remaining** | 02/28/2026 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT | A-LIGN COMPLIANCE AND SECURITY, INC., D/B/A A-LING TONY STIMSON 400 N ASHLEY DRIVE SUITE 1325 TAMPA, FL 33602 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK | ALM MEDIA, LLC ALICIA ROBLEDO 150 EAST 42ND STREET MEZZANINE LEVEL NEW YORK, NY 10017 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | ALTERYX, INC. MICHAEL TRAN 17200 LAGUNA CANYON ROAD IRVINE, CA 92618 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | AMAZON SERVICES BUSINESS SOLUTIONS AGREEMENT | AMAZON PO BOX 81226 SEATTLE, WA 98108 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO AMAZON BUSINESS SOLUTIONS AGREEMENT | AMAZON.COM SERVICES LLC ATTN: LEGAL DEPARTMENT PO BOX 81226 SEATTLE, WA 98108 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK | AMBRAO SOLUTIONS, LLC 11 REVERE STREET GLOUCESTER, MA 01930 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | AMBRAO SOLUTIONS, LLC MASTER SERVICES AGREEMENT | AMBRAO SOLUTIONS, LLC<br>MATTHEW GRAZIANO<br>11 REVERE STREET<br>GLOUCESTER, MA 01930 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SUPPORT DASHBOARD PHASE 1 | AMBRAO, LLC<br>11 REVERE STREET<br>GLOUCESTER, MA 01930 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SUPPORT DASHBOARD PHASE I | AMBRAO, LLC<br>11 REVERE STREET<br>GLOUCESTER, MA 01930 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | REWARDS SOLUTIONS 2021 RADFORD SURVEYS STATEMENT OF WORK AND SERVICES AGREEMENT | AON CONSULTING, INC.<br>PO BOX100137<br>PASADENA, CA 91189-0137 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | AON CONSULTING, INC.<br>PO BOX100137<br>PASADENA, CA 91189-0137 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | APPLE PURCHASING AGREEMENT | APPLE INC.<br>JAMES BURKE<br>1 APPLE PARK WAY<br>CUPERTINO, CA 95014 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK FOR OVER THE COUNTER TESTING KITS | APPLE INC.<br>JAMES BURKE<br>1 APPLE PARK WAY<br>CUPERTINO, CA 95014 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | ARAG INSURANCE COMPANY AND/OR ARAG SERVICES, LLC<br>ATTN: LEGAL DEPARTMENT<br>500 GRAND AVENUE<br>SUITE 100<br>DES MOINES, IA 50309 |
|---|---|---|---|
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | ARE-SD REGION NO. 25, LLC<br>ATTENTION: CORPORATE SECRETARY<br>385 E. COLORADO BOULEVARD<br>SUITE 299<br>PASADENA, CA 91101 |
|---|---|---|---|
| | **State the term remaining** | 05/01/2027 | |
| | **List the contract number of any government contract** | | |

| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT | ARE-SD REGION NO. 25, LLC<br>ATTN: CORPORATE SECRETARY C/O ALEXANDRIA REAL ESTATE EQUITIES, INC.<br>26 NORTH EUCLID AVENUE<br>PASADENA, CA 91101 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT | ARE-SD REGION NO. 25, LLC<br>C/O ALEXANDRIA REAL ESTATE EQUITIES, INC. ATTN: CORPORATE SECRETARY<br>26 NORTH EUCLID AVENUE<br>PASADENA, CA 91101 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | ARE-SD REGION NO. 67, LLC<br>ATTN: CORPORATE SECRETARY<br>26 NORTH EUCLID AVENUE<br>PASADENA, CA 91101 |
|---|---|---|---|
| | **State the term remaining** | 12/04/2030 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------------------------------------------|--------------------------------------------------------------------------------------------------------------------------|
| **2.59** | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | ARIZONA DIAMONDBACKS<br>401 E JEFFERSON ST.<br>PHOENIX, AZ 85004 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| **2.60** | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #4 | ARIZONA DIAMONDBACKS<br>7555 N PIMA RD.<br>SCOTTSDALE, AZ 85258 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| **2.61** | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #1 | ARIZONA DIAMONDBACKS<br>ATTN: RYNE EUBANKS<br>7555 N PIMA RD.<br>SCOTTSDALE, AZ 85250 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| **2.62** | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # | ARIZONA DIAMONDBACKS<br>ATTN: RYNE EUBANKS<br>7555 N PIMA RD.<br>SCOTTSDALE, AZ 85258 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| **2.63** | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #3 | ARIZONA DIAMONDBACKS<br>ATTN: RYNE EUBANKS<br>7555 N PIMA RD.<br>SCOTTSDALE, AZ 85258 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| **2.64** | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | ARIZONA DIAMONDBACKS<br>MAX ESPOSITO<br>401 E JEFFERSON ST.<br>PHOENIX, AZ 85004 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #1 | ARIZONA DIAMONDBACKS<br>MAX ESPOSITO<br>7555 N PIMA RD.<br>SCOTTSDALE, AZ  85258 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | ARIZONA DIAMONDBACKS<br>MERRITT WALKER<br>7555 N PIMA RD.<br>SCOTTSDALE, AZ  85258 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #5 | ARIZONA DIAMONDBACKS<br>RYNE EUBANKS<br>401 E JEFFERSON ST.<br>PHOENIX, AZ  85004 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #9 | ARIZONA DIAMONDBACKS<br>RYNE EUBANKS<br>7555 N PIMA RD.<br>SCOTTSDALE, AZ  85258 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # | ARIZONA FALL LEAGE<br>7555 N. PIMA ROAD<br>SCOTTSDALE, AZ  85258 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | AWARD/CONTRACT | ARMY CONTRACTING COMMAND-ABERDEEN PROVING GROUND-RESEARCH TRIANGLE PARK, NC DIVISION<br>800 PARK OFFICE DRIVE<br>SUITE 4229<br>RESEARCH TRIANGLE PARK, NC  27709 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | ASPR-BARDA<br>200 INDEPENDENCE AVE., S.W.<br>ROOM 640-G<br>WASHINGTON, DC 20201 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | HHSO100201800016C/P00006 | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | ASPR-BARDA<br>200 INDEPENDENCE AVE., S.W.<br>ROOM 640-G<br>WASHINGTON, DC 20201 |
| | **State the term remaining** | 09/07/2024 | |
| | **List the contract number of any government contract** | HHSO100201800016C/P00017 | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | AWARD/CONTRACT | ASPR-BARDA<br>200 INDEPENDENCE AVE., S.W.<br>ROOM 640-G<br>WASHINGTON, DC 20201 |
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | 75A50123C00036 | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | INFLUENCER AGREEMENT | ATHLETES FIRST, LLC<br>ATTN: MAX SUTRO; ATTN: JOE FERRARI<br>23091 MILL CREEK DRIVE<br>LAGUNA HILLS, CA 92653 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # 1 | ATLANTA BRAVES<br>ATTN: ERIC HRYCKO<br>18800 SOUTH WEST VILLAGES PKWY<br>VENICE, FL 34293 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | ATLANTA BRAVES<br>ATTN: JEFF STEVENSON<br>755 BATTERY AVENUE<br>ATLANTA, GA 30339 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | AUDAX MANAGEMENT COMPANY, LLC<br>101 HUNTINGTON AVENUE<br>24TH FLOOR<br>BOSTON, MA 02199 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | AUDITBOARD, INC.<br>ATTENTION: GENERAL COUNSEL<br>12900 PARK PLAZA DR.<br>SUITE 200<br>CERRITOS, CA 90703 |
| | **State the term remaining** | 09/23/2025 | |
| | **List the contract number of any government contract** | | |

| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | AUSTEN RIGGS CENTER<br>25 MAIN STREET<br>P.O. BOX 962<br>STOCKBRIDGE, MA 01262 |
| | **State the term remaining** | 06/16/2024 | |
| | **List the contract number of any government contract** | | |

| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT TERMS OF BUSINESS | AUSTIN FRASER INC. D/B/A AUSTIN VITA<br>600B STREET<br>SUITE 300<br>SAN DIEGO, CA 92101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT CONFIRMATION SCHEDULE | AUSTIN FRASER, INC.<br>600B STREET<br>SUITE 300<br>SAN DIEGO, CA 92101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | QUOTE | AV PLANNERS<br>183 NORTH MARTEL AVE SUITE 230<br>LOS ANGELES, CA 90036 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | SUB-CONTRACTOR TO SUB-CONTRACTOR AGREEMENT | BADCAFE LLC D.B.A. CARDSCAN.AI<br>ATTN: COMPLIANCE OFFICER<br>651 N. BROAD ST.<br>SUITE 206<br>MIDDLETOWN, DE  19709 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #10 | BALTIMORE ORIOLES MINOR LEAGUES<br>SCOTT R. STANBURY<br>1090 N. EUCLID AVENUE<br>SARASOTA, FL  34237 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM# 8 | BALTIMORE ORIOLES<br>ATTN: SCOTT STANSBURY<br>1090 N. EUCLID AVENUE<br>SARASOTA, FL  34237 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM# 9 | BALTIMORE ORIOLES<br>ATTN: SCOTT STANSBURY<br>1090 N. EUCLID AVENUE<br>SARASOTA, FL  34237 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM TO THE MASTER PURCHASE AGREEMENT | BALTIMORE ORIOLES<br>BRIAN EBEL<br>333 WEST CAMDEN STREET<br>BALTIMORE, MD  21201 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | BALTIMORE ORIOLES<br>CHRIS POOLE<br>6106 TRIANGLE DRIVE<br>COLUMBIA, MD  21044 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.89** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | BALTIMORE ORIOLES<br>PAT WESLEY<br>333 WEST CAMDEN STREET<br>BALTIMORE, MD  21201 |
| **2.90** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | BALTIMORE ORIOLES<br>PAT WESLEY<br>333 WEST CAMDEN STREET<br>BALTIMORE, MD  21201 |
| **2.91** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | BALTIMORE ORIOLES<br>PAT WESLEY<br>333 WEST CAMDEN STREET<br>BALTIMORE, MD  21201 |
| **2.92** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM # 2<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | BALTIMORE ORIOLES<br>PAT WESLEY<br>333 WEST CAMDEN STREET<br>BALTIMORE, MD  21201 |
| **2.93** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM #6<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | BALTIMORE ORIOLES<br>PAT WESLEY<br>333 WEST CAMDEN STREET<br>BALTIMORE, MD  21201 |
| **2.94** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM #7<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | BALTIMORE ORIOLES<br>PAT WESLEY<br>333 WEST CAMDEN STREET<br>BALTIMORE, MD  21201 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | BALTIMORE ORIOLES<br>SCOTT R. STANSBURY<br>333 WEST CAMDEN STREET<br>BALTIMORE, MD 21201 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFLICT OF INTEREST | BAPTIST HEALTH SOUTH FLORIDA<br>8900 NORTH KENDALL DRIVE<br>MIAMI, FL 33176 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT TO PROVIDE SERVICES | BDO USA, LLP<br>3570 CARMEL MOUNTAIN ROAD<br>SUITE 400<br>SAN DIEGO, CA 92130 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK- RELATED TO SERVICES AGREEMENT AND TERMS AND CONDITIONS DATED JANUARY 6, 2021 AS ENTERED INTO WITH CUE HEALTH INC. | BDO USA, LLP<br>3570 CARMEL MOUNTAIN ROAD<br>SUITE 400<br>SAN DIEGO, CA 92130 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK- RELATED TO THE AGREEMENT AND TERMS AND CONDITIONS DATED JANUARY 6, 2021 AS ENTERED INTO WITH CUE HEALTH INC. | BDO USA, LLP<br>3570 CARMEL MOUNTAIN ROAD<br>SUITE 400<br>SAN DIEGO, CA 92130 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | INSERTION ORDER | BECKER'S HEALTHCARE<br>17 N STATE ST SUITE 1800<br>CHICAGO, IL 60602 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.101** **State what the contract or lease is for and the nature of the debtor's interest** | INSERTION ORDER | BECKER'S HEALTHCARE<br>17 N STATE ST SUITE 1800<br>CHICAGO, IL 60602 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.102** **State what the contract or lease is for and the nature of the debtor's interest** | INSERTION ORDER | BECKER'S HEALTHCARE<br>17 N STATE ST SUITE 1800<br>CHICAGO, IL 60602 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.103** **State what the contract or lease is for and the nature of the debtor's interest** | INSERTION ORDER | BECKER'S HEALTHCARE<br>17 N STATE ST SUITE 1800<br>CHICAGO, IL 60602 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.104** **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT TO SELL EQUIPMENT | BENTEC MEDICAL OPCO LLC<br>1380 EAST BEAMER ST.<br>WOODLAND, CA 95776 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.105** **State what the contract or lease is for and the nature of the debtor's interest** | ASSET PURCHASE AGREEMENT | BENTEC MEDICAL OPCO LLC<br>1380 EAST BEAMER ST.<br>WOODLAND, CA 95776 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.106** **State what the contract or lease is for and the nature of the debtor's interest** | MARKETING SERVICES AGREEMENT | BENZINGA<br>1 CAMPUS MARTIUS<br>SUITE 200<br>DETROIT, MI 48226 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.107** **State what the contract or lease is for and the nature of the debtor's interest** CUE HEALTH ORDER FORM **State the term remaining** UNKNOWN **List the contract number of any government contract** | BET SHALOM YELADIM AMBER BRUMBAUGH 13613 ORCHARD ROAD MINNETONKA, MN  55305 |
| **2.108** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | BIO-RAD LABORATORIES, INC. 1000 ALFRED NOBEL DRIVE HERCULES, CA  94547 |
| **2.109** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | BIOREFERENCE HEALTH LLC 481 EDWARD H. ROSS DRIVE ELMWOOD PARK, NJ  07407 |
| **2.110** **State what the contract or lease is for and the nature of the debtor's interest** MASTER RESEARCH SERVICES AGREEMENT **State the term remaining** 04/18/2027 **List the contract number of any government contract** | BIOREFERENCE HEALTH LLC ATTN: LEGAL DEPARTMENT 481 EDWARD H. ROSS DRIVE ELMWOOD PARK, NJ  07407 |
| **2.111** **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK **State the term remaining** UNKNOWN **List the contract number of any government contract** | BIOTEKNICA 2100 PONCE DE LEON BLVD. SUITE 1070 CORAL GABLES, FL  33134 |
| **2.112** **State what the contract or lease is for and the nature of the debtor's interest** FIRST AMENDMENT TO LABORATORY SERVICES AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | BLACKFLY INVESTMENTS, LLC DBA MOLECULAR TESTING LABS JAMES YORK 14401 SE 1ST STREET VANCOUVER, WA  98684 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK NO. 2 | BLACKFLY INVESTMENTS, LLC DBA MOLECULAR TESTING LABS<br>JAMES YORK<br>14401 SE 1ST STREET<br>VANCOUVER, WA  98684 |
| | State the term remaining | 11/29/2024 | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER | BLANK ROME LLP<br>JUSTIN A. CHIARODO<br>1825 EYE STREET, NW<br>WASHINGTON, DC  20006 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | BLOOMBERG L.P.<br>731 LEXINGTON AVE.<br>NEW YORK, NY  10022 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | FOR A GROUP HEALTH SERVICE CONTRACT | BLUE SHIELD OF CALIFORNIA<br>PO BOX 749415<br>LOS ANGELES, CA  90074-9415 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | FOR A GROUP HEALTH SERVICE CONTRACT | BLUE SHIELD OF CALIFORNIA<br>PO BOX 749415<br>LOS ANGELES, CA  90074-9415 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | BLUECREW SERVICE AGREEMENT | BLUECREW, INC.<br>2045 W GRAND AVE, STE B<br>PMB 63708<br>CHICAGO, IL  60612-1577 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | BMR-COAST 9 LP<br>BMR-COAST 9 LP; ATTN: VICE PRESIDENT, REAL ESTATE LEGAL<br>17190 BERNARDO CENTER DRIVE<br>SAN DIEGO, CA  92128 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT LEASE | BMR-COAST 9 LP<br>BMR-COAST 9LP; ATTN: VICE PRESIDENT, REAL ESTATE LEGAL<br>17190 BERNARDO CENTER DRIVE<br>SAN DIEGO, CA  92128 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO LEASE | BMR-COAST 9 LP<br>KEVIN M. SIMONSEN<br>17190 BERNARDO CENTER DRIVE<br>SAN DIEGO, CA  92128 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | SECOND AMENDMENT TO LEASE | BMR-COAST 9 LP<br>KEVIN M. SIMONSEN<br>17190 BERNARDO CENTER DRIVE<br>SAN DIEGO, CA  92128 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO LEASE | BMR-COAST 9 LP<br>MARIE LEWIS<br>17190 BERNARDO CENTER DRIVE<br>SAN DIEGO, CA  92128 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | EXHIBIT C - FORM OF ACKNOWLEDGEMENT OF LEASE TERM DATES | BMR-MODA SORRENTO LP<br>17190 BERNARDO CENTER DRIVE<br>SAN DIEGO, CA  92121 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO LEASE | BMR-MODA SORRENTO LP<br>17190 BERNARDO CENTER DRIVE<br>SAN DIEGO, CA 92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO LEASE | BMR-MODA SORRENTO LP<br>17190 BERNARDO CENTER DRIVE<br>SAN DIEGO, CA 92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | RIGHT OF ENTRY AGREEMENT | BMR-MODA SORRENTO LP<br>ATTN: LEGAL DEPARTMENT<br>4570 EXECUTIVE DRIVE<br>SUITE 400<br>SAN DIEGO, CA 92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED FIRST AMENDMENT TO LEASE | BMR-MODA SORRENTO LP<br>KEVIN SIMONSEN<br>17190 BERNARDO CENTER DRIVE<br>SAN DIEGO, CA 92128 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | LANDLORD'S AGREEMENT | BMR-MODA SORRENTO LP<br>KEVIN SIMONSEN; ATTN: LEGAL DEPARTMENT<br>17190 BERNARDO CENTER DRIVE<br>SAN DIEGO, CA 92128 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE | BMR-MODA SORRENTO LP<br>MARIE LEWIS; ATTN: LEGAL DEPARTMENT<br>17190 BERNARDO CENTER DRIVE<br>SAN DIEGO, CA 92128 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.131** **State what the contract or lease is for and the nature of the debtor's interest** | RIGHT OF ENTRY AGREEMENT | BMR-MODA SORRENTO LP MONIQUE ADLEY, ATTN: LEGAL DEPARTMENT 4570 EXECUTIVE DRIVE SUITE 400 SAN DIEGO, CA 92121 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.132** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | BONTEOUS, INC. ATTENTION: JEFF WINK 2100 MANCHESTER ROAD SUITE 1750 WHEATON, IL 60187 |
| **State the term remaining** | 10/01/2025 | |
| **List the contract number of any government contract** | | |
| **2.133** **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | BOSTON RED SOX BRAD PEARSON 4 JERSEY STREET BOSTON, MA 01773 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.134** **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # | BOSTON RED SOX BRAD PEARSON 4 JERSEY STREET BOSTON, MA 01773 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.135** **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # 7 | BOSTON RED SOX BRAD PEARSON 4 JERSEY STREET BOSTON, MA 01773 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.136** **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #1 | BOSTON RED SOX BRAD PEARSON 4 JERSEY STREET BOSTON, MA 02215 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # 6 | BOSTON RED SOX<br>JOEL HARRIS<br>4 JERSEY STREET<br>BOSTON, MA 02215 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # 4 | BOSTON RED SOX<br>JOHN HENRY<br>4 JERSEY STREET<br>BOSTON, MA 02215 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # 5 | BOSTON RED SOX<br>JOHN HENRY<br>4 JERSEY STREET<br>BOSTON, MA 02215 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # | BOSTON RED SOX<br>SYLVIA MOON<br>4 JERSEY STREET<br>BOSTON, MA 02215 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | NEHA NAGARAJU GREEN CARD SPONSORSHIP SOW | BRANDON MEYER LAW GROUP INC. DBA MEYER LAW GROUP<br>60 FRANCISCO ST.<br>SAN FRANCISCO, CA 94133 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | SERGIO ALVAREZ GREEN CARD SPONSORSHIP SOW | BRANDON MEYER LAW GROUP INC. DBA MEYER LAW GROUP<br>60 FRANCISCO ST.<br>SAN FRANCISCO, CA 94133 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | BRATTLEBORO MEMORIAL HOSPITAL 17 BELMONT AVE BRATTLEBORO, VT  05301 |
|  | **State the term remaining** | UNKNOWN | |
|  | **List the contract number of any government contract** | | |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | BRATTLEBORO MEMORIAL HOSPITAL 17 BELMONT AVE BRATTLEBORO, VT  05301 |
|  | **State the term remaining** | UNKNOWN | |
|  | **List the contract number of any government contract** | | |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT | BRATTLEBORO MEMORIAL HOSPITAL COMPLIANCE OFFICER 17 BELMONT AVE BRATTLEBORO, VT  05302 |
|  | **State the term remaining** | UNKNOWN | |
|  | **List the contract number of any government contract** | | |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | BRATTLEBORO MEMORIAL HOSPITAL TODD FAHEY 17 BELMONT AVE BRATTLEBORO, VT  05301 |
|  | **State the term remaining** | UNKNOWN | |
|  | **List the contract number of any government contract** | | |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | BRIANNE KORTHASE ADDRESS REDACTED |
|  | **State the term remaining** | UNKNOWN | |
|  | **List the contract number of any government contract** | | |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | BRIDGEWATER ASSOCIATES, LP ASSOCIATE GENERAL COUNSEL ONE GLENDINNING PLACE WESTPORT, CT  06880 |
|  | **State the term remaining** | UNKNOWN | |
|  | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | BRIDGEWATER ASSOCIATES, LP JOSEPH C. KINNCICH ONE GLENDINNING PLACE WESTPORT, CT 06880 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | BRIDGEWATER ASSOCIATES, LP JOSEPH KIRINCICH ONE GLENDINNING PLACE WESTPORT, CT 06880 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | BRIDGEWATER ASSOCIATES, LP ONE GLENDINNING PLACE WESTPORT, CT 06880 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO DATA SECURITY AND PRIVACY ADDENDUM | BRIDGEWATER ASSOCIATES, LP ONE GLENDINNING PLACE WESTPORT, CT 06880 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PRIVACY AND SECURITY ADDENDUM | BRIDGEWATER ASSOCIATES, LP ONE GLENDINNING PLACE WESTPORT, CT 06880 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT | BRIGHTVIEW CHARGERS, INC. DBA BRIGHTVIEW LANDSCAPE SERVICES 8500 MIRAMAR PL SAN DIEGO, CA 92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #1 TO AGREEMENT BETWEEN CUE PROPERTIES AND BRIGHTVIEW LANDSCAPE SERVICE FOR REDUCTION OF WEEKLY CONTRACT SERVICES | BRIGHTVIEW LANDSCAPE SERVICES, INC.<br>8500 MIRAMAR PL<br>SAN DIEGO, CA 92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL FOR EXTRA WORK AT 9877 WAPLES | BRIGHTVIEW LANDSCAPE SERVICES, INC.<br>8500 MIRAMAR PL<br>SAN DIEGO, CA 92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE 1 - WORK ORDER | BRNDMKRS<br>1329 E PALMER AVE<br>GLENDALE, CA 91205 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE 1 - WORK ORDER | BRNDMKRS<br>1329 E PALMER AVE<br>GLENDALE, CA 91205 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE 1 - WORK ORDER | BRNDMKRS<br>1329 E PALMER AVE<br>GLENDALE, CA 91205 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE 1 - WORK ORDER | BRNDMKRS<br>1329 E PALMER AVE<br>GLENDALE, CA 91205 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE 1 - WORK ORDER | BRNDMKRS<br>1329 E PALMER AVE<br>GLENDALE, CA 91205 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE 1 - WORK ORDER | BRNDMKRS<br>1329 E PALMER AVE<br>GLENDALE, CA 91205 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE 1 - WORK ORDER | BRNDMKRS<br>1329 E PALMER AVE<br>GLENDALE, CA 91205 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE 1 - WORK ORDER | BRNDMKRS<br>1329 E PALMER AVE<br>GLENDALE, CA 91205 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE 1 - WORK ORDER | BRNDMKRS<br>1329 E PALMER AVE<br>GLENDALE, CA 91205 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT | BSI GROUP AMERICA INCORPORATED<br>12950 WORLDGATE DRIVE SUITE 800<br>HERNDON, VA 20170 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT | BSI GROUP AMERICA INCORPORATED<br>12950 WORLDGATE DRIVE SUITE 800<br>HERNDON, VA 20170 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | JANITORIAL CONTRACT | BUILDING CLEANING SOLUTIONS INC.<br>2055 THIBODO RD.<br>STE P<br>VISTA, CA 92081 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT | BURNHAM BENEFITS INSURANCE SERVICES LLC<br>2211 MICHELSON DRIVE<br>SUITE 1200<br>IRVINE, CA 92612 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | BURNHAM BENEFITS INSURANCE SERVICES<br>ATTN: DOUGH RAMSTHEL, EXECUTIVE VICE PRESIDENT<br>2211 MICHELSON DRIVE<br>SUITE 1200<br>IRVINE, CA 92612 |
| | **State the term remaining** | 06/30/2026 | |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | INVESTMENT FIDUCIARY & RETIREMENT PLAN CONSULTING | BURNHAM GIBSON WEALTH ADVISORS, LLC<br>2050 MAIN STREET<br>IRVINE, CA 92614 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS WIRE IPO COMPLIANCE PACKAGE AGREEMENT | BUSINESS WIRE INC.<br>101 CALIFORNIA<br>SAN FRANCISCO, CA 94111 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS WIRE SPECIAL PRICING AGREEMENT (BULK) | BUSINESS WIRE INC. 101 CALIFORNIA SAN FRANCISCO, CA 94111 |
| | **State the term remaining** | 09/27/2025 | |
| | **List the contract number of any government contract** | | |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | CALENDLY ENTERPRISE SOFTWARE AS A SERVICE AGREEMENT | CALENDLY LLC 271 17TH ST. NW STE 1000 ATLANTA, GA 30363 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDIA AGENCY AUTHORIZATION | CAMELOT COMMUNICATIONS, LTD. (DBA CAMELOT STRATEGIC MARKETING & MEDIA) 8140 WALNUT HILL LANE SUITE 1000 DALLAS, TX 75231 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | CAMELOT WORKING MEDIA | CAMELOT COMMUNICATIONS, LTD. 8140 WALNUT HILL LANE SUITE 1000 DALLAS, TX 75231 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | INSERTION ORDER | CAMELOT COMMUNICATIONS, LTD. 8140 WALNUT HILL LANE SUITE 1000 DALLAS, TX 75231 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | INSERTION ORDER | CAMELOT COMMUNICATIONS, LTD. 8140 WALNUT HILL LANE SUITE 1000 DALLAS, TX 75231 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.179 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> SUPPLY AGREEMENT <br><br> **State the term remaining** UNKNOWN <br><br> **List the contract number of any government contract** | CAMELOT COMMUNICATIONS, LTD. <br> BEN COOPER <br> 8140 WALNUT HILL LANE <br> SUITE 1000 <br> DALLAS, TX 75231 |
| 2.180 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> CHARITABLE DONATION AGREEMENT <br><br> **State the term remaining** UNKNOWN <br><br> **List the contract number of any government contract** | CAMP WONDER <br> C/O RACHEL FERRETTI <br> 928 SCHOEL DR. <br> DECATUR, GA 30033 |
| 2.181 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> TERMS OF AGREEMENT <br><br> **State the term remaining** 12/09/2026 <br><br> **List the contract number of any government contract** | CANADIAN CERTIFICATION CONSULTING INC. <br> 2210 HORIZON DRIVE <br> SUITE 17 <br> WEST KELOWNA, BC V1Z 3L4 <br> CANADA |
| 2.182 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> CANADIAN REPRESENTATIVE LETTER OF ATTESTATION <br><br> **State the term remaining** 12/09/2026 <br><br> **List the contract number of any government contract** | CANADIAN CERTIFICATION CONSULTING INC. <br> JON HUGHES, PRESIDENT <br> 2210 HORIZON DRIVE <br> SUITE 17 <br> WEST KELOWNA, BC V1Z 3L4 <br> CANADA |
| 2.183 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> 2023 CAP TODAY WEBINAR CONFIRMATION <br><br> **State the term remaining** UNKNOWN <br><br> **List the contract number of any government contract** | CAP TODAY <br> 325 WAUKEGAN ROAD <br> NORTHFIELD, IL 60093 |
| 2.184 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> 2023 CAP TODAY PRINT ADVERTISING CONFIRMATION <br><br> **State the term remaining** UNKNOWN <br><br> **List the contract number of any government contract** | CAP TODAY <br> BOB MCGONNAGLE; KEITH EILERS <br> 325 WAUKEGAN ROAD <br> NORTHFIELD, IL 60093 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | CAPITALG MANAGEMENT COMPANY LLC 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE DASHBOARD SERVICES AGREEMENT | CAPTAIN SARAH SAMUEL 1027 OLD LATTA HWY DILLON, SC 29536 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | BRANDED DISTRIBUTION SERVICES AGREEMENT | CARDINAL HEALTH 200, LLC ATTN: VP OF MEDICAL STRATEGIC SOURCING 7200 CARDINAL PLACE DUBLIN, OH 43017 |
| | **State the term remaining** | 11/15/2024 | |
| | **List the contract number of any government contract** | | |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH MEMORANDUM OF UNDERSTANDING DISTRIBUTION AGREEMENT PRODUCT LIST UPDATE | CARDINAL HEALTH LLC 7200 CARDINAL PLACE DUBLIN, OH 43017 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH MEMORANDUM OF UNDERSTANDING DISTRIBUTION AGREEMENT PRODUCT LIST UPDATE | CARDINAL HEALTH LLC 7200 CARDINAL PLACE DUBLIN, OH 43017 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | SAAS SERVICES ORDER FORM | CARDSCAN.AI 652 N. BROAD ST. SUITE 207 MIDDLETOWN, DE 19710 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | CAREER RESOURCES INC.<br>350 10TH AVENUE<br>SUITE 1000<br>SAN DIEGO, CA 92101 |
| | **State the term remaining** | 06/07/2027 | |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | CARUSO MANAGEMENT COMPANY, LTD.<br>101 THE GROVE DRIVE<br>LOS ANGELES, CA 90036 |
| | **State the term remaining** | 06/10/2024 | |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | CARUSO MANAGEMENT COMPANY, LTD.<br>PO BOX 82905<br>GOLETA, CA 93118-2700 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT OF CASTANEDA + HEIDELMAN LLP | CASTANEDA + HEIDELMAN LLP<br>125 S HIGHWAY 101 1021<br>SOLANA BEACH, CA 92075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | CDW - CUSTOMER SERVICE ORDER FORM | CDW DIRECT, LLC<br>200 N MILWAUKEE AVENUE<br>VERNON HILLS, IL 60061 |
| | **State the term remaining** | 09/13/2024 | |
| | **List the contract number of any government contract** | | |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT | CFGI, LLC<br>1 LINCOLN STREET SUITE 1301<br>BOSTON, MA 02111 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT | CHASE CENTER<br>MR. YOYO CHAN<br>1 WARRIORS WAY<br>SAN FRANCISCO, CA 94158 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | CHECKR, INC.<br>1 MONTGOMERY STREET<br>SUITE 2400<br>SAN FRANCISCO, CA 94104 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | CHECK ORDER FORM | CHECKR, INC.<br>2 MONTGOMERY STREET<br>SUITE 2401<br>SAN FRANCISCO, CA 94104 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | CHEWIE LABS INC.<br>65 MONTCLAIR TERRACE<br>SAN FRANCISCO, CA 94109 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | CHEWIE LABS INC.<br>65 MONTCLAIR TERRACE<br>SAN FRANCISCO, CA 94109 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | CHEWIE LABS INC.<br>65 MONTCLAIR TERRACE<br>SAN FRANCISCO, CA 94109 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | CHICAGO CUBS BASEBALL CLUB LLC<br>CHUCK BAUGHMAN<br>1060 W. ADDISON STREET<br>CHICAGO, IL  60613 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # | CHICAGO CUBS BASEBALL CLUB LLC<br>CHUCK BAUGHMAN<br>1060 W. ADDISON STREET<br>CHICAGO, IL  60613 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #6 | CINCINNATI REDS<br>3125 S WOOD BLVD<br>GOODYEAR, AZ  85338 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #5 | CINCINNATI REDS<br>ATTN PATRICK SERBUS<br>3125 S WOOD BLVD<br>GOODYEAR, AZ  85338 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #2 | CINCINNATI REDS<br>C/O SEAN MCQUEENEY<br>3125 S WOOD BLVD<br>GOODYEAR, AZ  85338 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | CINCINNATI REDS<br>CINCINNATI REDS, C/O PATRICK SERBUS<br>3125 S WOOD BLVD<br>GOODYEAR, AZ  85338 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #2 | CINCINNATI REDS<br>SEAN MCQUEENEY<br>100 JOE NUXHALL WAY<br>CINCINNATI, OH 45202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #3 | CINCINNATI REDS<br>SEAN MCQUEENEY, HEAD ATHLETIC TRAINER<br>100 JOE NUXHALL WAY<br>CINCINNATI, OH 45202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | CINCINNATI REDS<br>SEAN MCQUEENEY, PT, ATC, C/O CINCINNATI REDS<br>100 JOE NUXHALL WAY<br>CINCINNATI, OH 45202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | CINCINNATI REDS<br>SEAN MCQUEENEY, PT, DPT, ATC, C/O CINCINNATI REDS<br>100 JOE NUXHALL WAY<br>CINCINNATI, OH 45202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | CIRCLECI ORDER FORM | CIRCLE INTERNET SERVICES, INC., DBA CIRCLECI<br>ATTN: CHIEF LEGAL OFFICER<br>201 SPEAR ST.<br>12TH FLOOR<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | 03/21/2025 | |
| | **List the contract number of any government contract** | | |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | CISCO SYSTEMS, INC.<br>170 WEST TASMAN DRIVE<br>SAN JOSE, CA 95134-1706 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | CISCO SYSTEMS, INC. AILEEN ARVAY 170 WEST TASMAN DRIVE SAN JOSE, CA 95134 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | CISCO SYSTEMS, INC. ATTN: KATELYN JOHNSON 170 WEST TASMAN DRIVE SAN JOSE, CA 95134 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | CISCO SYSTEMS, INC. ERIC ZUBILLER 170 WEST TASMAN DRIVE SAN JOSE, CA 95134-1706 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE DASHBOARD SERVICES AGREEMENT | CITY OF NAPLES FIRE RESCUE DEPARTMENT 835 8TH AVE SOUTH NAPLES, FL 34102 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |

| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER AGREEMENT | CITY OF PLEASANTON 123 MAIN STREET P.O. BOX 520 PLEASANTON, CA 94566-0802 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |

| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | CITY OF VISTA ATTN: KEVIN HAM 200 CIVIC CENTER DRIVE VISTA, CA 92084 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | DESCRIPTION OF WORK | CLEAR SIGN & DESIGN, INC. 170 NAVAJO STREET SAN MARCOS, CA 92078 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | CLEVELAND GUARDIANS 2401 ONTARIO STREET CLEVELAND, OH 44115 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | CLEVELAND GUARDIANS 2401 ONTARIO STREET CLEVELAND, OH 44115 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #5 | CLEVELAND GUARDIANS 2401 ONTARIO STREET CLEVELAND, OH 44115 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #2 | CLEVELAND GUARDIANS ATTN: CHAD WOLFE 2401 ONTARIO STREET CLEVELAND, OH 44115 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #4 | CLEVELAND GUARDIANS ATTN: CHAD WOLFE 2401 ONTARIO STREET CLEVELAND, OH 44115 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #6 | CLEVELAND GUARDIANS ATTN: CHAD WOLFE 2401 ONTARIO STREET CLEVELAND, OH 44115 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # 7 | CLEVELAND GUARDIANS ATTN: CHAD WOLFE 2601 S WOOD BLVD GOODYEAR, AZ 85338 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | CLEVELAND GUARDIANS CHAD WOLFE 2401 ONTARIO STREET CLEVELAND, OH 44115 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #1 | CLEVELAND GUARDIANS CHAD WOLFE 2401 ONTARIO STREET CLEVELAND, OH 44115 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | CLEVELAND GUARDIANS CHAD WOLFE 2601 S WOOD BLVD GOODYEAR, AZ 85338 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #8 | CLEVELAND GUARDIANS CHAD WOLFE 2601 S WOOD BLVD GOODYEAR, AZ 85338 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.233** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO CUE HEALTH DISTRIBUTION AGREEMENT<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | CLIAWAIVED, INC.<br>TIM DRAPEAU<br>2721 LOKER AVE<br>WEST CARLSBAD, CA 92010 |
| **2.234** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO CUE HEALTH DISTRIBUTION AGREEMENT<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | CLIAWAIVED, INC.<br>TIM DRAPEAU<br>2721 LOKER AVE<br>WEST CARLSBAD, CA 92010 |
| **2.235** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO CUE HEALTH DISTRIBUTION AGREEMENT<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | CLIAWAIVED, INC.<br>TIM DRAPEAU<br>2721 LOKER AVE<br>WEST CARLSBAD, CA 92010 |
| **2.236** **State what the contract or lease is for and the nature of the debtor's interest** AGREEMENT FOR PROFESSIONAL SERVICES<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | CLINICALLY SUSTAINABLE CONSULTING LLC<br>7167 DEUCE RD.<br>TOMAH, WI 54660 |
| **2.237** **State what the contract or lease is for and the nature of the debtor's interest** PROPOSAL FOR OBTAINING FOR IMPORT LICENSE OF IVD MEDICAL DEVICE<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | CLINIEXPERTS SERVICES PVT. LTD.<br>DR. ASHWINI KUMAR<br>UNIT NO. 325, CITY CENTRE MALL PLOT NO. 5<br>DWARKA SECTOR 12<br>NEW DELHI 110075<br>INDIA |
| **2.238** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT<br><br>**State the term remaining** 12/31/2024<br><br>**List the contract number of any government contract** | CLOUDVIEW VENTURES DBA COLLECTIVE42<br>187 CALLE MAGDALENA<br>STE. 104<br>ENCINITAS, CA 92024 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.239** **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL | COASTAL PACIFIC WINDOW COVERINGS, INC.<br>4891 RONSON COURT<br>SUITE A<br>SAN DIEGO, CA  92111 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.240** **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | COBBLE HILL PLAYSCHOOL<br>ATTN: KRISTIN BRADY<br>93 RAPELYE STREET<br>BROOKLYN, NY  11231 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.241** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION AGREEMENT | CODE SIGNAL, INC.<br>201 CALIFORNIA STREET<br>SUIUTE 1240<br>SAN FRANCISCO, CA  94111 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.242** **State what the contract or lease is for and the nature of the debtor's interest** | HOURLY CONSULTING OFFER LETTER | COLABORATE, INC.<br>67 LADOGA AVENUE<br>TAMPA, FL  33606 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.243** **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT FORM | COLLIER SIMON<br>1642 WILCOX AVENUE<br>LOS ANGELES, CA  90028 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.244** **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT FORM | COLLIER SIMON<br>1642 WILCOX AVENUE<br>LOS ANGELES, CA  90028 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT FORM | COLLIER SIMON<br>1642 WILCOX AVENUE<br>LOS ANGELES, CA  90028 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT | COLONIAL SCIENTIFIC<br>MIKE RINKO, VP SALES/PRINCIPAL<br>2015 WEST LABURNUM AVE<br>RICHMOND, VA  23227 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | COLUMBUS BLUE JACKETS HOCKEY CLUB<br>200 W. NATIONWIDE BLVD.<br>COLUMBUS, OH  43215 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | COMPENSIA<br>50 WEST SAN FRANCISCO STREET<br>SUITE 1350<br>SAN JOSE, CA  95113 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | PREMIUM SUBSCRIPTION AGREEMENT | COMPOUND TECH (DBA "BENEFITFLOW")<br>CHRIS SIEBERT<br>8 SHOSHONE DRIVE<br>KATONAH, NY  10536 |
| | **State the term remaining** | 02/06/2025 | |
| | **List the contract number of any government contract** | | |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE | COMPREHENSIVE RESEARCH ASSOCIATES, INC.<br>ATTN: DR. FRANK PEACOCK<br>3302 S. MACGREGOR WAY<br>HOUSTON, TX  77021 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | FEE AND SERVICE SCHEDULE FOR STOCK TRANSFER SERVICES | COMPUTERSHARE INC. AND COMPUTERSHARE TRUST COMPANY, N.A.<br>150 ROYALL STREET<br>CANTON, MA 02021 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGENCY AND SERVICE AGREEMENT | COMPUTERSHARE TRUST COMPANY, N.A. AND COMPUTERSHARE INC.<br>ATTN: GENERAL COUNSEL<br>150 ROYALL STREET<br>CANTON, MA 02021 |
| | State the term remaining | 09/24/2024 | |
| | List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | PRICING AGREEMENT | CONOCOPHILLIPS COMPANY<br>JIM PEARSON, GLOBAL CONTRACTS MANAGER<br>925 NORTH ELDRIDGE PARKWAY<br>(EC 14 S236)<br>HOUSTON, TX 77079 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | CONSCIOUS LEADERSHIP ACADEMY AT THE UNIVERSITY OF SAN DIEGO<br>UNIVERSITY OF SAN DIEGO<br>5998 ALCALA PARK<br>SAN DIEGO, CA 92110 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | CHANGE ORDER | CONTRACTPOD AI<br>500 7TH AVE<br>8TH FLOOR<br>NEW YORK, NY 10018 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL ORDER FORM | CONTRACTPOD AI<br>CONTRACTPOD TECHNOLOGIES INC.<br>500 7TH AVE<br>8TH FLOOR<br>NEW YORK, NY 10018 |
| | State the term remaining | 06/28/2026 | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | CONTRACTPODAI TECHNOLOGIES INC.<br>SARVARTH MISRA<br>500 7TH AVE<br>8TH FLOOR<br>NEW YORK, NY  10018 |
| | **State the term remaining** | 06/29/2024 | |
| | **List the contract number of any government contract** | | |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | CONTRACTPODAI TECHNOLOGIES INC.<br>SARVARTH MISRA<br>500 7TH AVE<br>8TH FLOOR<br>NEW YORK, NY  10018 |
| | **State the term remaining** | 02/08/2025 | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | CONTROLLED CONTAMINATION SERVICES, LLC<br>14800 LANDMARK BLVD<br>SUITE 155<br>DALLAS, TX  75254 |
| | **State the term remaining** | 03/06/2025 | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | CONTROLLED CONTAMINATION SERVICES, LLC<br>14800 LANDMARK BLVD<br>SUITE 155<br>DALLAS, TX  75254 |
| | **State the term remaining** | 03/12/2025 | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | CONTROLLED CONTAMINATION SERVICES, LLC<br>14800 LANDMARK BLVD<br>SUITE 155<br>DALLAS, TX  752554 |
| | **State the term remaining** | 12/19/2024 | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | CONTROLLED CONTAMINATION SERVICES, LLC<br>14901 QUORUM DRIVE<br>SUITE 510<br>DALLAS, TX  75254 |
| | **State the term remaining** | 03/06/2025 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | CONTROLLED CONTAMINATION SERVICES, LLC<br>CONTROLLED CONTAMINATION SERVICES LLC<br>14800 LANDMARK BLVD<br>SUITE 155<br>DALLAS, TX  75254 |
| | **State the term remaining** | 08/29/2024 | |
| | **List the contract number of any government contract** | | |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | CORNERSTONE ON DEMAND-ORDER | CORNERSTONE ON DEMAND, INC.<br>DEPT CH19590<br>PALATINE, IL  60055-9590 |
| | **State the term remaining** | 07/31/2025 | |
| | **List the contract number of any government contract** | | |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | COROVAN MOVING & STORAGE CO.<br>COMMERCIAL STORAGE AGREEMENT FOR WAREHOUSE SERVICES AND WAREHOUSE RECEIPT | COROVAN MOVING AND STORAGE CO.<br>12302 KERRAN STREET<br>POWAY, CA  92064 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | COROVAN MOVING AND STORAGE CO.<br>ATTN: LEGAL DEPARTMENT<br>12302 KERRAN STREET<br>POWAY, CA  92064 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | COUNTY OF MORRIS<br>P.O. BOX 900<br>MORRISTOWN, NJ  07963-0900 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | COUPA SOFTWARE INC.<br>1855 S. GRANT STREET<br>SAN MATEO, CA  94402 |
| | **State the term remaining** | 06/29/2025 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | CHARITABLE DONATION AGREEMENT | COURT APPOINTED SPECIAL ADVOCATES FOR CHILDREN, SAN LUIS OBISPO COUNTY 75 HIGUERA ST. SUITE 180 SAN LUIS OBISPO, CA 93401 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE DASHBOARD TERMS AND CONDITIONS | COVID RAPID LABS 15188 PARK OF COMMERCE BLVD SUITE 6 JUPITER, FL 33478 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | DARK FIBER SUPPLEMENT TO THE MASTER TELECOMMUNICATIONS LICENSE AGREEMENT | CROWN CASTLE FIBER LLC 2000 CORPORATE DRIVE CANONSBURG, PA 15317 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | ETHERNET SUPPLEMENT TO THE MASTER TELECOMMUNICATIONS LICENSE AGREEMENT | CROWN CASTLE FIBER LLC 2000 CORPORATE DRIVE CANONSBURG, PA 15317 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERNET SUPPLEMENT TO THE MASTER TELECOMMUNICATIONS LICENSE AGREEMENT | CROWN CASTLE FIBER LLC 2000 CORPORATE DRIVE CANONSBURG, PA 15317 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | CROWN CASTLE FIBER LLC 2000 CORPORATE DRIVE CANONSBURG, PA 15317 |
| | **State the term remaining** | 01/24/2026 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER TELECOMMUNICATIONS LICENSE AGREEMENT | CROWN CASTLE FIBER LLC<br>CROWN CASTLE; ATTENTION: LEGAL DEPARTMENT - NETWORKS<br>2000 CORPORATE DRIVE<br>CANONSBURG, PA 15317 |
| | **State the term remaining** | 09/29/2027 | |
| | **List the contract number of any government contract** | | |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | QUOTE | CUE & KANDJI<br>BRANDON YEE, ACCOUNT EXECUTIVE<br>101 WEST BROADWAY<br>SUITE 1440<br>SAN DIEGO, CA 92101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS SUPPORT SERVICES AGREEMENT | CUE HEALTH CA, PC<br>4980 CARROLL CANYON RD.<br>SUITE 100<br>SAN DIEGO, CA 92121 |
| | **State the term remaining** | 08/30/2025 | |
| | **List the contract number of any government contract** | | |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | DEFICIT FUNDING LOAN AGREEMENT | CUE HEALTH CA, PC<br>4980 CARROLL CANYON RD.<br>SUITE 100<br>SAN DIEGO, CA 92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITIES TRANSFER RESTRICTION AGREEMENT | CUE HEALTH CA, PC<br>4980 CARROLL CANYON RD.<br>SUITE 100<br>SAN DIEGO, CA 92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS SUPPORT SERVICES AGREEMENT | CUE HEALTH CT, PLLC<br>4980 CARROLL CANYON RD.<br>SUITE 100<br>SAN DIEGO, CA 92121 |
| | **State the term remaining** | 08/30/2025 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | DEFICIT FUNDING LOAN AGREEMENT | CUE HEALTH CT, PLLC<br>4980 CARROLL CANYON RD.<br>SUITE 100<br>SAN DIEGO, CA  92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITIES TRANSFER RESTRICTION AGREEMENT | CUE HEALTH CT, PLLC<br>4980 CARROLL CANYON RD.<br>SUITE 100<br>SAN DIEGO, CA  92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | STARFISH NEUROSCIENCE | CUE HEALTH FORM<br>ATTN.: REBEKAH ENGLISHBEE<br>1280 116TH AVE NE<br>BELLEVUE, WA  98004 |
| | **State the term remaining** | 07/18/2024 | |
| | **List the contract number of any government contract** | | |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS SUPPORT SERVICES AGREEMENT | CUE HEALTH NJ, LLC<br>4980 CARROLL CANYON RD.<br>SUITE 100<br>SAN DIEGO, CA  92121 |
| | **State the term remaining** | 08/30/2025 | |
| | **List the contract number of any government contract** | | |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | DEFICIT FUNDING LOAN AGREEMENT | CUE HEALTH NJ, LLC<br>4980 CARROLL CANYON RD.<br>SUITE 100<br>SAN DIEGO, CA  92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITIES TRANSFER RESTRICTION AGREEMENT | CUE HEALTH NJ, LLC; JONAH MINK M.D.<br>4980 CARROLL CANYON RD.<br>SUITE 100<br>SAN DIEGO, CA  92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | CULTURE AMP DATA PROCESSING ADDENDUM | CULTURE AMP PTY LTD<br>29 STEWART ST.<br>FLOOR 3<br>RICHMOND, VIC, AUSTRALIA 03121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | QUOTE | CULTURE AMP<br>ATTN: LEGAL DEPARTMENT<br>29 STEWART ST.<br>FLOOR 2<br>RICHMOND, VIC, AUSTRALIA 03121<br>AUSTRALIA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE ASSISTANCE PROGRAM (EAP) SERVICES AGREEMENT | CURALINE, LLC OTHERWISE KNOWN AS CURALINE HEALTHCARE<br>314 W. SUPERIOR ST.<br>SUITE 601<br>CHICAGO, IL 60654 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | CYTIVA CONFIRMATION ADDENDUM FOR PRODUCTS | CYTIVA<br>100 RESULTS WAY<br>MARLBOROUGH, MA 01752 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | D2 PHARMA CONSULTING LLC/ D2 SOLUTIONS<br>400 CHESTERFIELD CENTER<br>SUITE 400<br>CHESTERFIELD, MO 63017 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK - MARKET ACCESS SUPPORT | D2 PHARMA CONSULTING LLC/ D2 SOLUTIONS<br>400 CHESTERFIELD CENTER<br>SUITE 400<br>CHESTERFIELD, MO 63017 |
| | **State the term remaining** | 02/09/2025 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.293** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>BUSINESS ASSOCIATE AGREEMENT (FOR HIPPA-ELIGIBLE SERVICES)<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | DATADOG, INC.<br>620 8TH AVENUE<br>45TH FLOOR<br>NEW YORK, NY 10018-1741 |
| **2.294** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>ORDER<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | DATADOG, INC.<br>620 8TH AVENUE<br>45TH FLOOR<br>NEW YORK, NY 10018-1741 |
| **2.295** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>ORDER<br><br>**State the term remaining** 03/18/2025<br><br>**List the contract number of any government contract** | DATADOG, INC.<br>620 8TH AVENUE<br>45TH FLOOR<br>NEW YORK, NY 10018-1741 |
| **2.296** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>BUSINESS ASSOCIATE AGREEMENT<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | DATAVANT, INC.<br>ATTN: LEGAL<br>44 MONTGOMERY ST.<br>3RD FLOOR<br>SAN FRANCISCO, CA 94104 |
| **2.297** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>DATAVANT MASTER SERVICES AGREEMENT<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | DATAVANT, INC.<br>ATTN: LEGAL<br>44 MONTGOMERY ST.<br>3RD FLOOR<br>SAN FRANCISCO, CA 94104 |
| **2.298** **State what the contract or lease is for and the nature of the debtor's interest** <br><br>SERVICE AGREEMENT<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | DAVID KNIGHT<br>ADDRESS REDACTED |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | DCMA SAN DIEGO 9174 SKY PARK COURT SUITE 100 SAN DIEGO, CA 92123-4353 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | DCMA SAN DIEGO 9174 SKY PARK COURT SUITE 100 SAN DIEGO, CA 92123-4353 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | DCMA SAN DIEGO 9174 SKY PARK COURT SUITE 100 SAN DIEGO, CA 92123-4353 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | DCMA SAN DIEGO 9174 SKY PARK COURT SUITE 100 SAN DIEGO, CA 92123-4353 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | DCMA SAN DIEGO 9174 SKY PARK COURT SUITE 100 SAN DIEGO, CA 92123-4353 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | DCMA SAN DIEGO 9174 SKY PARK COURT SUITE 100 SAN DIEGO, CA 92123-4353 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT LETTER | DE LAGE LANDEN FINANCIAL SERVICES, INC. ATTN: MICHELLE VERRA 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19087 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT LETTER AND PURCHASE ORDER | DE LAGE LANDEN FINANCIAL SERVICES, INC. ATTN: MICHELLE VERRA 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19087 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | DE LAGE LANDEN FINANCIAL SERVICES, INC. ATTN: MICHELLE VERRA 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19087 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | INSERTION ORDER | DEEPINTENT 1450 BROADWAY FLOOR 23 NEW YORK, NY 10018 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | INSERTION ORDER | DEEPINTENT 1450 BROADWAY FLOOR 23 NEW YORK, NY 10018 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | DEFENSE LOGISTICS AGENCY 700 ROBBINS AVENUE PHILADELPHIA, PA 19111-5092 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA SUBSCRIPTION AGREEMENT | DEFINITIVE HEALTHCARE, LLC<br>550 COCHITUATE ROAD UNIT 4<br>FRAMINGHAM, MA  01701 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO ENGAGEMENT LETTER | DELOITTE & TOUCHE LLP<br>100 KIMBALL DR<br>PARSIPPANY, NJ  07054 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 TO ENGAGEMENT LETTER | DELOITTE & TOUCHE LLP<br>1919 N. LYNN ST.<br>SUITE 1500<br>ARLINGTON, VA  22209 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | DELTEK GOVWIN IQ ORDER FORM | DELTEK INC.<br>2291 WOOD OAK DRIVE<br>HERNDON, VA  20171-2823 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | DELTEK GOVWIN IQ ORDER FORM | DELTEK INC.<br>2291 WOOD OAK DRIVE<br>HERNDON, VA  20171-2823 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | DENISE WOLKEN MD PEDIATRICS<br>6851 EAST GENESSEE STREET<br>FAYETTEVILLE, NY  13066 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | QUOTATION | DENNEMEYER & CO. LLC<br>STEPHEN GOFF<br>230 W MONROE STREET<br>STE 2100<br>CHICAGO, IL  60606 |
| | **State the term remaining** | 10/01/2024 | |
| | **List the contract number of any government contract** | | |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | DESCARTES SYSTEMS (USA) LLC<br>KEITH BRINKMANN<br>120 RANDALL DRIVE<br>WATERLOO, ON  NSV 1C6<br>CANADA |
| | **State the term remaining** | 09/03/2024 | |
| | **List the contract number of any government contract** | | |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | DEMONSTRATION PRODUCT FORM | DETROIT PUBLIC HEALTH STD CLINIC<br>SHIRA HEISLER<br>50 E. CANFIELD<br>SUITE 101<br>DETROIT, MI  48201 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #4 | DETROIT TIGERS<br>CHRIS MCDONALD<br>2100 WOODWARD AVE.<br>DETROIT, MI  33805 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #1 | DETROIT TIGERS, INC.<br>ATTN: KEVIN RAND<br>2301 LAKELAND HILLS BLVD.<br>LAKELAND, FL  33805 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | CFO RECRUITMENT ENGAGEMENT LETTER | DEVERSA PARTNERS<br>2210 MAIN ST<br>SANTA MONICA, CA  90405 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER |
| | **State the term remaining** | UNKNOWN |
| | **List the contract number of any government contract** | |

DEVERSA PARTNERS
2210 MAIN ST
SANTA MONICA, CA  90405

| | | |
|---|---|---|
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS |
| | **State the term remaining** | UNKNOWN |
| | **List the contract number of any government contract** | |

DFAS INDIANAPOLIS
ATTN: DFAS-IN (VENDOR PAY)
8899 EAST 56TH STREET
INDIANAPOLIS, IN  46249-1325

| | | |
|---|---|---|
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK |
| | **State the term remaining** | UNKNOWN |
| | **List the contract number of any government contract** | |

DIGITAL HANDS
4211 WEST BOY SCOUT BOULEVARD
SUITE 700
TAMPA, FL  33608

| | | |
|---|---|---|
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT |
| | **State the term remaining** | 11/16/2024 |
| | **List the contract number of any government contract** | |

DIGITAL HANDS
ATTN: MIKE SIORYAK, VP FINANCE
4211 WEST BOY SCOUT BOULEVARD
SUITE 700
TAMPA, FL  33607

| | | |
|---|---|---|
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM |
| | **State the term remaining** | 01/05/2025 |
| | **List the contract number of any government contract** | |

DIGITAL MEDIA INNOVATIONS, LLC F.K.A INTRADO DIGITAL MEDIA, LLC
11650 MIRACLE HILLS DRIVE
OMAHA, NE  68154

| | | |
|---|---|---|
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | RECRUITING SERVICES AGREEMENT |
| | **State the term remaining** | UNKNOWN |
| | **List the contract number of any government contract** | |

DILIGENTE TECHNOLOGIES
2350 MISSION COLLEGE BLVD STE330
SANTA CLARA, CA  95054-1533

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | ADVISOR AGREEMENT | DINO DI CARLO<br>420 WESTWOOD PLAZA<br>5121E ENGINEERING<br>LOS ANGELES, CA 90095 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE WITH MAINTENANCE AGREEMENT | DIVERSIFIED BUSINESS SOLUTIONS<br>RACHEL THEILACKER<br>9771 CLAIREMONT MESA BLVD.<br>SAN DIEGO, CA 92124 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | DLA TROOP SUPPORT MEDICAL SUPPLY CHAIN FSC<br>700 ROBBINS AVENUE<br>PHILADELPHIA, PA 19111-5092 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | DLA TROOP SUPPORT MEDICAL SUPPLY CHAIN FSC<br>KELLIE WIMSEY<br>700 ROBBINS AVENUE<br>PHILADELPHIA, PA 19111-5092 |
| | **State the term remaining** | 02/01/2027 | |
| | **List the contract number of any government contract** | | |

| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | DOCUSIGN, INC.<br>221 MAIN STREET<br>SUITE 1000<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMENCEMENT DATE MEMORANDUM | DOGWOOD PROPERTIES LLC<br>870 HARBOUR WAY SOUTH<br>RICHMOND, CA 94804 |
| | **State the term remaining** | 02/28/2027 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD INDUSTRIAL/COMMERCIAL SINGLE TENANT LEASE-NET | DOGWOOD PROPERTIES LLC<br>870 HARBOUR WAY SOUTH<br>RICHMOND, CA  94804 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | DOIT INTERNATIONAL SERVICES CONTRACT | DOIT INTERNATIONAL USA INC.<br>2445 AUGUSTINE DR.<br>SUITE 150<br>SANTA CLARA, CA  95051 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | DOIT INTERNATIONAL SERVICES CONTRACT | DOIT INTERNATIONAL USA INC.<br>2445 AUGUSTINE DR.<br>SUITE 150<br>SANTA CLARA, CA  95051 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | LOOKER RESELLER CONTRACT | DOIT INTERNATIONAL USA INC.<br>2445 AUGUSTINE DR.<br>SUITE 150<br>SANTA CLARA, CA  95051 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | LOOKER RESELLER CONTRACT | DOIT INTERNATIONAL USA INC.<br>2445 AUGUSTINE DR.<br>SUITE 150<br>SANTA CLARA, CA  95051 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI  48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI  48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI  48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI  48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI  48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI  48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI  48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.347** **State what the contract or lease is for and the nature of the debtor's interest** — ESTIMATE **State the term remaining** — UNKNOWN **List the contract number of any government contract** | DONER PARTNERS LLC 25900 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48075 |
| **2.348** **State what the contract or lease is for and the nature of the debtor's interest** — ESTIMATE **State the term remaining** — UNKNOWN **List the contract number of any government contract** | DONER PARTNERS LLC 25900 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48075 |
| **2.349** **State what the contract or lease is for and the nature of the debtor's interest** — ESTIMATE **State the term remaining** — UNKNOWN **List the contract number of any government contract** | DONER PARTNERS LLC 25900 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48075 |
| **2.350** **State what the contract or lease is for and the nature of the debtor's interest** — ESTIMATE **State the term remaining** — UNKNOWN **List the contract number of any government contract** | DONER PARTNERS LLC 25900 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48075 |
| **2.351** **State what the contract or lease is for and the nature of the debtor's interest** — ESTIMATE **State the term remaining** — UNKNOWN **List the contract number of any government contract** | DONER PARTNERS LLC 25900 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48075 |
| **2.352** **State what the contract or lease is for and the nature of the debtor's interest** — ESTIMATE **State the term remaining** — UNKNOWN **List the contract number of any government contract** | DONER PARTNERS LLC 25900 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48075 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.359** **State what the contract or lease is for and the nature of the debtor's interest** ESTIMATE<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| **2.360** **State what the contract or lease is for and the nature of the debtor's interest** ESTIMATE<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| **2.361** **State what the contract or lease is for and the nature of the debtor's interest** ESTIMATE<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| **2.362** **State what the contract or lease is for and the nature of the debtor's interest** ESTIMATE<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| **2.363** **State what the contract or lease is for and the nature of the debtor's interest** ESTIMATE<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| **2.364** **State what the contract or lease is for and the nature of the debtor's interest** ESTIMATE<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.371** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ESTIMATE<br><br><br><br>UNKNOWN | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| **2.372** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ESTIMATE<br><br><br><br>UNKNOWN | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| **2.373** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ESTIMATE<br><br><br><br>UNKNOWN | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| **2.374** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ESTIMATE<br><br><br><br>UNKNOWN | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| **2.375** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ESTIMATE<br><br><br><br>UNKNOWN | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| **2.376** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ESTIMATE<br><br><br><br>UNKNOWN | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC 25900 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC 25900 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC 25900 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC 25900 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC 25900 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC 25900 NORTHWESTERN HIGHWAY SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI  48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI  48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI  48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI  48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI  48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI  48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | DONER PARTNERS LLC<br>25900 NORTHWESTERN HIGHWAY<br>SOUTHFIELD, MI 48075 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.395** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO DOXIMITY ORDER FORM **State the term remaining** UNKNOWN **List the contract number of any government contract** | DOXIMITY, INC. 500 3RD STREET SUITE 510 SAN FRANCISCO, CA 94107 |
| **2.396** **State what the contract or lease is for and the nature of the debtor's interest** DOXIMITY ORDER FORM **State the term remaining** 10/01/2024 **List the contract number of any government contract** | DOXIMITY, INC. 500 3RD STREET SUITE 510 SAN FRANCISCO, CA 94107 |
| **2.397** **State what the contract or lease is for and the nature of the debtor's interest** CONSULTING AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | DREXLER, LLC 4339 HARFORD ROAD BALTIMORE, MD 21214 |
| **2.398** **State what the contract or lease is for and the nature of the debtor's interest** DEPOSIT BRIDGE PLUS ENROLLMENT APPLICATION **State the term remaining** UNKNOWN **List the contract number of any government contract** | EAST WEST BANK 135 N LOS ROBLES AVE 2ND FLOOR PASADENA, CA 91101 |
| **2.399** **State what the contract or lease is for and the nature of the debtor's interest** MANAGED SERVICES PROVIDER AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | EASTRIDGE MSP INC ATTN: LEGAL DEPARTMENT 385 NORTHSIDE DRIVE SUITE 250 SAN DIEGO, CA 92121 |
| **2.400** **State what the contract or lease is for and the nature of the debtor's interest** STAFFING SUPPLIER AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | EASTRIDGE WORKFORCE RECRUITMENT (EWR) DBA TEG LEGAL DEPARTMENT 385 NORTHSIDE DRIVE SUITE 250 SAN DIEGO, CA 92108 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMS AND CONDITIONS | EASTRIDGE WORKFORCE SOLUTIONS<br>LEGAL DEPARTMENT<br>385 NORTHSIDE DRIVE<br>SUITE 250<br>SAN DIEGO, CA 92108 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR MANAGEMENT SYSTEM AGREEMENT | EASTRIDGE WORKFORCE TECHNOLOGY, INC<br>LEGAL DEPARTMENT<br>385 NORTHSIDE DRIVE<br>SUITE 250<br>SAN DIEGO, CA 92108 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | EASTRIDGE WORKFORCE<br>385 NORTHSIDE DRIVE<br>SUITE 250<br>SAN DIEGO, CA 92108 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL STUDY AGREEMENT BETWEEN CUE HEALTH INC. AND EASTSIDE RESEARCH ASSOCIATES | EASTSIDE RESEARCH ASSOCIATES<br>ATTN: CHAD CRYSTAL, M.D.<br>21121 NE 129TH CT<br>WOODINVILLE, WA 98077 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR PROFESSIONAL SERVICES | ECOFORM LLC<br>11903 BLACK ROAD<br>KNOXVILLE, TN 37932 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVATE PROPERTY CONTAINER PLACEMENT AGREEMENT & RELEASE FROM LIABILITY AND CLAIMS | EDCO WASTE & RECYCLING SERVICES<br>224 S. LAS PSAS ROAD<br>SAN MARCOS, CA 92078 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | WASTE REMOVAL & DISPOSAL AGREEMENT | EDCO 6670 FEDERAL BOULEVARD LEMON GROVE, CA 91945 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER | EDISON MATERIAL SUPPLY LLC 2244 WALNUT GROVE AVE ROSEMEAD, CA 91770-3714 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | US CORPORATE TRAVEL SERVICES AGREEMENT | EGENCIA LLC 1111 EXPEDIA GROUP WAY WEST SEATTLE, WA 98119 |
| | **State the term remaining** | 03/24/2025 | |
| | **List the contract number of any government contract** | | |
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO STATEMENT OF WORK | EK ADVISORY BV HEISTRAAT 132 GEEL 02440 BELGIUM |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO STATEMENT OF WORK | EK ADVISORY BV HEISTRAAT 132 GEEL 02440 BELGIUM |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO STATEMENT OF WORK | EK ADVISORY BV HEISTRAAT 132 GEEL 02440 BELGIUM |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | EK ADVISORY BV<br>HEISTRAAT 132<br>GEEL 02440<br>BELGIUM |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | EL PASO COUNTY<br>500 E. SAN ANTONIO<br>EL PASO, TX  79901 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | ELC BEAUTY LLC<br>767 FIFTH AVENUE<br>NEW YORK, NY  10022 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | ELC BEAUTY LLC<br>767 FIFTH AVENUE<br>NEW YORK, NY  10022 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | ELEVATE ENTERTAINMENT<br>324 S. BEVERLY DR.<br>SUITE 1087<br>BEVERLY HILLS, CA  90210 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | SOC 2 READINESS ASSESSMENT | EMBER ECHO<br>ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------------------------------------------|----------------------------------------------------------------------------|
| **2.419** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORDER FORM <br><br><br><br> 12/31/2024 | EMBER RIVER <br> 2683 VIA DE LA VALLE <br> SUITE G 619 <br> DEL MAR, CA  92014 |
| **2.420** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | QUOTE <br><br><br><br> UNKNOWN | EMBER RIVER <br> 2683 VIA DE LA VALLE <br> SUITE G 619 <br> DEL MAR, CA  92014 |
| **2.421** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | QUOTE <br><br><br><br> 10/27/2024 | EMBERRIVER <br> JEFF TRUE <br> 2683 VIA DE LA VALLE <br> STE G 619 <br> DEL MAR, CA  92014 |
| **2.422** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | BUSINESS SUPPORT SERVICES AGREEMENT <br><br><br> 08/30/2025 | EMPIRE MEDICAL SERVICES PLLC <br> 450 PARK AVE S <br> #202 <br> NEW YORK, NY  10016 <br> USA |
| **2.423** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DEFICIT FUNDING LOAN AGREEMENT <br><br><br> UNKNOWN | EMPIRE MEDICAL SERVICES PLLC <br> 450 PARK AVE S <br> #202 <br> NEW YORK, NY  10016 <br> USA |
| **2.424** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SECURITIES TRANSFER RESTRICTION AGREEMENT <br><br><br> UNKNOWN | EMPIRE MEDICAL SERVICES PLLC <br> 450 PARK AVE S <br> #202 <br> NEW YORK, NY  10016 <br> USA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.425** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | EQT PARTNERS INC. 1114 AVENUE OF THE AMERICAS 45TH FLOOR NEW YORK, NY 10036 |
| **2.426** **State what the contract or lease is for and the nature of the debtor's interest** CUE HEALTH INC. LEAD GEN SPECIALIST CONTRACT **State the term remaining** UNKNOWN **List the contract number of any government contract** | ERIN KING ADDRESS REDACTED |
| **2.427** **State what the contract or lease is for and the nature of the debtor's interest** ENGAGEMENT LETTER - GENERAL TERMS AND CONDITIONS **State the term remaining** UNKNOWN **List the contract number of any government contract** | ERNST & YOUNG LLP 55 IVAN ALLEN JR. BOULEVARD SUITE 1000 ATLANTA, GA 30308 |
| **2.428** **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK **State the term remaining** UNKNOWN **List the contract number of any government contract** | ERNST & YOUNG LLP 55 IVAN ALLEN JR. BOULEVARD SUITE 1000 ATLANTA, GA 30308 |
| **2.429** **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK **State the term remaining** UNKNOWN **List the contract number of any government contract** | ERNST & YOUNG LLP 55 IVAN ALLEN JR. BOULEVARD SUITE 1000 ATLANTA, GA 30308 |
| **2.430** **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK **State the term remaining** UNKNOWN **List the contract number of any government contract** | ERNST & YOUNG LLP 55 IVAN ALLEN JR. BOULEVARD SUITE 1000 ATLANTA, GA 30308 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | ERNST & YOUNG LLP<br>55 IVAN ALLEN JR. BOULEVARD<br>SUITE 1000<br>ATLANTA, GA 30308 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | ERNST & YOUNG LLP<br>55 IVAN ALLEN JR. BOULEVARD<br>SUITE 1000<br>ATLANTA, GA 30308 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | ERNST & YOUNG LLP<br>55 IVAN ALLEN JR. BOULEVARD<br>SUITE 1000<br>ATLANTA, GA 30308 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | ERNST & YOUNG LLP<br>55 IVAN ALLEN JR. BOULEVARD<br>SUITE 1000<br>ATLANTA, GA 30308 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | ERNST & YOUNG LLP<br>55 IVAN ALLEN JR. BOULEVARD<br>SUITE 1000<br>ATLANTA, GA 30308 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | ERNST & YOUNG LLP<br>55 IVAN ALLEN JR. BOULEVARD<br>SUITE 1000<br>ATLANTA, GA 30308 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | ERNST & YOUNG LLP<br>55 IVAN ALLEN JR. BOULEVARD<br>SUITE 1000<br>ATLANTA, GA 30308 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | ERNST & YOUNG LLP<br>55 IVAN ALLEN JR. BOULEVARD<br>SUITE 1000<br>ATLANTA, GA 30308 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | ERNST & YOUNG LLP<br>55 IVAN ALLEN JR. BOULEVARD<br>SUITE 1000<br>ATLANTA, GA 30308 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | ERNST & YOUNG LLP<br>55 IVAN ALLEN JR. BOULEVARD<br>SUITE 1000<br>ATLANTA, GA 30308 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK - 2023 TAX PROVISION REVIEW | ERNST & YOUNG LLP<br>55 IVAN ALLEN JR. BOULEVARD<br>SUITE 1000<br>ATLANTA, GA 30308 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK - FBAR COMPLIANCE ASSISTANCE FOR CY2022 | ERNST & YOUNG LLP<br>55 IVAN ALLEN JR. BOULEVARD<br>SUITE 1000<br>ATLANTA, GA 30308 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK - RESEARCH TAX CREDIT 2022 | ERNST & YOUNG LLP<br>55 IVAN ALLEN JR. BOULEVARD<br>SUITE 1000<br>ATLANTA, GA 30308 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | ERNST & YOUNG<br>55 IVAN ALLEN JR. BOULEVARD<br>SUITE 1000<br>ATLANTA, GA 30308 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | INFLUENCER AGREEMENT | ERYN KROUSE<br>ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT | EVERSANA LIFE SCIENCE SERVICES LLC<br>ATTN: GENERAL COUNSEL<br>190 N. MILWAUKEE STREET<br>MILWAUKEE, WI 53202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO.1 TO SUPPLY AGREEMENT | EVERSANA LIFE SCIENCE SERVICES, LLC<br>190 N. MILWAUKEE STREET<br>MILWAUKEE, WI 53202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM SHEET | EVERSANA LIFE SCIENCE SERVICES, LLC<br>190 N. MILWAUKEE STREET<br>MILWAUKEE, WI 53202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | RETURN MERCHANDISE AUTHORIZATION | EVOTEK, INC.<br>6150 LUSK BLVD<br>SUITE B204<br>SAN DIEGO, CA  92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | EXPERIS US LLC<br>100 MANPOWER PLACE<br>MILWAUKEE, WI  53212 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | EXPERIS US LLC<br>100 MANPOWER PLACE<br>MILWAUKEE, WI  53212 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE DASHBOARD SERVICES AGREEMENT | FDOH HERNANDO<br>7551 FOREST OAKS BLVD.<br>SPRING HILL, FL  34609 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR SERVICE | FEAST ON THIS CULINARY & EVENT PRODUCTION<br>8395 CAMINO SANTA FE<br>STE D<br>SAN DIEGO, CA  92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | HOME COLLECTION KIT SHIPPING EXCEPTION ADDENDUM | FEDERAL EXPRESS CORPORATION<br>PO BOX 7221<br>PASADENA, CA  91109-7321 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF TERMINATION | FENWAY PROPERTIES, LLC<br>LARRY JACKEL<br>10525 VISTA SORRENTO PARKWAY<br>SUITE 310<br>SAN DIEGO, CA 921121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE (10525 VISTA SORRENTO PARKWAY, SUITE 200) | FENWAY XI, LLC<br>10525 VISTA SORRENTO PARKWAY<br>SUITE 310<br>SAN DIEGO, CA  92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 TO THE AGREEMENT BETWEEN CUE HEALTH INC. AND FH HEALTH | FH HEALTH<br>2 ST. CLAIR AVE EAST<br>SUITE 1204<br>TORONTO, ON  M4T 2T5 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | RE: CUE HEALTH REVERSE STOCK SPLIT | FIDELITY INVESTMENTS<br>245 SUMMER STREET<br>V7A<br>BOSTON, MA  02109 |
| | **State the term remaining** | 05/26/2024 | |
| | **List the contract number of any government contract** | | |
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | INVESTMENT MANAGEMENT AGREEMENT | FIDELITY PERSONAL AND WORKPLACE ADVISORS, LLC, STRATEGIC ADVISERS LLC<br>C/O FIDELITY INVESTMENTS- ECM CLIENT SERVICES RELATIONSHIP MANAGER ATTENTION: ADMINISTRATIVE TEAM<br>P.O. BOX 770001<br>CINCINNATI, OH  45277-0026 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF UNDERSTANDING | FIDELITY STOCK PLAN SERVICES, LLC<br>245 SUMMER STREET<br>V7A<br>BOSTON, MA  02110 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | HSA AND RA AMENDMENT TO THE SERVICE AGREEMENT | FIDELITY WORKPLACE SERVICES LLC<br>245 SUMMER STREET<br>V74<br>BOSTON, MA  02110 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | FIDELITY WORKPLACE SERVICES LLC<br>245 SUMMER STREET<br>V74<br>BOSTON, MA  02110 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | FIDELITY WORKPLACE SERVICES LLC<br>245 SUMMER STREET<br>V74<br>BOSTON, MA  02110 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | CHARITABLE DONATION AGREEMENT | FIG. 5 PRODUCTIONS INC.<br>782 PAPE AVE<br>TORONTO, ON  M4K 3S7<br>CANADA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR DATA PROTECTION ADDENDUM | FIRST TRANSIT, INC.<br>ATTENTION: NORTH AMERICAN PRIVACY OFFICE<br>600 VINE STREET<br>SUITE 1400<br>CINCINNATI, OH  45202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE ORDER FORM | FIVETRAN, INC<br>1221 BROADWAY<br>SUITE 2400<br>OAKLAND, CA  94612 |
| | **State the term remaining** | 07/26/2024 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT | FIVETRAN, INC<br>405 14TH STREET<br>SUITE 1050<br>OAKLAND, CA 94612 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF TERMINATION OF APPDETEX SERVICES | FOCUS IP, INC. DOING BUSINESS AS APPDETEX<br>LINDSEY OREGON, CUSTOMER SUCCESS MANAGER<br>508 S. 8TH ST.<br>BOISE, ID 83702 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM NO. 1 | FOCUS IP, INC., DOING BUSINESS AS TRACER<br>ATTN: GENERAL COUNSEL<br>508 S. 8TH ST.<br>BOISE, ID 83702 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF AUTHORIZATION | FOCUS IP, INC., DOING BUSINESS AS TRACER<br>ATTN: GENERAL COUNSEL<br>508 S. 8TH ST.<br>BOISE, ID 83702 |
| | **State the term remaining** | 06/30/2024 | |
| | **List the contract number of any government contract** | | |
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | FOCUS IP, INC., DOING BUSINESS AS TRACER<br>ATTN: GENERAL COUNSEL<br>508 S. 8TH ST.<br>BOISE, ID 83702 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | FOLEY & LARDNER LLP<br>3579 VALLEY CENTRE DRIVE<br>SUITE 300<br>SAN DIEGO, CA 92130-3302 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.473** **State what the contract or lease is for and the nature of the debtor's interest** HIPAA BUSINESS ASSOCIATE AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | FRESENIUS MEDICAL CARE HOLDINGS, INC. ATTN: PRIVACY OFFICER 920 WINTER ST. WALTHAM, MA 02451 |
| **2.474** **State what the contract or lease is for and the nature of the debtor's interest** ENGAGEMENT AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | FTI CONSULTING INC. ATTN: FREDRIK DE MARE 50 CALIFORNIA ST. SUITE 1900 SAN FRANCISCO, CA 92121-1736 |
| **2.475** **State what the contract or lease is for and the nature of the debtor's interest** PURCHASE ORDER **State the term remaining** UNKNOWN **List the contract number of any government contract** | FUSION TRADE, INC. ONE MARINA PARK DRIVE SUITE 305 BOSTON, MA 02210 |
| **2.476** **State what the contract or lease is for and the nature of the debtor's interest** RIDER TO PURCHASE ORDER FORM **State the term remaining** UNKNOWN **List the contract number of any government contract** | FUSION TRADE, INC. ONE MARINA PARK DRIVE SUITE 305 BOSTON, MA 02210 |
| **2.477** **State what the contract or lease is for and the nature of the debtor's interest** QUOTATION **State the term remaining** UNKNOWN **List the contract number of any government contract** | G/M BUSINESS INTERIORS 110 W. A STREET SUITE 140 SAN DIEGO, CA 92101 |
| **2.478** **State what the contract or lease is for and the nature of the debtor's interest** CHARITABLE DONATION AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | GALLUP HEALTH COOPERATIVE 600 E COAL AVE GALLUP, NM 87301 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest** | CHARITABLE DONATION AGREEMENT | GALLUP HEALTH COOPERATIVE<br>600 E COAL AVE<br>GALLUP, NM 87301 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE DASHBOARD SERVICES AGREEMENT | GALLUP HEALTH COOPERATIVE<br>SCOTT BURGNER<br>600 E COAL AVE<br>GALLUP, NM 87301 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** | SCOPE OF SERVICES | GALLUP INC.<br>1001 GALLUP DRIVE<br>OMAHA, NE 68102 |
| | **State the term remaining** | 12/21/2024 | |
| | **List the contract number of any government contract** | | |
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT AMENDMENT #1 | GEISINGER CLINIC<br>100 NORTH ACADEMY AVENUE<br>DANVILLE, PA 17822 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | RESEARCH AGREEMENT | GEISINGER CLINIC<br>CONTRACT ADMINISTRATION<br>100 NORTH ACADEMY AVENUE<br>DANVILLE, PA 17822-4033 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | GEISINGER SYSTEMS SERVICES<br>100 N. ACADEMY AVE<br>DANVILLE, PA 17822 |
| | **State the term remaining** | 12/31/2024 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.485 **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICES AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | GEORGE CLINICAL PTY LIMITED ATTN: CEO 1 KING ST LEVEL 5 NEWTON, NSW 02042 AUSTRALIA |
| 2.486 **State what the contract or lease is for and the nature of the debtor's interest** CUE DASHBOARD SERVICES AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | GLOBAL SUPPORT AND DEVELOPMENT (GSD) 171 WESTPOINT HARBOR DR REDWOOD CITY, CA 94063 |
| 2.487 **State what the contract or lease is for and the nature of the debtor's interest** GLOBALIZATION PARTNERS MASTER AGREEMENT COUNTRY PRICING SCHEDULE: TURKEY **State the term remaining** UNKNOWN **List the contract number of any government contract** | GLOBALIZATION PARTNERS LLC 175 FEDERAL STREET, 17TH FLOOR BOSTON, MA 02110 |
| 2.488 **State what the contract or lease is for and the nature of the debtor's interest** GLOBALIZATION PARTNERS MASTER AGREEMENT TERM SHEET **State the term remaining** UNKNOWN **List the contract number of any government contract** | GLOBALIZATION PARTNERS LLC 175 FEDERAL STREET, 17TH FLOOR BOSTON, MA 02110 |
| 2.489 **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO EOR SERVICES AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | GLOBALIZATION PARTNERS, INC. 175 FEDERAL STREET, 17TH FLOOR BOSTON, MA 02110 |
| 2.490 **State what the contract or lease is for and the nature of the debtor's interest** QUOTE # 437377 **State the term remaining** UNKNOWN **List the contract number of any government contract** | GOENGINEER LLC 739 E FORT UNION BLVD MIDVALE, UT 84047 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | GOLDMAN SACHS & CO. LLC VARUN KAPOOR 205 DETROIT STREET SUITE 3102 DENVER, CO 80206 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT | GOLDMAN SACHS & CO. LLC VARUN KAPOOR 205 DETROIT STREET SUITE 3102 DENVER, CO 80206 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 | GOOGLE LLC 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 | GOOGLE LLC 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 | GOOGLE LLC 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 | GOOGLE LLC 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | GOOGLE ADVERTISING SERVICE AGREEMENT | GOOGLE LLC 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | GOOGLE CLOUD MASTER AGREEMENT - ENTERPRISE | GOOGLE LLC 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITY DOCUMENTATION DISTRIBUTION ADDENDUM | GOOGLE LLC 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT | GRAND RIVER HOSPITAL DISTRICT 501 AIRPORT RD RIFLE, CO 81650 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | GREENVILLE COUNTY DETENTION CENTER GC PROCUREMENT SERVICES 301 RIDGE SUITE N-2400 GREENVILLE, SC 29601 |
| | **State the term remaining** | 09/28/2024 | |
| | **List the contract number of any government contract** | | |
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | GRUBHUB HOLDINGS INC. 111 W WASHINGTON ST, #2100 CHICAGO, IL 60602 |
| | **State the term remaining** | 09/21/2024 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR SECURITY SERVICES | GUARD WEST SECURITY SERVICES<br>814 MORENA BLVD.<br>SUITE 308<br>SAN DIEGO, CA 92110 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | PALO ALTO FIREWALL SERVICES PROFESSIONAL SERVICES PROPOSAL | GUIDEPOINT SECURITY LLC<br>2201 COOPERATIVE WAY<br>SUITE 225<br>HERNDON, VA 20171 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | SCOPE CHANGE ADDENDUM | GUIDEPOINT SECURITY LLC<br>2201 COOPERATIVE WAY<br>SUITE 225<br>HERNDON, VA 20171 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | GV MANAGEMENT COMPANY, L.L.C<br>1600 AMPHITHEATER PARKWAY<br>MOUNTAIN VIEW, CA 94043 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | RETAINER FEE INCREASE FOR OCTOBER 2020 | H & W GROUP INC<br>250 HUDSON STREET<br>NEW YORK, NY 10013 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF AGREEMENT | H & W GROUP INC<br>SUSAN ISENBERG<br>250 HUDSON STREET<br>NEW YORK, NY 10013 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR PROFESSIONAL SERVICES | HARMONY ENVIRONMENTAL, LLC 16362 W BRIARWOOD CT OLATHE, KS 66062 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER CONFIRMATION AND AGREEMENT | HARRIS INSIGHTS & ANALYTICS, LLC PO BOX 736518 DALLAS, TX 75373 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER CONFIRMATION AND AGREEMENT | HARRIS INSIGHTS & ANALYTICS, LLC PO BOX 736518 DALLAS, TX 75373 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO TASK ORDER NUMBER 7 | HEALTH DECISIONS, INC. 2510 MERIDIAN PARKWAY DURHAM, NC 27713 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | FOURTH AMENDMENT TO TASK ORDER NUMBER 4 | HEALTH DECISIONS, INC. 2510 MERIDIAN PARKWAY DURHAM, NC 27713 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | FOURTH AMENDMENT TO TASK ORDER NUMBER 7 | HEALTH DECISIONS, INC. 2510 MERIDIAN PARKWAY DURHAM, NC 27713 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | TASK ORDER NUMBER 7 | HEALTH DECISIONS, INC. 2510 MERIDIAN PARKWAY DURHAM, NC 27713 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO TASK ORDER NUMBER 4 | HEALTH DECISIONS, INC. 2510 MERIDIAN PARKWAY DURHAM, NC 27713 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT OF AGREEMENT AND AMENDMENT | HEALTH DECISIONS, INC. 2510 MERIDIAN PARKWAY DURHAM, NC 98371 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO TASK ORDER NUMBER 7 | HEALTH DECISIONS, INC. 3800 PARAMOUNT PARKWAY SUITE 400 MORRISVILLE, NC 27560 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.519 | **State what the contract or lease is for and the nature of the debtor's interest** | ADVERTISING INSERTION ORDER | HEALTH MEDIA, INC. MEGAN EBADI 275 7TH AVENUE 24TH FLOOR NEW YORK, NY 10001 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT | HEALTH PARTNERS INC. HEALTHPARTNERS PRIVACY OFFICER MAIL STOP 22205K PO BOX 1309 MINNEAPOLIS, MN 55440-1309 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | HEALTH PARTNERS INC. SHELLY SEMENT MAIL STOP 22205K PO BOX 1309 MINNEAPOLIS, MN 55440 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH CHARITABLE DONATION AGREEMENT | HEALTHCARE IN ACTION 3800 KILROY AIRPORT WAY SUITE 100 LONG BEACH, CA 90806 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | CHARITABLE DONATION AGREEMENT | HEALTHCARE IN ACTION 3800 KILROY AIRPORT WAY SUITE 100 LONG BEACH, CA 90806 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | ADVERTISING INSERTION ORDER | HEALTHLINE MEDIA, INC. 275 7TH AVENUE 24TH FLOOR NEW YORK, NY 10001 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | HEAP, INC. 225 BUSH STREET SUITE 200 SAN FRANCISCO, CA 94104 |
| | **State the term remaining** | 09/06/2024 | |
| | **List the contract number of any government contract** | | |
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBCONTRACTOR BUSINESS ASSOCIATE AGREEMENT | HEAP, INC. 225 BUSH STREET SUITE 200 SAN FRANCISCO, CA 94104 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | HEIDRICK & STRUGGLES<br>11100 SANTA MONICA BLVD.<br>SUITE 200<br>LOS ANGELES, CA 90025 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | RETAINER LETTER AGREEMENT | HEIDRICK & STRUGGLES<br>RICHARD N. EIDINGER, M.D.<br>11100 SANTA MONICA BLVD.<br>SUITE 200<br>LOS ANGELES, CA 90025 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | RETAINER LETTER AGREEMENT | HEIDRICK & STRUGGLES<br>RICHARD N. EIDINGER, M.D.<br>11100 SANTA MONICA BLVD.<br>SUITE 200<br>LOS ANGELES, CA 90025 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | RETAINER LETTER AGREEMENT | HEIDRICK & STRUGGLES<br>RICHARD N. EIDINGER, M.D.<br>11100 SANTA MONICA BLVD.<br>SUITE 200<br>LOS ANGELES, CA 90025 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | QUOTE | HELIX OPCO, LLC<br>101 S. ELLSWORTH AVENUE<br>SUITE 350<br>SAN MATEO, CA 94401 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | HELLMAN & FRIEDMAN LLC<br>JUDD SHER<br>415 MISSION STREET<br>SUITE 5700<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO THE EXCLUSIVE DISTRIBUTION AGREEMENT | HENRY SCHEIN, INC 135 DURYEA ROAD MELVILLE, NY 11747 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 3 TO THE EXCLUSIVE DISTRIBUTION AGREEMENT | HENRY SCHEIN, INC 135 DURYEA ROAD MELVILLE, NY 11747 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 4 TO THE EXCLUSIVE DISTRIBUTION AGREEMENT | HENRY SCHEIN, INC 135 DURYEA ROAD MELVILLE, NY 11747 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 6 TO THE EXCLUSIVE DISTRIBUTION AGREEMENT | HENRY SCHEIN, INC 135 DURYEA ROAD MELVILLE, NY 11747 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 5 TO THE EXCLUSIVE DISTRIBUTION AGREEMENT | HENRY SCHEIN, INC 135 DURYEA ROAD MELVILLE, NY 14710 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO EXCLUSIVE DISTRIBUTION AND SUPPLY AGREEMENT | HENRY SCHEIN, INC EVA TSE, QUALITY ASSURANCE SPECIALIST 135 DURYEA ROAD MELVILLE, NY 11747 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | HOLLAND & KNIGHT LLP REPRESENTATION | HOLLAND & KNIGHT JEFFREY W. MITTLEMAN 10 ST. JAMES AVENUE BOSTON, MA 02116 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFLICT OF INTEREST WAIVER-EAST WEST BANK | HOLLAND & KNIGHT JUAN CARLOS FERRER 701 BRICKELL AVENUE SUITE 3300 MIAMI, FL 33131 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT AS LEGAL COUNSEL | HOLLAND & KNIGHT JUAN CARLOS FERRER 701 BRICKELL AVENUE SUITE 3300 MIAMI, FL 33131 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** | CHARITABLE DONATION AGREEMENT | HOMEWORKS TRENTON, INC. 174 NASSAU ST. BOX #196 PRINCETON, NJ 08542 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | FEE AGREEMENT | HONE MAXWELL LLP 870 MARKET ST., SUITE 588 SAN FRANCISCO, CA 94102 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | HOT SPRINGS HEALTH ATTN: ISABELLE WILLSON 150 E. ARAPAHOE STREET THERMOPOLIS, WY 82443 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #1 | HOUSTON ASTROS<br>ATTN: JEREMIAH RANDALL<br>1800 CONGRESS AVE<br>HOUSTON, TX 77002 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #2 | HOUSTON ASTROS<br>ATTN: JEREMIAH RANDALL<br>1800 CONGRESS AVE<br>HOUSTON, TX 77002 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #3 | HOUSTON ASTROS<br>ATTN: JEREMIAH RANDALL<br>1800 CONGRESS AVE<br>HOUSTON, TX 77002 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | HR INNOVATION<br>12107 TRAVERTINE CT<br>POWAY, CA 92064 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT MANAGEMENT SERVICES CONTRACT | HUGHES MARINO, INC.<br>1450 FRONT STREET<br>SAN DIEGO, CA 92101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** | RETAINER AGREEMENT | HYMAN, PHELPS & MCNAMARA, P.C.<br>JEFFREY N. GIBBS<br>700 THIRTEENTH STREET, N.W.<br>WASHINGTON, DC 20005 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | ICR CAPITAL LLC<br>761 MAIN AVENUE<br>NORWALK, CT 06851 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.552 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | ICR, LLC<br>ATTN: JOHN SORENSEN<br>761 MAIN AVENUE<br>NORWALK, CT 06851 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.553 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING | IDITAROD TRAIL COMMITTEE<br>2100 SOUTH KNIK-GOOSE BAY ROAD<br>WASILLA, AK 99654 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.554 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A: FEES - COBRA SERVICES | IGOE<br>12041 SABRE SPRINGS PKWY 342<br>SAN DIEGO, CA 92128 |
| | **State the term remaining** | 12/31/2026 | |
| | **List the contract number of any government contract** | | |
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | IMPACT HEALTH BIOMETRIC TESTING, INC<br>KRISTOPHER WOOD<br>1009 W. 9TH AVE<br>STE. A<br>KING OF PRUSSIA, PA 19406 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | IMPACT HEALTH BIOMETRIC TESTING, INC<br>KRISTOPHER WOOD<br>1009 W. 9TH AVE<br>STE. A.<br>KING OF PRUSSIA, PA 19406 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest** | STOCK PLAN CONSULTING SERVICES ENGAGEMENT LETTER | INDEPENDENT STOCK PLAN ADVISORS LLC JEWON WEE 598 WASHINGTON STREET DUXBURY, MA 02332 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest** | BACKGROUND SCREENING ORDER FORM FOR CUE INC. | INFLECTION RISK SOLUTIONS, LLC D/B/A GOODHIRE 300 TWIN DOLPHIN DRIVE SUITE 600 REDWOOD CITY, CA 94065 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT AGREEMENT | INFO INCOGNITO 155 N WACKER DR #4250 CHICAGO, IL 60606 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLSTATE IDENTITY PROTECTION-IDENTITY PROTECTION SERVICES ORDER FORM | INFOARMOR, INC. 7350 N DOBSON RD. SUITE 101 SCOTTSDALE, AZ 85256 |
| | **State the term remaining** | 01/01/2026 | |
| | **List the contract number of any government contract** | | |
| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest** | ICS ON-LINE SERVICES AGREEMENT | INFORMATION & COMPUTING SERVICES, INC. 3563 PHILIPS HIGHWAY STE F-601 JACKSONVILLE, FL 32207 |
| | **State the term remaining** | 12/03/2024 | |
| | **List the contract number of any government contract** | | |
| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO FRAME AGREEMENT | INGKA PROCUREMENT, LLC 420 ALAN WOOD ROAD CONSHOHOCKEN, PA 19428 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.563** **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | INSTED<br>ATTN: MANISHA MADIKONDA<br>30 WINTER ST.<br>9TH FLR.<br>BOSTON, MA  02108 |

| | | |
|---|---|---|
| **2.563** | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM |
| | | |
| | **State the term remaining** | UNKNOWN |
| | **List the contract number of any government contract** | |
| **2.564** | **State what the contract or lease is for and the nature of the debtor's interest** | MARKETING AND RESELLER AGREEMENT |
| | **State the term remaining** | 07/10/2028 |
| | **List the contract number of any government contract** | |
| **2.565** | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM |
| | **State the term remaining** | 04/30/2026 |
| | **List the contract number of any government contract** | |
| **2.566** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SAAS SUBSCRIPTION AGREEMENT |
| | **State the term remaining** | UNKNOWN |
| | **List the contract number of any government contract** | |
| **2.567** | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOM ORDER FORM |
| | **State the term remaining** | 10/14/2024 |
| | **List the contract number of any government contract** | |
| **2.568** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT |
| | **State the term remaining** | UNKNOWN |
| | **List the contract number of any government contract** | |

Right column addresses:

**2.563** — INSTED
ATTN: MANISHA MADIKONDA
30 WINTER ST.
9TH FLR.
BOSTON, MA  02108

**2.564** — INSURANCE BENEFITS ASSOCIATES, INC.
348 COOL SPRINGS BLVD, SUITE A
FRANKLIN, TN  37067

**2.565** — INTELLIGIZE, A DIVISION OF RELX INC.
261 5TH AVENUE SUITE 1414
NEW YORK, NY  10016

**2.566** — INTERCOM R&D UNLIMITED COMPANY
ATTN: JEREMY WOOD
18-21 ST. STEPHEN'S GREEN
2ND FLOOR
DUBLIN  D2
REPUBLIC OF IRELAND

**2.567** — INTERCOM
55 2ND ST.
4TH FL.
SAN FRANCISCO, CA  94105

**2.568** — INTRADO DIGITAL MEDIA LLC
11808 MIRACLE HILLS DRIVE
OMAHA, NE  68154

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.569 **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | INTRADO DIGITAL MEDIA LLC<br>11808 MIRACLE HILLS DRIVE<br>OMAHA, NE  68154 |
| **State the term remaining** | 06/22/2024 | |
| **List the contract number of any government contract** | | |
| 2.570 **State what the contract or lease is for and the nature of the debtor's interest** | SUBORDINATION, NON-DISTURBANCE, AND ATTORNMENT AGREEMENT | INVESCO CMI INVESTMENTS CB SELLER<br>ATTENTION: SUSAN MITCHELL AND ASSET MANAGER FOR COMMERCE WAY<br>2001 ROSS AVENUE<br>SUITE 3400<br>DALLAS, TX  75201 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.571 **State what the contract or lease is for and the nature of the debtor's interest** | MEDTECH SCIENTIFIC WRITING AGREEMENT | IQVIA MEDTECH, INC.<br>2400 ELLIS ROAD<br>POD A, LEVEL 4<br>DURHAM, NC  27703 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.572 **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT - PILGRIM SMARTSOLVE PRODUCTS AND SERVICES | IQVIA, INC.<br>1 IMS DRIVE<br>PARSIPPANY, NJ  07054 |
| **State the term remaining** | 11/12/2024 | |
| **List the contract number of any government contract** | | |
| 2.573 **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER | IQVIA, INC.<br>1 IMS DRIVE<br>PARSIPPANY, NJ  07054 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.574 **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER | IQVIA, INC.<br>1 IMS DRIVE<br>PARSIPPANY, NJ  07054 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER | IQVIA, INC.<br>1 IMS DRIVE<br>PARSIPPANY, NJ 07054 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | LIMITED USE USER-CUSTOMER AGREEMENT FOR AMA PHYSICIAN PROFESSIONAL DATA | IQVIA, INC.<br>1 IMS DRIVE<br>PARSIPPANY, NJ 07054 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | IQVIA, INC.<br>1 IMS DRIVE<br>PARSIPPANY, NJ 07054 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT | IQVIA, INC.<br>1 IMS DRIVE<br>PLYMOUTH MEETING, PA 19462 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT | IQVIA, INC.<br>1 IMS DRIVE<br>PLYMOUTH MEETING, PA 19462 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT | IQVIA, INC.<br>1 IMS DRIVE<br>PLYMOUTH MEETING, PA 19462 |
| | **State the term remaining** | 11/12/2024 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER #1 | IQVIA, INC.<br>1 IMS DRIVE<br>PLYMOUTH MEETING, PA  19462 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | IQVIA, INC.<br>1 IMS DRIVE<br>PLYMOUTH MEETING, PA  19462 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | IQVIA, INC.<br>1 IMS DRIVE<br>PLYMOUTH MEETING, PA  19462 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | IQVIA, INC.<br>1 IMS DRIVE<br>PLYMOUTH MEETING, PA  19462 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.585 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | IQVIA, INC.<br>1 IMS DRIVE<br>PLYMOUTH MEETING, PA  19462 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.586 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK- PILGRIM SMARTSOLVE PRODUCTS AND SERVICES | IQVIA, INC.<br>1 IMS DRIVE<br>PLYMOUTH MEETING, PA  19462 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.587 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK - SMARTSOLVE PRODUCTS AND SERVICES | IQVIA, INC.<br>IQVIA LEGAL DEPARTMENT<br>2400 ELLIS ROAD<br>DURHAM, NC 27703 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.588 | **State what the contract or lease is for and the nature of the debtor's interest** | RADIATION TECHNOLOGY CENTER - TERMS AND CONDITIONS OF PROCESSING | ISOMEDIX OPERATIONS INC.<br>5960 HEISLEY ROAD<br>MENTOR, OH 44060 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.589 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | JAMA SOFTWARE INC<br>SHAWN BROOKS<br>135 SW TAYLOR ST<br>SUITE 200<br>PORTLAND, OR 97204 |
| | **State the term remaining** | 08/09/2024 | |
| | **List the contract number of any government contract** | | |
| 2.590 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | JANCO FS 3 LLC- VELOCITI<br>26 N. EUCLID AVE.<br>PASADENA, CA 91101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | JANCO FS 3 LLC- VELOCITI<br>26 N. EUCLID AVE.<br>PASADENA, CA 91101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO CUE HEALTH PURCHASE AGREEMENT | JANE STREET GROUP, LLC<br>250 VESEY STREET<br>3RD FLOOR<br>NEW YORK, NY 10281 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.593 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | JANE STREET GROUP, LLC 250 VESEY STREET 3RD FLOOR NEW YORK, NY 10281 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE ADDENDUM | JANE STREET GROUP, LLC 250 VESEY STREET 3RD FLOOR NEW YORK, NY 10281 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA SECURITY ADDENDUM | JANE STREET GROUP, LLC 250 VESEY STREET 3RD FLOOR NEW YORK, NY 10281 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest** | INVITATION FOR BID | JEFFERSON PARISH PUBLIC SCHOOL SYSTEM TOM DOSTER 501 MANHATTAN BOULEVARD SUITE 2200 HARVEY, LA 70058 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | JET EDGE INTERNATIONAL LLC 16700C ROSCOE BLVD. VAN NUYS, CA 91406 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | JFPR MEDIA JULIE FERGUSON 365 SUNDOWN CT UNIT C WAUCONDA, IL 60084 |
| | **State the term remaining** | 06/21/2024 | |
| | **List the contract number of any government contract** | | |

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF ENGAGEMENT REGARDING AUDIT SERVICES FOR THE CUE 401(K) PLAN FOR THE YEAR ENDED DECEMBER 21, 2022 | JGD & ASSOCIATES LLP<br>9191 TOWNE CENTRE DRIVE<br>SUITE 340<br>SAN DIEGO, CA  92122 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF ENGAGEMENT REGARDING AUDIT SERVICES FOR THE CUE 401(K) PLAN FOR THE YEAR ENDED DECEMBER 31, 2021 | JGD & ASSOCIATES LLP<br>9191 TOWNE CENTRE DRIVE<br>SUITE 340<br>SAN DIEGO, CA  92122-1274 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM | JMG SECURITY SYSTEMS, INC<br>17150 NEWHOPE ST.<br>STE. 109<br>FOUNTAIN VALLEY, CA  92708 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM | JMG SECURITY SYSTEMS, INC<br>17150 NEWHOPE ST.<br>STE. 109<br>FOUNTAIN VALLEY, CA  92708 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM | JMG SECURITY SYSTEMS, INC<br>17150 NEWHOPE ST.<br>STE. 109<br>FOUNTAIN VALLEY, CA  92708 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL SECURITY/ FIRE ALARM SYSTEM AGREEMENT | JMG SECURITY SYSTEMS, INC<br>17150 NEWHOPE ST.<br>STE. 109<br>FOUNTAIN VALLEY, CA  92708 |
| | **State the term remaining** | 07/09/2026 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL SECURITY/ FIRE ALARM SYSTEM AGREEMENT | JMG SECURITY SYSTEMS, INC 17150 NEWHOPE ST. STE. 109 FOUNTAIN VALLEY, CA 92708 |
| | **State the term remaining** | 06/08/2026 | |
| | **List the contract number of any government contract** | | |
| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | JOBPLEX INC. 121 N. JEFFERSON ST. CHICAGO, IL 60661 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | JOHN MCKENNA ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest** | EARLY MARKET ACCESS COLLABORATION AGREEMENT | JOHNSON & JOHNSON CONSUMER INC. 199 GRANDVIEW ROAD SKILLMAN, NJ 08558 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 TO THE PURCHASE AGREEMENT BETWEEN CUE HEALTH INC. AND CUSTOMER | JOHNSON & JOHNSON SERVICES INC. 1 JOHNSON & JOHNSON PLAZA NEW BRUNSWICK, NJ 08822 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | JOHNSON & JOHNSON SERVICES INC. ATTN: MARCELO TARGINO 1 JOHNSON & JOHNSON PLAZA NEW BRUNSWICK, NJ 08901 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | JOHNSON & JOHNSON SERVICES INC.<br>ATTN: PROCUREMENT DEPARTMENT<br>410 GEORGE STREET<br>NEW BRUNSWICK, NJ 08822 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CLINICAL | JONAH MINK, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEMNITY GUARANTY | JONAH MINK, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEMNITY GUARANTY | JONAH MINK, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEMNITY GUARANTY | JONAH MINK, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEMNITY GUARANTY | JONAH MINK, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.617 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | JUDITH CONTRERAS ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.618 | **State what the contract or lease is for and the nature of the debtor's interest** | QUOTE | JUMP CLOUD 361 CENTENNIAL PARKWAY SUITE 300 LOUISVILLE, CO 80027 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.619 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO THE MANUFACTURING AGREEMENT | KAIFA TECHNOLOGY (H.K.) LTD.; MEDTECH SOLUTIONS LIMITED WAI KOWK KEUNG RM 907, SILVERCORD TWR 2 30 CANTON RD, TST, KLN 00000 HONG KONG CHINA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.620 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | KANSAS CITY ROYALS NICK KENNEY ONE ROYAL WAY KANSAS CITY, MO 64129 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.621 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | KANSAS CITY ROYALS NICK KENNEY ONE ROYAL WAY KANSAS CITY, MO 64129 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | KANSAS CITY ROYALS NICK KENNEY ONE ROYAL WAY KANSAS CITY, MO 64129 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.623** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM | KANSAS CITY ROYALS NICK KENNEY ONE ROYAL WAY KANSAS CITY, MO 64129 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.624** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM | KANSAS CITY ROYALS NICK KENNEY ONE ROYAL WAY KANSAS CITY, MO 64129 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.625** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM #2 | KANSAS CITY ROYALS NICK KENNEY ONE ROYAL WAY KANSAS CITY, MO 64129 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.626** **State what the contract or lease is for and the nature of the debtor's interest** CUE DASHBOARD SERVICES AGREEMENT | KATHRYN FRANCO ADDRESS REDACTED |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.627** **State what the contract or lease is for and the nature of the debtor's interest** CUE DASHBOARD SERVICES AGREEMENT | KBS 16700C ROSCOE BLVD. VAN NUYS, CA 91406 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.628** **State what the contract or lease is for and the nature of the debtor's interest** AGREEMENT FOR LEGAL SERVICES (SANMINA DISPUTE) | KING & SPALDING LLP LIVIA M. KISER, PARTNER 110 N WACKER DRIVE SUITE 3800 CHICAGO, IL 60606 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | CUE HEALTH PURCHASE AGREEMENT | KING COUNTY PUBLIC HOSPITAL DISTRICT #2 D/B/A EVERGREENHEALTH ATTN: PRIVACY OFFICER 12040 NE 128TH STREET MS #115 KIRKLAND, WA 98034 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | UNKNOWN | |
| 2.630 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND MUTUAL RELEASE | KING COUNTY PUBLIC HOSPITAL DISTRICT #2 D/B/A EVERGREENHEALTH ETTORE PALAZZO, MD 12040 NE 128TH STREET MS #115 KIRKLAND, WA 98034 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | UNKNOWN | |
| 2.631 | State what the contract or lease is for and the nature of the debtor's interest | CONTINUOUS GENERAL AGENCY AGREEMENT AND POWER OF ATTORNEY WITH POWER TO APPOINT A SUB-AGENT ("AGENCY AGREEMENT AND POWER OF ATTORNEY") | KINTETSU WORLD EXPRESS (CANADA) INC 6405 NORTHAM DR. MISSISSAUGA, ON L4V 1J2 CANADA |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.632 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF ENGAGEMENT | KORN FERRY NW 5854 PO BOX 1450 MINNEAPOLIS, MN 55485-5854 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.633 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF ENGAGEMENT | KORN FERRY NW 5854 PO BOX 1450 MINNEAPOLIS, MN 55485-5854 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF ENGAGEMENT | KROLL ASSOCIATES, INC. GREGORY MICHAELS 55 EAST 52ND STREET NEW YORK, NY 10055 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK FOR INFORMATION SECURITY AND COMPUTER FORENSICS SERVICES | KROLL ASSOCIATES, INC.<br>GREGORY MICHAELS<br>55 EAST 52ND STREET<br>NEW YORK, NY 10055 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** | INFLUENCER AGREEMENT | KWT GLOBAL LLC<br>11319 MARTHA ST<br>NORTH HOLLYWOOD, CA 91601 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | KWT GLOBAL<br>ONE WORLD TRADE CENTER<br>FLOOR 69<br>NEW YORK, NY 10007 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | KWT GLOBAL<br>ONE WORLD TRADE CENTER<br>FLOOR 69<br>NEW YORK, NY 10007 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | KWT GLOBAL<br>ONE WORLD TRADE CENTER<br>FLOOR 69<br>NEW YORK, NY 10007 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | L&L PARTNERS<br>INDIABULLS FINANCE CENTER; 20TH FLOOR, TOWER 2, UNIT 2<br>PATI BAPAT MARG, LOWER PAREL<br>MUMBAI 400 013<br>INDIA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER VENDOR AGREEMENT | LAD PARTNERS DBA CASA DEL MAR ATTN: SUSAN THOMPSON 3910 SORRENTO VALLEY BLVD #100 SAN DIEGO, CA 92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK #2023171 | LANGUAGE & CULTURE WORLDWIDE, LLC 4753 N BROADWAY ST CHICAGO, IL 60640 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.643 | **State what the contract or lease is for and the nature of the debtor's interest** | REPLACEMENT ORDER | LASTPASS US LP 333 SUMMER STREET BOSTON, MA 02210 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT QUOTATION | LIFE TECHNOLOGIES CORPORATION 5781 VAN ALLEN WAY CARLSBAD, CA 92008 |
| | **State the term remaining** | 05/21/2026 | |
| | **List the contract number of any government contract** | | |
| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE DASHBOARD SERVICES AGREEMENT | LIFELINE AMBULANCE, INC YVONNE KENNEDY, TRAINING AND DEVELOPMENT COORDINATOR 913 KOALA AVE OMAK, WA 98841 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | LIFEMOVES 2550 GREAT AMERICA WAY SUITE 201 SANTA CLARA, CA 95054 |
| | **State the term remaining** | 09/16/2024 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.647 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | LIFESCIENCE RESOURCES INC<br>2120 MAUNA LOA HIGHWAY<br>#379<br>HO'OLEHUA, HI 96729 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.648 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | LINDBLAD EXPEDITIONS LLC<br>2505 2ND AVENUE<br>SUITE 300<br>SEATTLE, WA 98121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.649 | **State what the contract or lease is for and the nature of the debtor's interest** | LINEARB AGREEMENT WITH CUE HEALTH | LINEARB INC<br>929 COLORADO AVE<br>SANTA MONICA, CA 90401 |
| | **State the term remaining** | 10/30/2024 | |
| | **List the contract number of any government contract** | | |
| 2.650 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE FORM APPROVAL | LINKEDIN<br>1000 W. MAUDE AVENUE<br>SUNNYVALE, CA 94085 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.651 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM FOR CUE HEALTH INC. | LINKEDIN<br>SARAH WARLICK<br>1000 W. MAUDE AVENUE<br>SUNNYVALE, CA 94085 |
| | **State the term remaining** | 03/13/2025 | |
| | **List the contract number of any government contract** | | |
| 2.652 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM FOR CUE HEALTH INC. | LINKEDIN<br>SARAH WARLICK<br>1000 W. MAUDE AVENUE<br>SUNNYVALE, CA 94085 |
| | **State the term remaining** | 06/17/2025 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT | LINKEDIN<br>WILL COLMERY<br>1000 W. MAUDE AVENUE<br>SUNNYVALE, CA 94085 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.654 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | LIQUIDITY SERVICES OPERATIONS LLC<br>6931 ARLINGTON ROAD<br>SUITE 200<br>BETHESDA, MD 20814 |
| | **State the term remaining** | 05/31/2024 | |
| | **List the contract number of any government contract** | | |
| 2.655 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | LIZETTE FIALLO<br>ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.656 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER REQUEST | LOGIGEAR CORPORATION<br>1730 S. AMPHLETT BLVD.<br>SUITE 200<br>SAN MATEO, CA 94402 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER REQUEST | LOGIGEAR CORPORATION<br>1730 S. AMPHLETT BLVD.<br>SUITE 200<br>SAN MATEO, CA 94402 |
| | **State the term remaining** | 09/30/2024 | |
| | **List the contract number of any government contract** | | |
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT | LOGIGEAR CORPORATION<br>1730 S. AMPHLETT BLVD.<br>SUITE 200<br>SAN MATEO, CA 94402 |
| | **State the term remaining** | 10/03/2024 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #1 | LOS ANGELES DODGERS<br>LOS ANGELES DODGERS, CAMELBACK RANCH, ATTN: JIMMY SOUTHARD<br>10710 WEST CAMELBACK ROAD<br>PHOENIX, AZ 85037 |

| | | |
|---|---|---|
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | LTA RESEARCH<br>ATTN: JAMES MCCORMICK<br>642 N. PASTORIA AVE<br>SUNNYVALE, CA 94085 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.661 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT | M3 USA CORPORATION (DBA M3 GLOBAL RESEARCH)<br>501 OFFICE CENTER DRIVE<br>SUITE 410<br>FORT WASHINGTON, PA 19034 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.662 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT AGREEMENT | M3 USA CORPORATION (DBA M3 GLOBAL RESEARCH)<br>501 OFFICE CENTER DRIVE<br>SUITE 410<br>FORT WASHINGTON, PA 19034 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT | MAD RIVER COMMUNITY HOSPITAL<br>3800 JANES RD<br>ARCATA, CA 95521 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | MAJOR LEAGUE BASEBALL<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.665** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM # | MAJOR LEAGUE BASEBALL ALEXIS RIZZO 1271 AVENUE OF THE AMERICAS NEW YORK, NY 10020 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.666** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM # | MAJOR LEAGUE BASEBALL ATTN: JON COYLES 1271 AVENUE OF THE AMERICAS NEW YORK, NY 10020 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.667** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM # | MAJOR LEAGUE BASEBALL ATTN: JON COYLES 1271 AVENUE OF THE AMERICAS NEW YORK, NY 10020 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.668** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICES AGREEMENT | MANPOWER GROUP US, INC. 100 MANPOWER PLACE MILWAUKEE, WI 53212 |
| **State the term remaining** 06/22/2025 | |
| **List the contract number of any government contract** | |
| **2.669** **State what the contract or lease is for and the nature of the debtor's interest** INDEPENDENT CONTRACTOR AGREEMENT | MARGO HOLDER ART DIRECTION + DESIGN 2050 SEA VILLAGE CIRCLE CARDIFF, CA 92007 |
| **State the term remaining** 07/08/2024 | |
| **List the contract number of any government contract** | |
| **2.670** **State what the contract or lease is for and the nature of the debtor's interest** SPECIAL POWER OF ATTORNEY | MARIA TERESA ELJURE TELLEZ ADDRESS REDACTED |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest** | EXPORT TRANSACTION POWER OF ATTORNEY | MARKEN LLP<br>1009 SLATER ROAD<br>SUITE 120<br>DURHAM, NC  27703 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest** | NEW ACCOUNT APPLICATION FORM | MARKEN LLP<br>1009 SLATER ROAD<br>SUITE 120<br>DURHAM, NC  27703 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest** | NEW ACCOUNT APPLICATION FORM | MARKEN LLP<br>1009 SLATER ROAD<br>SUITE 120<br>DURHAM, NC  27703 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest** | ACQUISITION SERVICES ORDER | MARKSMEN<br>25 W MAIN STREET COURT, SUITE 200<br>ALPINE, UT  84004 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest** | BROKER APPOINTMENT LETTER | MARSH SIGORTA VE REASURANS BROKERLIGI A.S.<br>KAT:4; N:100-102 MAYA AKAR CENTER<br>SISLI, ISTANBUL  34377<br>TURKEY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL BENEFITS MANAGEMENT MASTER SERVICES AGREEMENT | MARSH SIGORTA VE REASURANS BROKERLIGI A.S.<br>KAT:4; N:100-102 MAYA AKAR CENTER<br>SISLI, ISTANBUL  34377<br>TURKEY |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER ENGAGEMENT LETTER | MAYER BROWN LLP<br>71 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER COLLABORATION AGREEMENT | MAYO COLLABORATIVE SERVICES, LLC, D/B/A MAYO CLINIC BIOPHARMA DIAGNOSTICS<br>ATTN: MR. BRIAN MEADE<br>3050 SUPERIOR DRIVE NW<br>ROCHESTER, MN 55905 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICE QUOTE | MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH<br>ATTN: PATRICK LEON<br>1025 MARSH STREET<br>MANKATO, MN 56001 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | MCCANN FAMILY CHIROPRACTIC<br>MONICA MCCANN<br>11605 STATE AVE<br>SUITE 111<br>MARYSVILLE, WA 98271 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | MCCANN FAMILY CHIROPRACTIC<br>MONICA MCCANN<br>11605 STATE AVE<br>SUITE 111<br>MARYSVILLE, WA 98271 |
| | **State the term remaining** | 07/10/2024 | |
| | **List the contract number of any government contract** | | |
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | MCDERMOTT WILL & EMERY LLP<br>JOHN TAMISIEA<br>444 WEST LAKE STREET<br>CHICAGO, IL 60606-0029 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | MCDERMOTT WILL & EMERY LLP JOHN TAMISIEA 444 WEST LAKE STREET CHICAGO, IL 60606-0029 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT FOR CONSULTING SERVICES | MCDERMOTT+CONSULTING LLC 500 NORTH CAPITOL STREET, N.W. WASHINGTON, DC 20001-1531 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | MCFARLANE ARCHITECTS 6333 GREENWICH DRIVE SUITE 150 SAN DIEGO, CA 92122 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 TO THE DISTRIBUTION AGREEMENT BETWEEN MCKESSON MEDICAL-SURGICAL, INC. AND CUE HEALTH, INC. | MCKESSON MEDICAL - SURGICAL, INC 9954 MAYLAND DRIVE RICHMOND, VA 23233 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO THE DISTRIBUTION AGREEMENT BETWEEN MCKESSON MEDICAL-SURGICAL, INC. AND CUE HEALTH, INC | MCKESSON MEDICAL - SURGICAL, INC 9954 MAYLAND DRIVE RICHMOND, VA 23233 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.688 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 3 TO THE DISTRIBUTION AGREEMENT BETWEEN MCKESSON MEDICAL-SURGICAL INC. AND CUE HEALTH, INC. | MCKESSON MEDICAL - SURGICAL, INC 9954 MAYLAND DRIVE RICHMOND, VA 23233 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.689 **State what the contract or lease is for and the nature of the debtor's interest** | NATIONAL SALES CONFERENCE AGREEMENT | MCKESSON MEDICAL - SURGICAL, INC 9954 MAYLAND DRIVE RICHMOND, VA 23233 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.690 **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT | MCKESSON MEDICAL - SURGICAL, INC 9954 MAYLAND DRIVE SUITE 4000 RICHMOND, VA 23233 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.691 **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | MCKESSON MEDICAL - SURGICAL, INC PO BOX 4059 DANVILLE, IL 61834 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.692 **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | MCKINSEY & COMPANY, INC. 140 FOUNTAIN PARKWAY NORTH ST. PETERSBURG, FL 33716 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.693 **State what the contract or lease is for and the nature of the debtor's interest** | OTC SEGMENTATION AND PRICING | MCKINSEY & COMPANY, INC. 140 FOUNTAIN PARKWAY NORTH ST. PETERSBURG, FL 33716 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.694 **State what the contract or lease is for and the nature of the debtor's interest** | AUTHORIZED REPRESENTATION AGREEMENT | MDI EUROPA GMBH LANGENHAGENER STRASSE 71 LANGENHAGEN 30855 GERMANY |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.695 | State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZED REPRESENTATION AND SERVICE AGREEMENT FOR MEDICAL DEVICES | MDI EUROPA GMBH LANGENHAGENER STRASSE 71 LANGENHAGEN 30855 GERMANY |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.696 | State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZED REPRESENTATION AND SERVICE AGREEMENT FOR MEDICAL DEVICES | MDI EUROPA GMBH LANGENHAGENER STRASSE 71 LANGENHAGEN 30855 GERMANY |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.697 | State what the contract or lease is for and the nature of the debtor's interest | ERISA PLAN NUMBER 501 | MEDCOM BENEFIT SOLUTIONS PO BOX 10269 JACKSONVILLE, FL 32247 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.698 | State what the contract or lease is for and the nature of the debtor's interest | CUE HEALTH ORDER FORM | MEDICAL PARK DIAGNOSTICS 1520 CLIVEDEN AVE DELTA, BC V3M 6JB CANADA |
| | State the term remaining | 06/01/2024 | |
| | List the contract number of any government contract | | |
| 2.699 | State what the contract or lease is for and the nature of the debtor's interest | CUE HEALTH ORDER FORM | MEDLINE INDUSTRIES, LP NICOLE KRPAN THREE LAKES DRIVE NORTHFIELD, IL 60093 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.700 | State what the contract or lease is for and the nature of the debtor's interest | CUE HEALTH ORDER FORM | MEDLINE INDUSTRIES, LP THREE LAKES DRIVE NORTHFIELD, IL 60093 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.701** **State what the contract or lease is for and the nature of the debtor's interest** CUE HEALTH ORDER FORM **State the term remaining** UNKNOWN **List the contract number of any government contract** | MEDLINE THREE LAKES DRIVE NORTHFIELD, IL 60093 |
| **2.702** **State what the contract or lease is for and the nature of the debtor's interest** CLIENT CONTRACT **State the term remaining** 06/19/2026 **List the contract number of any government contract** | MEDPOINT, LLC DAVID ORR 5 CREEKSIDE PARK COURT SUITE A GREENVILLE, SC 29615 |
| **2.703** **State what the contract or lease is for and the nature of the debtor's interest** SUPPLIER CHAIN MANAGEMENT AGREEMENT AND AUTHORIZATION **State the term remaining** UNKNOWN **List the contract number of any government contract** | MEDTECH SOLUTIONS LIMITED WAI KWOK KEUNG 30 CANTON RD RM 907, SILVERCORD TOWER 2 TSIM SHA TSUI, KOWLOON HONG KONG |
| **2.704** **State what the contract or lease is for and the nature of the debtor's interest** MEMFAULT, INC., SOFTWARE AND SERVICES LICENSE AGREEMENT **State the term remaining** 06/21/2024 **List the contract number of any government contract** | MEMFAULT INC. 2261 MARKET STREET #4034 SAN FRANCISCO, CA 94114 |
| **2.705** **State what the contract or lease is for and the nature of the debtor's interest** CUE HEALTH EVALUATION AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | MERCEDES-BENZ GRAND PRIX LIMITED ATTN. DOMINIC REILLY BRACKLEY NORTHANTS NN13 7BD UNITED KINGDOM |
| **2.706** **State what the contract or lease is for and the nature of the debtor's interest** SECOND AMENDMENT TO CONSULTING SERVICES AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | MERCURY PUBLIC AFFAIRS LLC BIBI RAHIM 509 GUISANDO DE AVILA SUITE 100 TAMPA, FL 33613 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.707** **State what the contract or lease is for and the nature of the debtor's interest** | MAILING LIST INFORMATION | MERITB2B<br>MIKE MILES<br>2 INTERNATIONAL DRIVE<br>SUITE 300<br>RYE BROOK, NY 10573 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.708** **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT ONE TO CUE HEALTH PURCHASE AGREEMENT (METROPOLITAN COUNCIL CONTRACT NO. 21P286) | METROPOLITAN COUNCIL<br>MARY L. BOGIE<br>300 ROBERT STREET NORTH<br>ST. PAUL, MN 55101 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | UNKNOWN | |
| **2.709** **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | METROPOLITAN COUNCIL<br>WESTON KOOISTRA<br>300 ROBERT STREET NORTH<br>ST. PAUL, MN 55101 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | UNKNOWN | |
| **2.710** **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | MEYER LAW GROUP<br>60 FRANCISCO ST.<br>SAN FRANCISCO, CA 94133 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.711** **State what the contract or lease is for and the nature of the debtor's interest** | LEGAL SERVICES CONTRACT | MEYER LAW GROUP<br>60 FRANCISCO ST.<br>SAN FRANCISCO, CA 94133 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.712** **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # | MIAMI MARLINS<br>501 MARLINS WAY<br>MIAMI, FL 33125 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.713 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #1 | MIAMI MARLINS<br>501 MARLINS WAY<br>MIAMI, FL 33125 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.714 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #3 | MIAMI MARLINS<br>501 MARLINS WAY<br>MIAMI, FL 33125 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.715 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM# | MIAMI MARLINS<br>501 MARLINS WAY<br>MIAMI, FL 33125 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.716 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | MIAMI MARLINS<br>ATTN: ERIC REIGELSBERGER<br>ONE CITIZENS BANK WAY<br>PHILADELPHIA, PA 19148 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.717 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH INDEPENDENT CONTRACTOR AGREEMENT | MICHELLE HOOD<br>ADDRESS REDACTED |
| | **State the term remaining** | 06/30/2024 | |
| | **List the contract number of any government contract** | | |
| 2.718 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | MICROBIOLOGICS, INC.<br>200 COOPER AVE N.<br>SAINT CLOUD, MN 56303 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.719 | **State what the contract or lease is for and the nature of the debtor's interest** | MANUFACTURING SUPPLY MASTER AGREEMENT | MICROBIOLOGICS, INC. ATTN: MIKE PRASCH 200 COOPER AVE N. ST. CLOUD, MN 56303 |
| | **State the term remaining** | 07/25/2024 | |
| | **List the contract number of any government contract** | | |
| 2.720 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # | MILWAUKEE BREWERS 3805 N. 53RD AVE PHOENIX, AZ 85031 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.721 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | MILWAUKEE BREWERS ATTN: SCOTT BARRINGER 1 BREWERS WAY MILWAUKEE, WI 53214 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.722 | **State what the contract or lease is for and the nature of the debtor's interest** | QUOTATION ID: 1064801 | MINITAB LLC 1829 PINE HALL ROAD STATE COLLEGE, PA 16801 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.723 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #2 | MINNESOTA DEPARTMENT OF HEALTH ORVILLE L FREEMAN BLDG P.O. BOX 64975 ST. PAUL, MN 55164-0975 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |
| 2.724 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE REQUEST FORM | MINNESOTA DEPARTMENT OF HEALTH ORVILLE L FREEMAN BLDG P.O. BOX 64975 ST. PAUL, MN 55164-0975 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.725 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT CHANGE REQUEST FORM | MINNESOTA DEPARTMENT OF HEALTH ORVILLE L FREEMAN BLDG P.O. BOX 64975 ST. PAUL, MN 55164-0975 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |
| 2.726 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT H: CHANGE REQUEST FORM - CHANGE REQUEST #3 - DEMOGRAPHIC SURVEY | MINNESOTA DEPARTMENT OF HEALTH ORVILLE L FREEMAN BLDG P.O. BOX 64975 ST. PAUL, MN 55164-0975 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |
| 2.727 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT H: CHANGE REQUEST FORM - CHANGE REQUEST #4 - POST CONSULT SURVEY | MINNESOTA DEPARTMENT OF HEALTH ORVILLE L FREEMAN BLDG P.O. BOX 64975 ST. PAUL, MN 55164-0975 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |
| 2.728 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT H: CHANGE REQUEST FORM - CHANGE REQUEST #5 - EARLY EXIT SURVEY | MINNESOTA DEPARTMENT OF HEALTH ORVILLE L FREEMAN BLDG P.O. BOX 64975 ST. PAUL, MN 55164-0975 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |
| 2.729 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER | MINNESOTA DEPARTMENT OF HEALTH ORVILLE L FREEMAN BLDG P.O. BOX 64975 ST. PAUL, MN 55164-0975 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |
| 2.730 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER | MINNESOTA DEPARTMENT OF HEALTH ORVILLE L FREEMAN BLDG P.O. BOX 64975 ST. PAUL, MN 55164-0975 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.731 | **State what the contract or lease is for and the nature of the debtor's interest** | STATE OF MINNESOTA PROFESSIONAL AND TECHNICAL SERVICES CONTRACT | MINNESOTA DEPARTMENT OF HEALTH ORVILLE L FREEMAN BLDG P.O. BOX 64975 ST. PAUL, MN  55164-0975 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |
| 2.732 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # | MINNESOTA TWINS MINOR LEAGUE COMPLEX, ATT. CHAD JACKSON, ATC 14110 SIX MILE CYPRESS PARKWAY FORT MYERS, FL  33912 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.733 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # 1 | MINNESOTA TWINS MINOR LEAGUE COMPLEX, ATT. CHAD JACKSON, ATC 14110 SIX MILE CYPRESS PARKWAY FORT MYERS, FL  33912 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.734 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # 2 | MINNESOTA TWINS MINOR LEAGUE COMPLEX, ATT. CHAD JACKSON, ATC 14110 SIX MILE CYPRESS PARKWAY FORT MYERS, FL  33912 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.735 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # 3 | MINNESOTA TWINS MINOR LEAGUE COMPLEX; ATT. CHAD JACKSON, ATC 14110 SIX MILE CYPRESS PARKWAY FORT MYERS, FL  33912 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.736 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | MINTED COMPLIANCE AND MANAGEMENT CONSULTING, LLC 1556 ELEVADO ST LOS ANGELES, CA  90026 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.737 | **State what the contract or lease is for and the nature of the debtor's interest** | RE: MASTER SERVICES AGREEMENT | MINTZ GROUP LLC<br>110 FIFTH AVENUE<br>8TH FLOOR<br>NEW YORK, NY 10011 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.738 | **State what the contract or lease is for and the nature of the debtor's interest** | INSERTION ORDER | MLB ADVANCED MEDIA, L.P.<br>MORGAN RUE<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.739 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | MLB NETWORK<br>40 HARTZ WAY<br>SECAUCUS, NJ 07094 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.740 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #2 | MLB NETWORK<br>TIM SULLIVAN<br>40 HARTZ WAY<br>SECAUCUS, NJ 07094 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.741 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #2 | MLB NETWORK<br>TIM SULLIVAN<br>40 HARTZ WAY<br>SECAUCUS, NJ 07094 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | MM HERMAN & ASSOCIATES LLC<br>330 MANOR LANE<br>KING OF PRUSSIA, PA 19406 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.743** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | MM HERMAN & ASSOCIATES LLC<br>330 MANOR LANE<br>KING OF PRUSSIA, PA 19406 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| **2.744** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | MM HERMAN & ASSOCIATES LLC<br>JONATHAN SWERDLIN<br>330 MANOR LANE<br>KING OF PRUSSIA, PA 19406 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| **2.745** | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK CHANGE ORDER FORM | MMI AGENCY, LLC<br>1712 PEASE ST<br>HOUSTON, TX 77003 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| **2.746** | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK CHANGE ORDER FORM | MMI AGENCY, LLC<br>1712 PEASE ST<br>HOUSTON, TX 77003 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| **2.747** | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK 2022 CUE HEALTH MEDIA TRANSITION | MMI AGENCY, LLC<br>MAGGIE MALEK<br>1712 PEASE ST<br>HOUSTON, TX 77003 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| **2.748** | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK 2022 CUE HEALTH SUPERBOWL PLUS+ BUY | MMI AGENCY, LLC<br>MAGGIE MALEK<br>1712 PEASE ST<br>HOUSTON, TX 77003 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK CUE HEALTH MEDIA BUYING 2021 | MMI AGENCY, LLC<br>MAGGIE MALEK<br>1712 PEASE ST<br>HOUSTON, TX  77003 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.750 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | MMI AGENCY, LLC<br>RICHARD WULWICK, ESQ.<br>1712 PEASE ST<br>HOUSTON, TX  77003 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.751 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | MODERN RECYCLING AND REFUSE EQUIPMENT<br>6670 FEDERAL BOULEVARD<br>LEMON GROVE, CA  91945 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.752 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | MODERN RECYCLING AND REFUSE EQUIPMENT<br>6670 FEDERAL BOULEVARD<br>LEMON GROVE, CA  91945 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.753 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES ORDER FOR CUE HEALTH INC | MONDAY.COM LTD<br>6 YITZHAK SADEH ST<br>TEL-AVIV  6777506<br>ISRAEL |
| | **State the term remaining** | 06/29/2024 | |
| | **List the contract number of any government contract** | | |
| 2.754 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE ADDENDUM | MONROE SURGICAL HOSPITAL<br>2408 BROADMOOR BLVD<br>MONROE, LA  71201 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.755 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | MONTEFIORE HEALTH SYSTEM<br>ATTN: ACCOUNTS PAYABLE<br>PO BOX 31346<br>SALT LAKE CITY, UT 84131 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.756 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR QUALIFICATION FORM | MONTEFIORE HEALTH SYSTEM, INC.<br>111 E. 210TH STREET<br>NEW YORK, NY 10467 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.757 | **State what the contract or lease is for and the nature of the debtor's interest** | ACKNOWLEDGMENT OF MONTEFIORE'S GENERAL TERMS AND CONDITIONS | MONTEFIORE MEDICAL CENTER<br>111 E. 210TH STREET<br>NEW YORK, NY 10467 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.758 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR CONFLICT OF INTEREST AND CONFIDENTIALITY POLICY | MONTEFIORE MEDICAL CENTER<br>111 E. 210TH STREET<br>NEW YORK, NY 10467 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.759 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER RESEARCH SERVICES AGREEMENT | MONTEFIORE MEDICAL CENTER<br>ATTN: ASSOCIATE DIRECTOR, OFFICE OF CLINICAL TRIALS<br>111 E. 210TH STREET<br>MOSES RESEARCH TOWER, 8TH FLOOR<br>NEW YORK, NY 10467 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.760 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | MOUNTAIN VIEW LOS ALTOS HIGH SCHOOL DISTRICT<br>NELLIE MEYER, SUPERINTENDENT<br>1299 BRYANT AVENUE<br>MOUNTAIN VIEW, CA 94040 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.761** **State what the contract or lease is for and the nature of the debtor's interest** | MOUSEFLOW SUBSCRIPTION AGREEMENT | MOUSEFLOW INC 501 CONGRESS AVE SUITE 150 AUSTIN, TX 78701 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.762** **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | MR. KWAI KWOK KEUNG ADDRESS REDACTED |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.763** **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH COVID-19 HUMAN FACTOR CLINICAL REFERENCE STUDY | MRI GLOBAL 425 DR. MARTIN LUTHER KING JR. BLVD. KANSAS CITY, MO 64110-2241 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.764** **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH STREP A CLINICAL REFERENCE TESTING PROPOSAL AND PROJECT AGREEMENT | MRI GLOBAL 425 DR. MARTIN LUTHER KING JR. BLVD. KANSAS CITY, MO 64110-2241 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.765** **State what the contract or lease is for and the nature of the debtor's interest** | MRIGLOBAL PROPOSAL NO. 835390 | MRI GLOBAL 425 DR. MARTIN LUTHER KING JR. BLVD. KANSAS CITY, MO 64110-2241 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.766** **State what the contract or lease is for and the nature of the debtor's interest** | MRIGLOBAL PROPOSAL NO. 835748 | MRI GLOBAL 425 DR. MARTIN LUTHER KING JR. BLVD. KANSAS CITY, MO 64110-2241 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------------------------------------------|-------------------------------------------------------------------------------------------------------------------------------|
| **2.767** **State what the contract or lease is for and the nature of the debtor's interest** MRIGLOBAL ROM PROPOSAL NO. 834094 **State the term remaining** UNKNOWN **List the contract number of any government contract** | MRI GLOBAL 425 DR. MARTIN LUTHER KING JR. BLVD. KANSAS CITY, MO 64110-2241 |
| **2.768** **State what the contract or lease is for and the nature of the debtor's interest** PROJECT CHANGE ORDER **State the term remaining** 09/30/2024 **List the contract number of any government contract** | MRI GLOBAL 425 DR. MARTIN LUTHER KING JR. BLVD. KANSAS CITY, MO 64110-2241 |
| **2.769** **State what the contract or lease is for and the nature of the debtor's interest** PROJECT CHANGE ORDER **State the term remaining** UNKNOWN **List the contract number of any government contract** | MRI GLOBAL 425 DR. MARTIN LUTHER KING JR. BLVD. KANSAS CITY, MO 64110-2241 |
| **2.770** **State what the contract or lease is for and the nature of the debtor's interest** PROJECT CHANGE ORDER **State the term remaining** UNKNOWN **List the contract number of any government contract** | MRI GLOBAL 425 DR. MARTIN LUTHER KING JR. BLVD. KANSAS CITY, MO 64110-2241 |
| **2.771** **State what the contract or lease is for and the nature of the debtor's interest** PROJECT CHANGE ORDER **State the term remaining** UNKNOWN **List the contract number of any government contract** | MRI GLOBAL 425 DR. MARTIN LUTHER KING JR. BLVD. KANSAS CITY, MO 64110-2241 |
| **2.772** **State what the contract or lease is for and the nature of the debtor's interest** PROJECT CHANGE ORDER **State the term remaining** UNKNOWN **List the contract number of any government contract** | MRI GLOBAL 425 DR. MARTIN LUTHER KING JR. BLVD. KANSAS CITY, MO 64110-2241 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.773 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHANGE ORDER | MRI GLOBAL<br>425 DR. MARTIN LUTHER KING JR. BLVD.<br>KANSAS CITY, MO 64110-2241 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.774 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHANGE ORDER | MRI GLOBAL<br>425 DR. MARTIN LUTHER KING JR. BLVD.<br>KANSAS CITY, MO 64110-2241 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.775 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHANGE ORDER | MRI GLOBAL<br>425 DR. MARTIN LUTHER KING JR. BLVD.<br>KANSAS CITY, MO 64110-2241 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.776 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHANGE ORDER | MRI GLOBAL<br>425 DR. MARTIN LUTHER KING JR. BLVD.<br>KANSAS CITY, MO 64110-2241 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.777 | **State what the contract or lease is for and the nature of the debtor's interest** | PROJECT CHANGE ORDER | MRI GLOBAL<br>425 DR. MARTIN LUTHER KING JR. BLVD.<br>KANSAS CITY, MO 64110-2241 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.778 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL AND PROJECT AGREEMENT | MRI GLOBAL<br>425 DR. MARTIN LUTHER KING JR. BLVD.<br>KANSAS CITY, MO 64110-2241 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.779 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL AND PROJECT AGREEMENT | MRI GLOBAL<br>425 DR. MARTIN LUTHER KING JR. BLVD.<br>KANSAS CITY, MO  64110-2241 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.780 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL AND PROJECT AGREEMENT | MRI GLOBAL<br>425 DR. MARTIN LUTHER KING JR. BLVD.<br>KANSAS CITY, MO  64110-2241 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.781 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL AND PROJECT AGREEMENT | MRI GLOBAL<br>425 DR. MARTIN LUTHER KING JR. BLVD.<br>KANSAS CITY, MO  64110-2241 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.782 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL AND PROJECT AGREEMENT | MRI GLOBAL<br>425 DR. MARTIN LUTHER KING JR. BLVD.<br>KANSAS CITY, MO  64110-2241 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.783 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL AND PROJECT AGREEMENT | MRI GLOBAL<br>425 DR. MARTIN LUTHER KING JR. BLVD.<br>KANSAS CITY, MO  64110-2241 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.784 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL AND PROJECT AGREEMENT | MRI GLOBAL<br>425 DR. MARTIN LUTHER KING JR. BLVD.<br>KANSAS CITY, MO  64110-2241 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.785** **State what the contract or lease is for and the nature of the debtor's interest** | SARS- COV-2 AND INFLUENZA A.B CLINICAL REFERENCE TESTING FOR CUE HEALTH FLU + COVID ASSAY | MRI GLOBAL<br>425 DR. MARTIN LUTHER KING JR. BLVD.<br>KANSAS CITY, MO  64110-2241 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.786** **State what the contract or lease is for and the nature of the debtor's interest** | MRIGLOBAL ROM PROPOSAL NO. 833893 R-1 | MRI GLOBAL<br>CHUCK ALLEN<br>425 DR. MARTIN LUTHER KING JR. BLVD.<br>KANSAS CITY, MO  64110-2241 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.787** **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | MWB COMMUNICATIONS<br>11949 TAPESTRY LANE<br>MINNETONKA, MN  55305 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.788** **State what the contract or lease is for and the nature of the debtor's interest** | LANDLORD'S AGREEMENT | NANCY RIDGE TECHNOLOGY CENTER L.P<br>9378 WILSHIRE BLVD<br>SUITE 100<br>BEVERLY HILLS, CA  90212 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.789** **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING | NANNY POD USA INCORPORATED<br>1279 DINGLE ROAD<br>MOUNT PLEASANT, SC  29466 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.790** **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | NASA<br>NASA ARMSTRONG FLIGHT RESEARCH CENTER<br>P.O. BOX 273, M/S 4811-140<br>EDWARDS, CA  93523 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | UNKNOWN | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.791 **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FOR SUPPLIES OR SERVICES | NASA<br>NASA ARMSTRONG FLIGHT RESEARCH CENTER<br>P.O. BOX 273, M/S 4811-140<br>EDWARDS, CA 93523 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | UNKNOWN | |
| 2.792 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE ORDER | NASDAQ CORPORATE SOLUTIONS, LLC<br>151 W. 42ND ST.<br>NEW YORK, NY 10036 |
| **State the term remaining** | 01/05/2025 | |
| **List the contract number of any government contract** | | |
| 2.793 **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | NASDAQ CORPORATE SOLUTIONS, LLC<br>ATTENTION: SENIOR VICE PRESIDENT<br>151 W. 42ND ST.<br>NEW YORK, NY 10036 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.794 **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PILOT AGREEMENT | NATIONAL COALITION OF STD DIRECTORS<br>DAN MELMAN<br>1717 K STREET NW<br>#900<br>WASHINGTON, DC 20006 |
| **State the term remaining** | 01/19/2025 | |
| **List the contract number of any government contract** | | |
| 2.795 **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT TO EXHIBIT | NATIONAL CONFERENCE ON CORRECTIONAL HEALTH CARE<br>MARY MAC KINNON<br>1145 W. DISCOVERY PKWY<br>CHICAGO, IL 60614 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.796 **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | NATIONAL DIAGNOSTIC LABORATORY<br>ATTN: POUNEH BEIZAI<br>4141 WESLIN AVE.<br>SHERMAN OAKS, CA 91423 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.797** **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | NATIONAL DIAGNOSTIC LABORATORY ATTN: POUNEH BEIZAI 4141 WESLIN AVE. SHERMAN OAKS, CA 91423 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.797 State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | NATIONAL DIAGNOSTIC LABORATORY ATTN: POUNEH BEIZAI 4141 WESLIN AVE. SHERMAN OAKS, CA 91423 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.798 State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING | NATIONAL INSTITUTE OF BIOMEDICAL IMAGING AND BIOENGINEERING, NATIONAL INSTITUTES OF HEALTH AND CONTROL (NIBSC) 10 SOUTH COLONNADE LONDON CANARY WHARF E14 4PU UNITED KINGDOM |
| **State the term remaining** | 07/10/2025 | |
| **List the contract number of any government contract** | UNKNOWN | |
| **2.799 State what the contract or lease is for and the nature of the debtor's interest** | WILLINGNESS TO PARTICIPATE IN PHASE 1 STTR PROPOSAL | NATIONAL INSTITUTE OF HEALTH 100 BUREAU DRIVE, MAIL STOP 2300 GAITHERSBURG, MD 20899 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | UNKNOWN | |
| **2.800 State what the contract or lease is for and the nature of the debtor's interest** | DELEGATE LIST AGREEMENT | NATIVE NATION EVENTS LLC 3440 CHANDLER CREEK ROAD SUITE 101 VIRGINIA BEACH, VA 23453 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.801 State what the contract or lease is for and the nature of the debtor's interest** | EXHIBITOR AGREEMENT | NATIVE NATION EVENTS LLC 3440 CHANDLER CREEK ROAD SUITE 101 VIRGINIA BEACH, VA 23453 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.802 State what the contract or lease is for and the nature of the debtor's interest** | PAYMENT AGREEMENT | NAUTUS MEDICAL INCORPORATED 3150 PLEASANT VIEW ROAD MIDDLETON, WI 53562 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.803 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSENT TO ASSIGNMENT AND SECOND AMENDMENT TO LEASE | NAUTUS MEDICAL INCORPORATED ATTENTION: GENERAL COUNSEL 3150 PLEASANT VIEW ROAD MIDDLETON, WI 53562 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.804 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | NBA PROPERTIES, INC. 645 FIFTH AVENUE NEW YORK, NY 10021 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.805 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT NUMBER RE676044 | NCC GROUP SECURITY SERVICES, INC. 650 CALIFORNIA STREET SUITE 2950 SAN FRANCISCO, CA 94108 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.806 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 5 TO CUE HEALTH PURCHASE AGREEMENT | NETFLIX, INC. AND NETFLIX STUDIOS, LLC 100 WINCHESTER CIRCLE LOS GATOS, CA 95032 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.807 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | NETFLIX, INC. AND NETFLIX STUDIOS, LLC 100 WINCHESTER CIRCLE LOS GATOS, CA 95032 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.808 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO CUE HEALTH PURCHASE AGREEMENT | NETFLIX, INC. AND NETFLIX STUDIOS, LLC ATTN: DOLORES SALMAN 100 WINCHESTER CIRCLE LOS GATOS, CA 95032 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.809 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 3 TO CUE HEALTH PURCHASE AGREEMENT | NETFLIX, INC. AND NETFLIX STUDIOS, LLC<br>ATTN: DOLORES SALMAN<br>100 WINCHESTER CIRCLE<br>LOS GATOS, CA 95032 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.810 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 4 TO CUE HEALTH PURCHASE AGREEMENT | NETFLIX, INC. AND NETFLIX STUDIOS, LLC<br>ATTN: KWAME PARKER<br>5808 WEST SUNSET BLVD.<br>LOS ANGELES, CA 90069 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.811 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | NEW YORK METS<br>BRIAN CHICKLO<br>31 PIAZZA DRIVE<br>PORT SAINT LUCIE, FL 34986 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.812 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # 1 | NEW YORK METS<br>MATT HUNTER<br>31 PIAZZA DRIVE<br>PORT SAINT LUCIE, FL 34986 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.813 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | NHD, LLC<br>ADAM HOUTMAN<br>5321 INDUSTRIAL OAKS BLVD<br>SUITE 111<br>AUSTIN, TX 78735 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.814 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AGREEMENT | NORTHWELL HEALTH LABORATORIES<br>DWAYNE BREINING<br>450 LAKEVILLE ROAD<br>LAKE SUCCESS, NY 11042 |
| | **State the term remaining** | 02/24/2025 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.815 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER | NOWSECURE, INC.<br>ATTN: JIM KELLER<br>141 W JACKSON BLVD,<br>SUITE 2100<br>CHICAGO, IL 60604 |
|---|---|---|---|
| | **State the term remaining** | 01/10/2026 | |
| | **List the contract number of any government contract** | | |

| 2.816 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | NUSANO, INC.<br>28575 LIVINGSTON AVENUE<br>VALENCIA, CA 91355 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.817 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE CONTRACT | OAK ANALYTICS<br>4820 ADOHR LANE<br>UNIT B<br>CAMARILLO, CA 93012 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.818 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #2 | OAKLAND ATHLETICS<br>MANNY COLON, NATE BROOKS<br>160 E. ATHLETICS WAY<br>MESA, AZ 85201 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.819 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #1 | OAKLAND ATHLETICS<br>NICK PAPARESTA<br>6682 SOUTH CRESTVIEW DRIVE<br>GILBERT, AZ 85298 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.820 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE DASHBOARD SERVICES AGREEMENT | OCEAN CHEMIST LLC<br>3535 GAIT OCEAN DR.<br>STE 1N<br>FORT LAUDERDALE, FL 33308 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.821 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE DASHBOARD SERVICES AGREEMENT | OCEAN CHEMIST LLC<br>3535 GAIT OCEAN DR.<br>STE 1N<br>FORT LAUDERDALE, FL  33308 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.822 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT | OFFICE DEPOT LLC<br>6600 NORTH MILITARY TRAIL<br>BOCA RATON, FL  33496 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.823 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #4 TO MASTER PURCHASE AGREEMENT | OFFICE OF THE COMMISSIONER OF BASEBALL D/B/A MAJOR LEAGUE BASEBALL<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.824 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #2 TO MASTER PURCHASE AGREEMENT | OFFICE OF THE COMMISSIONER OF BASEBALL D/B/A MAJOR LEAGUE BASEBALL<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10280 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.825 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA SHARING AGREEMENT | OFFICE OF THE COMMISSIONER OF BASEBALL D/B/A MAJOR LEAGUE BASEBALL<br>ATTENTION: GENERAL COUNSEL<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.826 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | OFFICE OF THE COMMISSIONER OF BASEBALL D/B/A MAJOR LEAGUE BASEBALL<br>ATTN: JON COYLES<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.827 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM # 2 | OFFICE OF THE COMMISSIONER OF BASEBALL D/B/A MAJOR LEAGUE BASEBALL<br>ATTN: JON COYLES<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.828 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | OFFICE OF THE COMMISSIONER OF BASEBALL D/B/A MAJOR LEAGUE BASEBALL<br>ATTN: SCOTT R. STANSBURY<br>1090 N. EUCLID AVENUE<br>SARASOTA, FL  81922 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.829 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO MASTER PURCHASE AGREEMENT | OFFICE OF THE COMMISSIONER OF BASEBALL D/B/A MAJOR LEAGUE BASEBALL<br>JON COYLES, VICE PRESIDENT - DRAG, HEALTH & SAFETY PROGRAMS<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.830 | State what the contract or lease is for and the nature of the debtor's interest | CUE DASHBOARD SERVICES AGREEMENT | OFFICER OF PUBLIC HEALTH, LDH<br>DINE BUTLER, LOUISIANA COVID TESTING PROGRAM MANAGER<br>1450 POYDRAS ST<br>SUITE #1847<br>NEW ORLEANS, LA  70112 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | UNKNOWN | |
| 2.831 | State what the contract or lease is for and the nature of the debtor's interest | ACKNOWLEDGEMENT OF RECEIPT AND FULL KNOWLEDGE OF HSA DOCUMENTS | OMNICELL PTE LTD<br>48 TOH GUAN ROAD EAST #04-138<br>ENTERPRISE HUB<br>SINGAPORE  608586<br>SINGAPORE |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.832 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO CUE HEALTH DISTRIBUTION AGREEMENT | OMNICELL PTE LTD<br>48 TOH GUAN ROAD EAST #04-138<br>ENTERPRISE HUB<br>SINGAPORE  608586<br>SINGAPORE |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.833 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT | OMNICELL PTE LTD<br>48 TOH GUAN ROAD EAST #04-138<br>ENTERPRISE HUB<br>SINGAPORE 608586<br>SINGAPORE |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.834 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT | ONT DISTRIBUTION, LLC<br>FELIX BRAMBILLA, MANAGER<br>814 PONCE DE LEON<br>SUITE 400<br>CORAL GABLES, FL 33134 |
| | **State the term remaining** | 02/23/2027 | |
| | **List the contract number of any government contract** | | |
| 2.835 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | OPB EN POINTE ADWISERS LLP<br>B-225, 5TH FLOOR, OKHLA 1<br>OKHLA INDUSTRIAL AREA<br>DELHI 110020<br>INDIA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.836 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | OPB EN POINTE ADWISERS LLP<br>B-225, 5TH FLOOR, OKHLA 1<br>OKHLA INDUSTRIAL AREA<br>DELHI 110020<br>INDIA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.837 | **State what the contract or lease is for and the nature of the debtor's interest** | HEALTHCARE ADDENDUM | OPENAI, L.L.C<br>548 MARKET STREET<br>PMB 97273<br>SAN FRANCISCO, CA 94104 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.838 | **State what the contract or lease is for and the nature of the debtor's interest** | ADMINISTRATIVE SERVICES AGREEMENT | OPENLOOP HEALTHCARE PARTNERS, PC<br>317 6TH AVENUE<br>SUITE 400<br>DES MOINES, IA 50309 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.839 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO THE PROFESSIONAL SERVICES AGREEMENT | OPENLOOP HEALTHCARE PARTNERS, PC<br>317 6TH AVENUE<br>SUITE 400<br>DES MOINES, IA  50309 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.840 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | OPENLOOP HEALTHCARE PARTNERS, PC<br>317 6TH AVENUE<br>SUITE 400<br>DES MOINES, IA  50309 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.841 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | ORACLE AMERICA, INC.<br>2300 ORACLE WAY<br>AUSTIN, TX  78741 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.842 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | ORACLE AMERICA, INC.<br>2300 ORACLE WAY<br>AUSTIN, TX  78741 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.843 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | ORACLE AMERICA, INC.<br>2300 ORACLE WAY<br>AUSTIN, TX  78741 |
| | **State the term remaining** | 10/08/2025 | |
| | **List the contract number of any government contract** | | |
| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest** | ESTIMATE | ORACLE AMERICA, INC.<br>2300 ORACLE WAY<br>AUSTIN, TX  78741 |
| | **State the term remaining** | 10/08/2025 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.845** **State what the contract or lease is for and the nature of the debtor's interest** ESTIMATE | ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.846** **State what the contract or lease is for and the nature of the debtor's interest** CUE DASHBOARD SERVICES AGREEMENT | ORANGE COUNTY PUBLIC HEALTH CHRISTOPHER RIED 1725 WEST 17TH ST SANTA ANA, CA 92706 |
| **State the term remaining** 10/12/2024 | |
| **List the contract number of any government contract** UNKNOWN | |
| **2.847** **State what the contract or lease is for and the nature of the debtor's interest** CUE DASHBOARD SERVICES AGREEMENT | ORION LABORATORIES 208 UTAH STREET SUITE 350 SAN FRANCISCO, CA 94103 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.848** **State what the contract or lease is for and the nature of the debtor's interest** LEGAL ENGAGEMENT LETTER | OSLER, HOSKIN & HARCOURT S.E.N.C.R.L./S.R.L. ERIC M. LEVY 1000, DE LA GAUCHETIÈRE STREET WEST SUITE 2100 MONTREAL, QC  H3B 4W5 CANADA |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.849** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE ORDER | OUTSOLVE 350 10TH AVENUE SUITE 1000 SAN DIEGO, CA 92102 |
| **State the term remaining** 09/11/2024 | |
| **List the contract number of any government contract** | |
| **2.850** **State what the contract or lease is for and the nature of the debtor's interest** SAAS SERVICES SCHEDULE | OVINTIV USA INC. 370 17TH STREET SUITE 1700 DENVER, CO 80202 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.851 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO MASTER ONLINE SERVICES AGREEMENT | OVINTIV USA INC.<br>373 17TH STREET<br>SUITE 1700<br>DENVER, CO  80202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.852 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES ORDER FORM | OWNBACKUP, INC.<br>940 SYLVAN AVE<br>ENGLEWOOD CLIFFS, NJ  07632 |
| | **State the term remaining** | 08/02/2026 | |
| | **List the contract number of any government contract** | | |
| 2.853 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCT REGULATORY SERVICES SCOPE OF WORK | PACE ANALYTICAL LIFE SCIENCES LLC<br>1311 HELMO AVENUE NORTH<br>OAKDALE, MN  55128 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.854 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | PACE ANALYTICAL LIFE SCIENCES LLC<br>GREG KRUPP, PRESIDENT<br>1311 HELMO AVENUE NORTH<br>OAKDALE, MN  55128 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.855 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | PALANTIR TECHNOLOGIES, INC.<br>100 HAMILTON AVENUE<br>PALO ALTO, CA  94301 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.856 | **State what the contract or lease is for and the nature of the debtor's interest** | RIDER ORDER FORM | PALANTIR TECHNOLOGIES, INC.<br>RYAN TAYLOR<br>1555 BLAKE STREET<br>SUITE 250<br>DENVER, CO  80202 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.857** **State what the contract or lease is for and the nature of the debtor's interest** CUE DASHBOARD SERVICES AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | PARADIGM OPERATIONS LP NATHAN APSEL 548 MARKET STREET #46425 SAN FRANCISCO, CA 94104 |
| **2.858** **State what the contract or lease is for and the nature of the debtor's interest** IMPLEMENTATION SERVICES STATEMENT OF WORK **State the term remaining** UNKNOWN **List the contract number of any government contract** | PASSAGEWAYS 333 N. ALABAMA SUITE 300 INDIANAPOLIS, IN 46204 |
| **2.859** **State what the contract or lease is for and the nature of the debtor's interest** DATA USE AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | PATIENTPOINT HEALTH TECHNOLOGIES, LLC 5901 E GALBRAITH ROAD SUITE R1000 CINCINNATI, OH 45236 |
| **2.860** **State what the contract or lease is for and the nature of the debtor's interest** PROGRAM PARTICIPATION AGREEMENT SUMMARY **State the term remaining** UNKNOWN **List the contract number of any government contract** | PATIENTPOINT HEALTH TECHNOLOGIES, LLC 8140 WALNUT HILL LANE SUITE 1000 DALLAS, TX 75231 |
| **2.861** **State what the contract or lease is for and the nature of the debtor's interest** PROGRAM PARTICIPATION AGREEMENT SUMMARY **State the term remaining** UNKNOWN **List the contract number of any government contract** | PATIENTPOINT HEALTH TECHNOLOGIES, LLC 8140 WALNUT HILL LANE SUITE 1000 DALLAS, TX 75231 |
| **2.862** **State what the contract or lease is for and the nature of the debtor's interest** TERMINATION AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | PATIENTPOINT HEALTH TECHNOLOGIES, LLC 8140 WALNUT HILL LANE SUITE 1000 DALLAS, TX 75231 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.863 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP CORRIE J. KLEKOWSKI 101 WEST BROADWAY NINTH FLOOR SAN DIEGO, CA 92101-8285 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.864 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDIA PLAN | PEACOCK 30 ROCKEFELLER PLAZA NEW YORK, NY 10112 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.865 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH AGREEMENT | PENNSYLVANIA PROFESSIONAL SOCCER (LLC) 2501 SEAPORT DRIVE CHESTER, PA 19013 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.866 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE MAINTENANCE AGREEMENT | PENSKE TRUCK LEASING CO., L.P ROUTE 10- GREEN HILLS P.O. BOX 563 READING, PA 19603 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.867 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT | PEPTINEO LLC 5901 INDIAN SCHOOL RD., NE STE. 208 ALBUQUERQUE, NM 87110 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.868 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH DISTRIBUTION AGREEMENT | PEPTINEO LLC 5901 INDIAN SCHOOL RD., NE STE. 208 ALBUQUERQUE, NM 87120 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.869 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | PEPTINEO LLC<br>5901 INDIAN SCHOOL RD., NE<br>STE. 208<br>ALBUQUERQUE, NM 87120 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.870 | **State what the contract or lease is for and the nature of the debtor's interest** | TEAMING AGREEMENT | PEPTINEO LLC<br>SHELDON JORDAN<br>5901 INDIAN SCHOOL RD., NE<br>STE. 208<br>ALBUQUERQUE, NM 87113 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.871 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | PETTIT KOHN INGRASSIA LUTZ & DOLIN<br>THOMAS S. INGRASSIA, ESQ.<br>11622 EL CAMINO REAL<br>SUITE 300<br>SAN DIEGO, CA 92130 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.872 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | PETTIT KOHN INGRASSIA LUTZ & DOLIN<br>THOMAS S. INGRASSIA, ESQ.<br>11622 EL CAMINO REAL<br>SUITE 300<br>SAN DIEGO, CA 92130 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.873 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO STATEMENT OF WORK #1 TO COLLABORATION AGREEMENT TEST-TO-TREAT PARTNERSHIP | PFIZER, INC<br>235 EAST 42ND STREET<br>NEW YORK, NY 10017 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.874 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | PHILADELPHIA PHILLIES<br>ATTN: CHRISTIAN BERMUNDEZ<br>ONE CITIZENS BANK WAY<br>PHILADELPHIA, PA 19148 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.875** **State what the contract or lease is for and the nature of the debtor's interest** SUPPLY AGREEMENT<br><br>**State the term remaining** 12/22/2024<br><br>**List the contract number of any government contract** | PI (PHYSIK INSTRUMENTE) L.P<br>DAVID REGO<br>16 ALBERT STREET<br>AUBURN, MA 01501 |
| **2.876** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | PITTSBURGH PIRATES<br>115 FEDERAL STREET<br>PITTSBURGH, PA 15212 |
| **2.877** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM #1<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | PITTSBURGH PIRATES<br>115 FEDERAL STREET<br>PITTSBURGH, PA 15212 |
| **2.878** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM #4<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | PITTSBURGH PIRATES<br>115 FEDERAL STREET<br>PITTSBURGH, PA 15212 |
| **2.879** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM #6<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | PITTSBURGH PIRATES<br>115 FEDERAL STREET<br>PITTSBURGH, PA 15212 |
| **2.880** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM #3<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | PITTSBURGH PIRATES<br>1701 27TH STREET E<br>BRADENTON, FL 34208 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.881 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #5 | PITTSBURGH PIRATES<br>1701 27TH STREET E<br>BRADENTON, FL 34208 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.882 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | PITTSBURGH PIRATES<br>CARL RANDOLPH<br>115 FEDERAL STREET<br>PITTSBURGH, PA 15212 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.883 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #7 | PITTSBURGH PIRATES<br>PNC PARK<br>115 FEDERAL STREET<br>PITTSBURGH, PA 15212 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.884 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #8 | PITTSBURGH PIRATES<br>PNC PARK<br>115 FEDERAL STREET<br>PITTSBURGH, PA 15212 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.885 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT | PLANET EQUITY GROUP, LLC AND ITS AFFILIATES (FORMERLY WINTERWYMAN)<br>800 HILLGROVE AVE STE 201<br>WESTERN SPRINGS, IL 60558-1470 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.886 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | PLATINUM EQUITY ADVISORS LLC<br>360 NORTH CRESCENT DRIVE<br>SOUTH BUILDING<br>BEVERLY HILLS, CA 90210 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.887 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER- CHILLER RENTAL-CUE HEALTH VISTA | POLYGON 1304 E. VALENCIA DR. FULLERTON, CA 92831 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.888 | **State what the contract or lease is for and the nature of the debtor's interest** | QUOTE | POLYGON 1304 E. VALENCIA DR. FULLERTON, CA 92831 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.889 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER | POSTMAN, INC. 201 MISSION STREET SUITE 2375 SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | 07/20/2024 | |
| | **List the contract number of any government contract** | | |
| 2.890 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | PPC INVESTMENT PARTNERS LP DBA PRITZKER PRIVATE CAPITAL 110 N. WACKER DRIVE SUITE 4400 CHICAGO, IL 60606 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.891 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | PPC INVESTMENT PARTNERS LP DBA PRITZKER PRIVATE CAPITAL 110 N. WACKER DRIVE SUITE 4400 CHICAGO, IL 60606 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.892 | **State what the contract or lease is for and the nature of the debtor's interest** | PLI PLUS SUBSCRIPTION RENEWAL AGREEMENT | PRACTISING LAW INSTITUTE 1177 AVENUE OF THE AMERICAS NEW YORK, NY 10036 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.893 **State what the contract or lease is for and the nature of the debtor's interest** | PRIVILEGED MEMBERSHIP AGREEMENT | PRACTISING LAW INSTITUTE<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.894 **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING SERVICES AGREEMENT | PRECISION BIOSPECIMEN SOLUTIONS, INC.<br>VP, BIOMATERIALS, GENERAL COUNSEL<br>2 BETHESDA METRO CENTER<br>SUITE 850<br>BETHESDA, MD 20814 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.895 **State what the contract or lease is for and the nature of the debtor's interest** | MISC DATA | PRECISION ELECTRIC GROUP INC<br>PRECISION ELECTRIC GROUP CA INC<br>2361 LA MIRADA DR<br>VISTA, CA 92081 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.896 **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT | PRECO, INC.<br>ATTN: KEN ARVEY<br>2251 WILLIS MILLER DRIVE<br>HUDSON, WI 54016 |
| **State the term remaining** | 08/26/2024 | |
| **List the contract number of any government contract** | | |
| 2.897 **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #1 TO TASK ORDER #11 | PREMIER RESEARCH INTERNATIONAL LLC<br>3800 PARAMOUNT PARKWAY<br>SUITE 400<br>MORRISVILLE, NC 27560 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.898 **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #1 TO TASK ORDER #9 | PREMIER RESEARCH INTERNATIONAL LLC<br>3800 PARAMOUNT PARKWAY<br>SUITE 400<br>MORRISVILLE, NC 27560 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.899 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #2 TO MASTER SERVICES AGREEMENT | PREMIER RESEARCH INTERNATIONAL LLC 3800 PARAMOUNT PARKWAY SUITE 400 MORRISVILLE, NC 27560 |
| | **State the term remaining** | 02/25/2025 | |
| | **List the contract number of any government contract** | | |
| 2.900 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE DASHBOARD SERVICES AGREEMENT | PRIVACY VAULTS ONLINE, INC. DBA PRIVO 17949 MAIN ST #1025 DUMFRIES, VA 22026 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.901 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIVO PRIVACY ASSURED- COPPA CONSULTING AND CERTIFICATION PROGRAM MEMBERSHIP AGREEMENT- RENEWAL ADDENDUM | PRIVACY VAULTS ONLINE, INC. DBA PRIVO 17949 MAIN ST. #1025 DUMFRIES, VA 22026 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CLIENT SERVICE AGREEMENT | PRN SOFTWARE LLC 1754 TECHNOLOGY DR. SUITE 2400 SAN JOSE, CA 95110 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.903 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CONSULTING AGREEMENT | PRODUCT DEVELOPMENT INC 2251 N RAMPART BLVD #2530 LAS VEGAS, NV 89128 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.904 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | PROFESSIONAL REFEREE ORGANIZATION 420 5TH AVE 7TH FLOOR NEW YORK, NY 10018 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.905 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE DASHBOARD SERVICES AGREEMENT | PROFESSIONAL REFEREE ORGANIZATION 420 5TH AVE 7TH FLOOR NEW YORK, NY 10018 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.906 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | PROFESSIONAL REFEREE ORGANIZATION 420 5TH AVE 7TH FLOOR NEW YORK, NY 10018 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.907 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | PROFESSIONAL REFEREE ORGANIZATION 420 5TH AVE 7TH FLR NEW YORK, NY 10018 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.908 | **State what the contract or lease is for and the nature of the debtor's interest** | INBOX MONSTER SERVICES AGREEMENT | PROJECT BORDEAUX CHIEF PRIVACY OFFICER 9935 D REA RD #234 CHARLOTTE, NC 28277 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.909 | **State what the contract or lease is for and the nature of the debtor's interest** | PROTOIO INC- OVERFLOW SERVICES AGREEMENT | PROTOIO INC ALEXIS PIPERIDES 44 MONTGOMERY ST. 3RD FLOOR SAN FRANCISCO, CA 94104 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.910 | **State what the contract or lease is for and the nature of the debtor's interest** | SCOPE OF WORK | PUBLIC INC. 50 WELLINGTON ST. EAST TORONTO, ON M5E 1C8 CANADA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.911 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NUMBER 2 TO SUPPLY AGREEMENT | PURITAN MEDICAL PRODUCTS COMPANY LLC<br>31 SCHOOL STREET<br>P.O. BOX 149<br>GUILFORD, ME  04457 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.912 | **State what the contract or lease is for and the nature of the debtor's interest** | MANUFACTURING QUALITY AGREEMENT | PURITAN MEDICAL PRODUCTS COMPANY LLC<br>31 SCHOOL STREET<br>P.O.BOX 149<br>GUILFORD, ME  04443 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.913 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDEMENT 1TO SUPPLY AGREEMENT | PURITAN MEDICAL PRODUCTS COMPANY LLC<br>31 SCHOOL STREET<br>P.O.BOX 149<br>GUILFORD, ME  04457 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.914 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF RENEWAL OF THE SUPPLY AGREEMENT | PURITAN MEDICAL PRODUCTS COMPANY LLC<br>ROBERT SCHULTZ<br>31 SCHOOL STREET<br>P.O. BOX 149<br>GUILFORD, ME  04457 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.915 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE ADDENDUM | PVERIFY, INC.<br>3002 DOW AVENUE<br>SUITE 508<br>TUSTIN, CA  92780 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.916 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PROFESSIONAL SERVICES AGREEMENT | QUANTIPHI, INC.<br>ATTN: ASIF HASAN, PRESIDENT & CO-FOUNDER<br>33 BOSTON POST ROAD WEST<br>SUITE 508<br>MARLBOROUGH, MA  01752 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.917** **State what the contract or lease is for and the nature of the debtor's interest** CUE HEALTH ORDER FORM **State the term remaining** UNKNOWN **List the contract number of any government contract** | QUIXOTE HOLDINGS CO. FLOOR 4, WILLOW HOUSE, CRICKET SQ. GRAND CAYMAN  KY-9010 CAYMAN ISLANDS |
| **2.918** **State what the contract or lease is for and the nature of the debtor's interest** MASTER AGREEMENT **State the term remaining** 09/11/2026 **List the contract number of any government contract** | R.R. DONNELLEY & SONS COMPANY ATTN: GENERAL COUNSEL 35 W. WACKER DRIVE CHICAGO, IL  60601 |
| **2.919** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO MASTER SERVICE AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | RALAND COMPLIANCE PARTNERS, LLC 1250 SOUTH GROVE AVENUE SUITE 200 BARRINGTON, IL  60010 |
| **2.920** **State what the contract or lease is for and the nature of the debtor's interest** DIRECT HIRE SERVICES AGREEMENT **State the term remaining** 05/13/2027 **List the contract number of any government contract** | RALAND COMPLIANCE PARTNERS, LLC 1250 SOUTH GROVE AVENUE SUITE 200 BARRINGTON, IL  60010 |
| **2.921** **State what the contract or lease is for and the nature of the debtor's interest** PROFESSIONAL SERVICES AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | RALAND COMPLIANCE PARTNERS, LLC 1250 SOUTH GROVE AVENUE SUITE 200 BARRINGTON, IL  60010 |
| **2.922** **State what the contract or lease is for and the nature of the debtor's interest** PROFESSIONAL SERVICES AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | RALAND COMPLIANCE PARTNERS, LLC 1250 SOUTH GROVE AVENUE SUITE 200 BARRINGTON, IL  60010 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.923 | **State what the contract or lease is for and the nature of the debtor's interest** | RAMP MASTER SERVICES AGREEMENT | RAMP BUSINESS CORPORATION<br>28 W 23RD ST, FL 2<br>NEW YORK, NY 10010 |
| | **State the term remaining** | 05/13/2025 | |
| | **List the contract number of any government contract** | | |
| 2.924 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | RAPHAEL SHAPIRO<br>ADDRESS REDACTED |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.925 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | RAPPAHANNOCK WESTMINSTER-CANTERBURY<br>ATTN: STUART A. BUNTING<br>132 LANCASTER DRIVE<br>IRVINGTON, VA 22480 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.926 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | RAPPAHANNOCK WESTMINSTER-CANTERBURY<br>ATTN: STUART A. BUNTING<br>132 LANCASTER DRIVE<br>IRVINGTON, VA 22480 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.927 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL FOR: CUE, INC. | RAYMOND HANDLING SOLUTIONS, INC.<br>9939 NORWALK BLVD<br>SANTA FE SPRINGS, CA 90670 |
| | **State the term remaining** | 03/05/2026 | |
| | **List the contract number of any government contract** | | |
| 2.928 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL | RAYNE WATER SYSTEMS<br>2011 WEST VISTA WAY<br>VISTA, CA 92083 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.929 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | RECHARGE, INC.<br>1507 20TH ST.<br>SANTA MONICA, CA 90404 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.930 | **State what the contract or lease is for and the nature of the debtor's interest** | CLOUD SERVICES AGREEMENT | REDOX, INC.<br>2020 EASTWOOD DRIVE<br>MADISON, WI 53704 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.931 | **State what the contract or lease is for and the nature of the debtor's interest** | REDOX ORDER FORM | REDOX, INC.<br>2020 EASTWOOD DRIVE<br>MADISON, WI 53704 |
| | **State the term remaining** | 11/30/2024 | |
| | **List the contract number of any government contract** | | |

| 2.932 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | REDWOOD PACIFIC MANAGEMENT, LLC<br>ATTN: MARQUES JOHNSON<br>171 MAIN ST.<br>SUITE 259<br>LOS ALTOS, CA 94022 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.933 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT | REPROMAGIC<br>ALI RASHIDI (ADMINISTRATION)<br>8585 MIRAMAR PLACE<br>SAN DIEGO, CA 92121 |
| | **State the term remaining** | 01/25/2027 | |
| | **List the contract number of any government contract** | | |

| 2.934 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO PURCHASE ORDER | RESONETICS, LLC<br>2251 WILLIS MILLER DRIVE<br>HUDSON, MN 54016 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.935 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #2 TO CUE HEALTH PURCHASE AGREEMENT | REVOLUTION MEDICINES, INC 700 SAGINAW DRIVE REDWOOD CITY, CA 94063 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.936 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | REVOLUTION MEDICINES, INC 700 SAGINAW DRIVE REDWOOD CITY, CA 94063 |
| | **State the term remaining** | 07/26/2024 | |
| | **List the contract number of any government contract** | | |
| 2.937 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER FORM -CONTACT CENTER SERVICES | RINGCENTRAL, INC. 20 DAVIS DRIVE BELMONT, CA 94002 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.938 | **State what the contract or lease is for and the nature of the debtor's interest** | INCREMENTAL ORDER FORM -CONTACT CENTER SERVICES | RINGCENTRAL, INC. 20 DAVIS DRIVE BELMONT, CA 94002 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.939 | **State what the contract or lease is for and the nature of the debtor's interest** | INITIAL ORDER FORM | RINGCENTRAL, INC. 20 DAVIS DRIVE BELMONT, CA 94002 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.940 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK FOR IMPLEMENTATION SERVICES | RINGCENTRAL, INC. 20 DAVIS DRIVE BELMONT, CA 94002 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.941** **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | RIVETERS HOCKEY 161 WORCHESTER RD., SUITE 606 FRAMINGHAM, MA 01701 |

| 2.941 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | RIVETERS HOCKEY 161 WORCHESTER RD., SUITE 606 FRAMINGHAM, MA 01701 |
|---|---|---|---|
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.942 | State what the contract or lease is for and the nature of the debtor's interest | ROAMING HUNGER CATERING SERVICES AGREEMENT | ROAMING HUNGER, INC 1001 GAYLEY AVE STE 24220 FIRST FLOOR LOS ANGELES, CA 90024 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.943 | State what the contract or lease is for and the nature of the debtor's interest | MATERIAL TRANSFER AGREEMENT | ROCHE MOLECULAR SYSTEMS INC 4300 HACIENDA DRIVE PLEASANTON, CA 94588 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.944 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTOR AGREEMENT | RON TEMPLE JR. ADDRESS REDACTED |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.945 | State what the contract or lease is for and the nature of the debtor's interest | CUE HEALTH ORDER FORM | ROOSEVELT GENERAL HOSPITAL 42121 US 70 PORTALES, NM 88130 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.946 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | ROOSEWOOD CREATIVE, INC ATTN: AMIR MOHAMADZADEH 12101 VENICE BLVD. LOS ANGELES, CA 90066 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.947 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | ROTAPLAST INTERNATIONAL, INC. ARZOO SALAMI 50 S. LINDEN AVE #8 SOUTH SAN FRANCISCO, CA 94080 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.948 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER - NETSUITE IMPLEMENTATION OPEN TASKS | RSM US LLP 201 FIRST STREET, SE SUITE 800 CEDAR RAPIDS, IA 52401 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.949 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | RSM US LLP 3430 CARMEL MOUNTAIN ROAD SUITE 200 SAN DIEGO, CA 92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.950 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | RSM US LLP 3430 CARMEL MOUNTAIN ROAD SUITE 200 SAN DIEGO, CA 92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.951 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | RSM US LLP 3430 CARMEL MOUNTAIN ROAD SUITE 200 SAN DIEGO, CA 92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.952 | **State what the contract or lease is for and the nature of the debtor's interest** | TAX SERVICES STATEMENT OF WORK | RSM US LLP 3430 CARMEL MOUNTAIN ROAD SUITE 200 SAN DIEGO, CA 92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.953 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | RSM/CUE TEST CUSTOMER 390 PONDEROSA DR. ALPINE, UT 84004 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.954 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | RSM/CUE TEST CUSTOMER 390 PONDEROSA DR. ALPINE, UT 84004 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.955 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | RSM/CUE TEST CUSTOMER 390 PONDEROSA DR. ALPINE, UT 84004 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.956 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | RSM/CUE TEST CUSTOMER 390 PONDEROSA DR. ALPINE, UT 84004 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.957 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREMENT | RUDER FINN INC 425 E. 53RD ST. NEW YORK, NY 10022 |
| | **State the term remaining** | 05/03/2025 | |
| | **List the contract number of any government contract** | | |
| 2.958 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | S-3 GROUP LLC 418 C STREET NE WASHINGTON, DC 20002 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.959 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | SAFE HEALTH SYSTEMS, INC. ATTN: MICHAEL TROSKA 1475 N. SCOTTSDALE RD SUITE 200 SCOTTSDALE, AZ 85257 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.960 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | SAFE HEALTH SYSTEMS, INC. ATTN: MICHAEL TROSKA 5455 WILSHIRE BLVD. STE 1260 LOS ANGELES, CA 90036 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.961 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | SAFE HEALTH SYSTEMS, INC. ATTN: MICHAEL TROSKA 5455 WILSHIRE BLVD. STE 1260 LOS ANGELES, CA 90036 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.962 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | SAFETY SKILLS LLC 519 NW 23RD STREET SUITE 200 OKLAHOMA CITY, OK 73103 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.963 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | SAINT JAMES PUBLIC SCHOOLS PO BOX 509 ST JAMES, MN 56081 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |
| 2.964 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | SALESFORCE.COM, INC 415 MISSION STREET 3RD FLOOR SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | 07/31/2024 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.965 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | SALESFORCE.COM, INC<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | 06/13/2025 | |
| | **List the contract number of any government contract** | | |
| 2.966 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | SALESFORCE.COM, INC<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | 06/13/2025 | |
| | **List the contract number of any government contract** | | |
| 2.967 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | SALESFORCE.COM, INC<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | 09/11/2024 | |
| | **List the contract number of any government contract** | | |
| 2.968 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | SALESFORCE.COM, INC<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | 06/13/2025 | |
| | **List the contract number of any government contract** | | |
| 2.969 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION AGREEMENT | SALESFORCE.COM, INC.<br>ATTN: SALES OPERATIONS<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.970 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | SAMSUNG SEMICONDUCTOR INC.<br>SUNG-MIN EUN<br>3655 NORTH FIRST STREET<br>SAN JOSE, CA 95134 |
| | **State the term remaining** | 06/29/2024 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.971 **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | SAMSUNG SEMICONDUCTOR, INC.<br>3655 NORTH FIRST STREET<br>SAN JOSE, CA 95134 |

| | | |
| --- | --- | --- |
| 2.971 **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | SAMSUNG SEMICONDUCTOR, INC.<br>3655 NORTH FIRST STREET<br>SAN JOSE, CA 95134 |
| **State the term remaining** | 09/15/2024 | |
| **List the contract number of any government contract** | | |
| 2.972 **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT | SAN DIEGO AMENITIES NO. 1, LLC<br>C/O ALEXANDRIA REAL ESTATE EQUITIES, INC. ATTN: CORPORATE SECRETARY<br>26 NORTH EUCLID AVENUE<br>PASADENA, CA 91101 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.973 **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT | SAN DIEGO AMENITIES NO. 1, LLC<br>C/O ALEXANDRIA REAL ESTATE EQUITIES, INC.<br>26 NORTH EUCLID AVENUE<br>PASADENA, CA 91101 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.974 **State what the contract or lease is for and the nature of the debtor's interest** | EVENT INDEMNITY AGREEMENT | SAN DIEGO BLOOD BANK<br>3636 GATEWAY CENTER DRIVE<br>SUITE 100<br>SAN DIEGO, CA 92102 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.975 **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH INC- SDBB: WORK ORDER #1 | SAN DIEGO BLOOD BANK<br>3636 GATEWAY CENTER DRIVE<br>SUITE 100<br>SAN DIEGO, CA 92104 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.976 **State what the contract or lease is for and the nature of the debtor's interest** | EVENT INDEMNITY AGREEMENT | SAN DIEGO BLOOD BANK<br>MICHAEL SCHAYER<br>3636 GATEWAY CENTER DRIVE<br>SUITE 100<br>SAN DIEGO, CA 92102 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.977 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # 5 | SAN DIEGO PADRES ACL<br>ATTN: JOJO TARANTINO<br>8131 W PARADISE LN<br>PEORIA, AZ 85382 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.978 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | SAN DIEGO PADRES<br>ATTN: ACCOUNTS PAYABLE<br>100 PARK BLVD<br>SAN DIEGO, CA 92101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.979 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # | SAN DIEGO PADRES<br>ATTN: ACCOUNTS PAYABLE<br>100 PARK BLVD<br>SAN DIEGO, CA 92101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.980 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # | SAN DIEGO PADRES<br>ATTN: ACCOUNTS PAYABLE<br>100 PARK BLVD<br>SAN DIEGO, CA 92101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.981 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # 7 | SAN DIEGO PADRES<br>ATTN: ACCOUNTS PAYABLE<br>100 PARK BLVD<br>SAN DIEGO, CA 92101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.982 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #1 | SAN DIEGO PADRES<br>ATTN: ACCOUNTS PAYABLE<br>100 PARK BLVD<br>SAN DIEGO, CA 92101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.983 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #4 | SAN DIEGO PADRES<br>ATTN: ACCOUNTS PAYABLE<br>100 PARK BLVD<br>SAN DIEGO, CA  92101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.984 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FROM # 2 | SAN DIEGO PADRES<br>ATTN: ACCOUNTS PAYABLE<br>100 PARK BLVD<br>SAN DIEGO, CA  92101 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.985 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # | SAN DIEGO PADRES<br>ATTN: JOJO TARANTINO<br>8131 W PARADISE LN<br>PEORIA, AZ  85382 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.986 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # 3 | SAN DIEGO PADRES<br>JOJO TARANTINO<br>8131 W PARADISE LN<br>PEORIA, AZ  85382 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.987 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #2 | SAN FRANCISCO GIANTS<br>ATTN: CHRISSY YUEN<br>24 WILLIE MAYS PLAZA<br>SAN FRANCISCO, CA  94107 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.988 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | SAN FRANCISCO GIANTS<br>ATTN: L.J. PETRA<br>24 WILLIE MAYS PLAZA<br>SAN FRANCISCO, CA  94107 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.989** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM#1 **State the term remaining** UNKNOWN **List the contract number of any government contract** | SAN FRANCISCO GIANTS RYO WATANABE 1802 N. 64TH ST. PHOENIX, AZ 85008 |
| **2.990** **State what the contract or lease is for and the nature of the debtor's interest** LETTER OF AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | SANMINA CORPORATION GARY SWITZER, SENIOR VICE PRESIDENT, MEDICAL SYSTEMS 13000 S. MEMORIAL PARKWAY H4381\438 (SCI PLANT 2) HUNTSVILLE, AL 35803 |
| **2.991** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO CUE HEALTH DONATION AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | SANTA CRUZ TODDLER CARE CENTER 1738 16TH AVE SANTA CRUZ, CA 95062 |
| **2.992** **State what the contract or lease is for and the nature of the debtor's interest** CHARITABLE DONATION AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | SANTA CRUZ TODDLER CARE CENTER 1738 16TH AVE SANTA CRUZ, CA 95062 |
| **2.993** **State what the contract or lease is for and the nature of the debtor's interest** LETTER AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | SARD VERBINNEN & CO., LLC 909 THIRD AVENUE NEW YORK, NY 10022 |
| **2.994** **State what the contract or lease is for and the nature of the debtor's interest** PROFESSIONAL SERVICES AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | SCHELLMAN & COMPANY, LLC 4010 W BOY SCOUT BLVD SUITE 600 TAMPA, FL 33607 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.995 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO STATEMENT OF WORK 2 | SCRIPTDROP, INC<br>855 GRANDVIEW AVE<br>#110<br>COLUMBUS, OH 43215 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.996 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO STATEMENT OF WORK 2 | SCRIPTDROP, INC<br>855 GRANDVIEW AVE<br>#110<br>COLUMBUS, OH 43215 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.997 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK 2 ( | SCRIPTDROP, INC<br>855 GRANDVIEW AVE<br>#110<br>COLUMBUS, OH 43215 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.998 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | SCRIPTDROP, INC<br>AMANDA EPP<br>855 GRANDVIEW AVE<br>#110<br>COLUMBUS, OH 43215 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.999 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE SUBCONTRACT AGREEMENT | SCRIPTDROP, INC<br>ATTN: AMANDA EPP, CEO<br>855 GRANDVIEW AVE<br>COLUMBUS, OH 43215 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1000 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #2 | SEATTLE MARINERS<br>1250 1ST AVE S<br>SEATTLE, WA 98134 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1001 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #2 | SEATTLE MARINERS<br>1250 1ST AVE S<br>SEATTLE, WA  98134 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1002 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | SEATTLE MARINERS<br>PEORIA SPORTS COMPLEX<br>15707 N 83RD AVE<br>PEORIA, AZ  85382 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1003 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | SEPTERNA, INC<br>250 EAST GRAND AVENUE<br>SUITE 65<br>SAN FRANCISCO, CA  94080 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1004 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | SEPTERNA, INC<br>250 EAST GRAND AVENUE<br>SUITE 65<br>SOUTH SAN FRANCISCO, CA  94080 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1005 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | SEPTERNA, INC<br>250 EAST GRAND AVENUE<br>SUITE 65<br>SOUTH SAN FRANCISCO, CA  94080 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1006 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | SEPTERNA, INC<br>250 EAST GRAND AVENUE<br>SUITE 65<br>SOUTH SAN FRANCISCO, CA  94080 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1007 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES ORDER | SERMO, INC.<br>200 PARK AVENUE SOUTH<br>SUITE 1310<br>NEW YORK, NY 10003 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1008 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM# | SF GIANTS MINOR<br>RYO WATANABE, SF GIANTS<br>1802 N. 64TH ST.<br>PHOENIX, AZ 85008 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1009 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | SIDLEY AUSTIN, LLP<br>MICHELLE RAMIREZ<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1010 | **State what the contract or lease is for and the nature of the debtor's interest** | PROCLIN PRODUCTS SCREENING - DISCLAIMER & WAIVER | SIGMA-ALDRICH, INC<br>3030 SPRUCE STREET<br>SAINT LOUIS, MI 63103 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1011 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH ORDER FORM | SILVER LAKE TECHNOLOGY MANAGEMENT, LLC<br>10080 NORTH WOLFE RD.<br>SUITE SW3-190<br>CUPERTINO, CA 95014 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1012 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | SISTER HOLDINGS LIMITED<br>34 PARK STREET,<br>LONDON W1K 2JD<br>UNITED KINGDOM |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1013 | **State what the contract or lease is for and the nature of the debtor's interest** | MULTIYEAR REFERENCE ORDER FORM | SKILLSURVEY<br>1 COUNTRY VIEW RD.<br>SUITE 102<br>MALVERN, PA 19355 |
| | **State the term remaining** | 02/28/2026 | |
| | **List the contract number of any government contract** | | |
| 2.1014 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT STORY PARTICIPATION AGREEMENT | SLALOM, LLC<br>821 2ND AVE<br>SUITE 1900<br>SEATTLE, WA 98104 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1015 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER 01 | SLALOM, LLC, DBA SLALOM CONSULTING<br>821 2ND AVE<br>SUITE 1900<br>SEATTLE, WA 98104 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1016 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER 01 | SLALOM, LLC, DBA SLALOM CONSULTING<br>821 2ND AVE<br>SUITE 1900<br>SEATTLE, WA 98104 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1017 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER 02 | SLALOM, LLC, DBA SLALOM CONSULTING<br>821 2ND AVE<br>SUITE 1900<br>SEATTLE, WA 98104 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1018 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER 02 | SLALOM, LLC, DBA SLALOM CONSULTING<br>821 2ND AVE<br>SUITE 1900<br>SEATTLE, WA 98104 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1019** **State what the contract or lease is for and the nature of the debtor's interest** CHANGE ORDER 03 **State the term remaining** UNKNOWN **List the contract number of any government contract** | SLALOM, LLC, DBA SLALOM CONSULTING 821 2ND AVE SUITE 1900 SEATTLE, WA 98104 |
| **2.1020** **State what the contract or lease is for and the nature of the debtor's interest** CHANGE ORDER 03 **State the term remaining** UNKNOWN **List the contract number of any government contract** | SLALOM, LLC, DBA SLALOM CONSULTING 821 2ND AVE SUITE 1900 SEATTLE, WA 98104 |
| **2.1021** **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK #22 **State the term remaining** UNKNOWN **List the contract number of any government contract** | SLALOM, LLC, DBA SLALOM CONSULTING 821 2ND AVE SUITE 1900 SEATTLE, WA 98104 |
| **2.1022** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICES AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | SLALOM, LLC, DBA SLALOM CONSULTING ATTN: BUSINESS & LEGAL AFFAIRS 821 2ND AVE SUITE 1900 SEATTLE, WA 98104 |
| **2.1023** **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK #19 **State the term remaining** UNKNOWN **List the contract number of any government contract** | SLALOM, LLC, DBA SLALOM CONSULTING NAGENDRA BALACHANDRA 821 2ND AVE SUITE 1900 SEATTLE, WA 98104 |
| **2.1024** **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK #09 **State the term remaining** UNKNOWN **List the contract number of any government contract** | SLALOM, LLC, DBA SLALOM CONSULTING SUZANN STONE 821 2ND AVE SUITE 1900 SEATTLE, WA 98104 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1025 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK #03 - CUE HEALTH, MARKETING CLOUD IMPLEMENTATION | SLALOM, LLC, DBA SLALOM CONSULTING TYLER MOWBREY 821 2ND AVE SUITE 1900 SEATTLE, WA 98104 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1026 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK #1 - SALESFORCE CRM IMPLEMENTATION | SLALOM, LLC, DBA SLALOM CONSULTING TYLER MOWBREY 821 2ND AVE SUITE 1900 SEATTLE, WA 98104 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1027 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK #3 - CUE HEALTH, MARKETING CLOUD IMPLEMENTATION | SLALOM, LLC, DBA SLALOM CONSULTING TYLER MOWBREY 821 2ND AVE SUITE 1900 SEATTLE, WA 98104 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1028 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE DASHBOARD SERVICES AGREEMENT | SLEEP MEDICINE SOLUTIONS NW 1380 112TH AVE NE #307 BELLEVUE, WA 98004 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1029 | **State what the contract or lease is for and the nature of the debtor's interest** | HIPAA BUSINESS ASSOCIATE AGREEMENT | SMARTSHEET INC. 500 108TH AVE NE SUITE 200 BELLVUE, WA 98004 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1030 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER Q-3372786 | SMARTSHEET INC. 500 108TH AVE NE SUITE 200 BELLVUE, WA 98004 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1031 | **State what the contract or lease is for and the nature of the debtor's interest** | PO CANCELLATION / CHANGE TO FORECAST | SMC LTD.<br>3250 BRICKWAY BLVD.<br>SANTA ROSA, CA 95403 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1032 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | SNYK, INC.<br>100 SUMMER ST.<br>7TH FLOOR<br>BOSTON, MA 02110 |
| | **State the term remaining** | 02/28/2025 | |
| | **List the contract number of any government contract** | | |
| 2.1033 | **State what the contract or lease is for and the nature of the debtor's interest** | THE SHRM22 EXPO APPLICATION & CONTRACT FOR EXHIBIT SPACE | SOCIETY FOR HUMAN RESOURCE MANAGEMENT<br>ATTN: JACLYN GRONSKE<br>1800 DUKE ST.<br>ALEXANDRIA, VA 22314 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1034 | **State what the contract or lease is for and the nature of the debtor's interest** | DELUXE WEBCAST SPONSORSHIP | SOCIETY FOR HUMAN RESOURCE MANAGEMENT<br>SHRM PUBLICATIONS<br>PO BOX 79482<br>BALTIMORE, MD 21279-0482 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1035 | **State what the contract or lease is for and the nature of the debtor's interest** | DELUXE WEBCAST SPONSORSHIP | SOCIETY FOR HUMAN RESOURCE MANAGEMENT<br>SHRM PUBLICATIONS<br>PO BOX 79482<br>BALTIMORE, MD 21279-0482 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1036 | **State what the contract or lease is for and the nature of the debtor's interest** | INFLUENCER AGREEMENT | SOPHIE JAFFE MANAGEMENT INC. F/S/O SOPHIE JAFFE<br>4144 KENWAY AVE.<br>VIEW PARK, CA 90008 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1037** **State what the contract or lease is for and the nature of the debtor's interest** ENGAGEMENT LETTER **State the term remaining** UNKNOWN **List the contract number of any government contract** | SPENCERSTUART 255 CALIFORNIA STREET SUITE 1400 SAN FRANCISCO, CA 94111 |
| **2.1038** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM #1 **State the term remaining** UNKNOWN **List the contract number of any government contract** | ST. LOUIS CARDINALS ROBERT BUTLER 4795 UNIVERSITY BLVD. CARDINALS COMPLEX JUPITER, FL 33458 |
| **2.1039** **State what the contract or lease is for and the nature of the debtor's interest** CUE HEALTH ORDER FORM **State the term remaining** 10/11/2024 **List the contract number of any government contract** | STARFISH NEUROSCIENCE ATTN.: REBEKAH ENGLISHBEE PO BOX 3485 BELLEVUE, WA 98004 |
| **2.1040** **State what the contract or lease is for and the nature of the debtor's interest** STERIGENICS SERVICE PROPOSAL **State the term remaining** UNKNOWN **List the contract number of any government contract** | STERIGENICS U.S., LLC 2015 SPRING ROAD SUITE #650 OAKBROOK, IL 60523 |
| **2.1041** **State what the contract or lease is for and the nature of the debtor's interest** SALES QUOTE **State the term remaining** UNKNOWN **List the contract number of any government contract** | STERIGENICS 10811 WITHERS COVE PARK DR. CHARLOTTE, NC 28278 |
| **2.1042** **State what the contract or lease is for and the nature of the debtor's interest** CUE HEALTH ORDER FORM **State the term remaining** UNKNOWN **List the contract number of any government contract** | STERILAB SOLUTIONS LLC 640 SOUTH SAN VINCENTE BOULEVARD SUITE 350 LOS ANGELES, CA 90048 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1043** **State what the contract or lease is for and the nature of the debtor's interest** <br> CUE HEALTH ORDER FORM <br><br> **State the term remaining** UNKNOWN <br><br> **List the contract number of any government contract** | STERILAB SOLUTIONS OF CALIFORNIA LLC <br> 2630 FRONT ST. <br> SAN DIEGO, CA 92103 |
| **2.1044** **State what the contract or lease is for and the nature of the debtor's interest** <br> CUE HEALTH ORDER FORM <br><br> **State the term remaining** UNKNOWN <br><br> **List the contract number of any government contract** | STONE CLINICAL LABORATORIES LLC <br> 615 BARONNE ST <br> SUITE 100 <br> NEW ORLEANS, LA 70113 |
| **2.1045** **State what the contract or lease is for and the nature of the debtor's interest** <br> FULL-SERVICE STATEMENT OF WORK ADDENDUM <br><br> **State the term remaining** UNKNOWN <br><br> **List the contract number of any government contract** | STREAMLINE VERIFY, LLC <br> 100 BOULEVARD OF THE AMERICAS <br> LAKEWOOD, NJ 08701 |
| **2.1046** **State what the contract or lease is for and the nature of the debtor's interest** <br> INDEPENDENT CONTRACTOR AGREEMENT <br><br> **State the term remaining** UNKNOWN <br><br> **List the contract number of any government contract** | SUNGHO YOUN DESIGN, LLC <br> 435 N WILSON AVE <br> APT 1 <br> PASADENA, CA 91106 |
| **2.1047** **State what the contract or lease is for and the nature of the debtor's interest** <br> CUE HEALTH ORDER FORM <br><br> **State the term remaining** 02/07/2025 <br><br> **List the contract number of any government contract** | SUPPORT BOAT LIMITED <br> 945 E. LAS OLAS BLVD <br> FORT LAUDERDALE, FL 33301 |
| **2.1048** **State what the contract or lease is for and the nature of the debtor's interest** <br> CUE HEALTH ORDER FORM <br><br> **State the term remaining** 12/18/2024 <br><br> **List the contract number of any government contract** | SUPPORT BOAT LIMITED <br> FLOOR 4, WILLOW HOUSE, CRICKET SQ. <br> GRAND CAYMAN KY-9010 <br> CAYMAN ISLANDS |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1049 | **State what the contract or lease is for and the nature of the debtor's interest** | NET 30 CREDIT APPLICATION FOR SWEET PAPER LLC | SWEET PAPER LLC<br>7660 FAY AVE.<br>SUITE A<br>LA JOLLA, CA 92037 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1050 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | SWEVEN INFOTECH, INC<br>153 W 27TH STREET<br>7TH FLOOR SUITE 700<br>NEW YORK, NY 10001 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1051 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL | SYSTEMS SOURCE<br>4685 MACARTHUR COURT<br>SUITE 100<br>NEWPORT BEACH, CA 92660 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1052 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | TALISAM LLC DBA ORIEL STAT A MATRIX (OSAM)<br>1095 MORRIS AVENUE<br>SUITE 103B<br>UNION, NJ 07083 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1053 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # 4 | TAMPA BAY RAYS<br>MARTY BRINKER - RAYS MILB<br>2300 EL JOBEAN RD.<br>PORT CHARLOTTE, FL 33948 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1054 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM # 5 | TAMPA BAY RAYS<br>MARTY BRINKER - TB RAYS; MINOR LEAGUE AFFILIATE MEDICAL COORDINATOR<br>2300 EL JOBEAN RD.<br>PORT CHARLOTTE, FL 33948 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1055 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM # 6 | TAMPA BAY RAYS<br>MARTY BRINKER - TB RAYS; MINOR LEAGUE AFFILIATE<br>MEDICAL COORDINATOR<br>2300 EL JOBEAN RD.<br>PORT CHARLOTTE, FL 33948 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1056 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM #6 | TAMPA BAY RAYS<br>MARTY BRINKER - TB RAYS; MINOR LEAGUE AFFILIATE<br>MEDICAL COORDINATOR<br>2300 EL JOBEAN RD.<br>PORT CHARLOTTE, FL 33948 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1057 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM #7 | TAMPA BAY RAYS<br>MARTY BRINKER - TB RAYS; MINOR LEAGUE AFFILIATE<br>MEDICAL COORDINATOR<br>2300 EL JOBEAN RD.<br>PORT CHARLOTTE, FL 33948 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1058 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM #3 | TAMPA BAY RAYS; OFFICE OF THE COMMISSIONER OF BASEBALL D/B/A MAJOR LEAGUE BASEBALL<br>2300 EL JOBEAN RD.<br>PORT CHARLOTTE, FL 33948 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1059 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM #1 | TAMPA BAY RAYS; OFFICE OF THE COMMISSIONER OF BASEBALL D/B/A MAJOR LEAGUE BASEBALL<br>MARTY BRINK<br>2300 EL JOBEAN RD.<br>PORT CHARLOTTE, FL 33948 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1060 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM #2 | TAMPA BAY RAYS; OFFICE OF THE COMMISSIONER OF BASEBALL D/B/A MAJOR LEAGUE BASEBALL<br>MARTY BRINKER<br>2300 EL JOBEAN RD.<br>PORT CHARLOTTE, FL 33948 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1061** **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING SERVICES AGREEMENT | TASK TRENDS LLC 521 FORMBY DR. MCKINNEY, TX 75072 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.1062** **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK - PROFESSIONAL SERVICES AGREEMENT | TEAMCLASS, LLC 2602 BRIDGEWAY CT UNIT A AUSTIN, TX 78704 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.1063** **State what the contract or lease is for and the nature of the debtor's interest** | TECAN SERVICE CONTRACTS | TECAN 9401 GLOBE CENTER DRIVE SUITE 140 MORRISVILLE, NC 27560 |
| **State the term remaining** | 11/30/2024 | |
| **List the contract number of any government contract** | | |
| **2.1064** **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | TECEX 2A, RUE DES CAPUCINS LUXEMBOURG CITY 01313 LUXEMBOURG |
| **State the term remaining** | 06/19/2024 | |
| **List the contract number of any government contract** | | |
| **2.1065** **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | TECHOUTS SOLUTIONS INDIA PVT LTD 5G AND 5H, 2-48/5/6, VAISHNAVI CYNOSURE COMMERCIAL COMPLEX OLD MUMBAI HIGHWAY GACHIBOWLI HYDERABAD, TELANGANA 500032 INDIA |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| **2.1066** **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | TECHOUTS SOLUTIONS INDIA PVT LTD 5G AND 5H, 2-48/5/6, VAISHNAVI CYNOSURE COMMERCIAL COMPLEX OLD MUMBAI HIGHWAY GACHIBOWLI HYDERABAD, TELANGANA 500032 INDIA |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1067 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK #6 TO MASTER SERVICES AGREEMENT DATED AUGUST 4, 2022 | TECHOUTS, INC 13800 COPPERMINE ROAD SUITE 281 HERNDON, VA 20171 |
| | **State the term remaining** | 08/31/2024 | |
| | **List the contract number of any government contract** | | |
| 2.1068 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE DASHBOARD SERVICES AGREEMENT | TEMASEK INTERNATIONAL {USA} LLC 375 PARK AVE 14TH FLOOR NEW YORK, NY 10152 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1069 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | TEMASEK JOHN J. VASKE 375 PARK AVE 14TH FLOOR NEW YORK, NY 10152 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1070 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | TEMPLETON UNITED SCHOOL DISTRICT 1200 S. MAIN ST. TEMPLETON, CA 93465 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |
| 2.1071 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | TEMPPLACE HOLDER LTD C/O CSM ENERGY LTD 21 SPYROU KYPRIANOU AVENUE LIMASSOL 04042 CYPRUS |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1072 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | TEMPPLACE HOLDER LTD FLOOR 4, WILLOW HOUSE, CRICKET SQUARE CAYMAN ISLANDS KY1-9010 CAYMAN ISLANDS |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1073 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | TEMPPLACE HOLDER LTD<br>FLOOR 4, WILLOW HOUSE, CRICKET SQUARE<br>CAYMEN ISLANDS  Y1-9010<br>CAYMEN ISLANDS |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1074 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | TGS MANAGEMENT COMPANY LLC<br>17500 LAGUNA CANYON ROAD<br>IRVINE, CA  92618 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1075 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | TGS MANAGEMENT COMPANY LLC<br>33 WITHERSPOON ST.<br>THIRD FLOOR<br>PRINCETON, NJ  08542 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1076 | **State what the contract or lease is for and the nature of the debtor's interest** | SPONSORED CONTENT AGREEMENT | THE ADVISORY BOARD COMPANY<br>655 NEW YORK AVENUE<br>WASHINGTON, DC  20001 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1077 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE DASHBOARD SERVICES AGREEMENT | THE ALIVENESS PROJECT<br>MATTHEW HOPPE, DIRECTOR OF CLINICAL SERVICES<br>3808 NICOLLET AVE.<br>MINNEAPOLIS, MN  55409 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1078 | **State what the contract or lease is for and the nature of the debtor's interest** | AIMS PLATFORM - USE CASE STATEMENT OF WORK | THE ASSOCIATION OF PUBLIC HEALTH LABORATORIES, INC.<br>8515 GEORGIA AVENUE<br>SUITE 700<br>SILVER SPRING, MD  20910 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1079 | State what the contract or lease is for and the nature of the debtor's interest | FEE FOR SERVICES AGREEMENT | THE BOARD OF TRUSTEES UNIVERSITY OF ALABAMA<br>1720 2ND AVE SOUTH<br>ZRB 242<br>BIRMINGHAM, AL  35294 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | UNKNOWN | |
| 2.1080 | State what the contract or lease is for and the nature of the debtor's interest | CUE DASHBOARD SERVICES AGREEMENT | THE CENTER FOR HEALTH & PREVENTION AT CAPSLO<br>705 GRAND AVENUE<br>SAN LUIS OBISPO, CA  93401 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1081 | State what the contract or lease is for and the nature of the debtor's interest | CUE DASHBOARD SERVICES AGREEMENT | THE CENTER FOR TOXICOLOGY AND ENVIRONMENT HEALTH LLC<br>5120 NORTH SHORE DRIVE<br>NORTH LITTLE ROCK, AR  72118 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1082 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM #1 | THE CINCINNATI REDS<br>C/O PATRICK SERBUS<br>3125 S WOOD BLVD<br>GOODYEAR, AZ  85338 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1083 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM #2 | THE DETROIT TIGERS<br>ATTN: KEVIN RAND<br>2301 LAKELAND HILLS BLVD.<br>LAKELAND, FL  33805 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1084 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM #2 | THE DETROIT TIGERS<br>KEVIN RAND<br>2301 LAKELAND HILLS BLVD.<br>LAKELAND, FL  33805 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1085** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICES AGREEMENT **State the term remaining** 08/03/2024 **List the contract number of any government contract** | THE EFFICACY GROUP LLC 14050 CHERRY AVE STE R PMB 1090 FONTANA, CA 92337 |
| **2.1086** **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK **State the term remaining** UNKNOWN **List the contract number of any government contract** | THE EFFICACY GROUP LLC 14050 CHERRY AVE STE R PMB 1090 FONTANA, CA 92337 |
| **2.1087** **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK **State the term remaining** UNKNOWN **List the contract number of any government contract** | THE EFFICACY GROUP LLC 14050 CHERRY AVE STE R PMB 1090 FONTANA, CA 92337 |
| **2.1088** **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK **State the term remaining** UNKNOWN **List the contract number of any government contract** | THE EFFICACY GROUP LLC 1844 E. RIDGE PIKE STE 108 PMB 1025 ROYERSFORD, PA 19468 |
| **2.1089** **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK **State the term remaining** UNKNOWN **List the contract number of any government contract** | THE EFFICACY GROUP LLC 1844 E. RIDGE PIKE STE 108 PMB 1025 ROYERSFORD, PA 19468 |
| **2.1090** **State what the contract or lease is for and the nature of the debtor's interest** APPLICATION FOR A PLAN OF GROUP INSURANCE **State the term remaining** UNKNOWN **List the contract number of any government contract** | THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA MICHAEL STEWART 4400 MACARTHUR BOULEVARD SUITE 150 NEWPORT BEACH, CA 92660 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1091** State what the contract or lease is for and the nature of the debtor's interest | CUE HEALTH ORDER FORM | THE JOHN HOPKINS HEALTH SYSTEM CORPORATION AND UNIVERSITY 3910 KESWICK RD SOUTH SUITE 4300A BALTIMORE, MD 21211 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |
| **2.1092** State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE INFORMATION USE AND DISCLOSURE AGREEMENT | THE JOHNS HOPKINS HEALTH SYSTEMS CORPORATION AND THE JOHNS HOPKINS UNIVERSITY 1812 ASHLAND AVENUE SUITE 300 BALTIMORE, MD 21205 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |
| **2.1093** State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK NO. 1 TO THE MASTER SERVICES AGREEMENT | THE LEADERSHIP EDGE INC. P.O. BOX 2051 LA JOLLA, CA 92038 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |
| **2.1094** State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK NO. 2 TO THE MASTER SERVICES AGREEMENT | THE LEADERSHIP EDGE INC. PO BOX 2051 LA JOLLA, CA 92038 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |
| **2.1095** State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM #1 | THE OAKLAND A'S ATTN: JEFF COLLINS 160 E. ATHLETICS WAY MESA, AZ 85201 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | | |
| **2.1096** State what the contract or lease is for and the nature of the debtor's interest | MATERIAL TRANSFER AGREEMENT | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA ON BEHALF OF ITS DAVIS CAMPUS UC DAVIS INNOVATION ACCESS 1850 RESEARCH PARK SUITE 100 DAVIS, CA 95618-6134 |
| State the term remaining | UNKNOWN | |
| List the contract number of any government contract | UNKNOWN | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1097** **State what the contract or lease is for and the nature of the debtor's interest**    CLINICAL STUDY AGREEMENT <br><br> **State the term remaining**    UNKNOWN <br><br> **List the contract number of any government contract** | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA <br> ATTN. OFFICE OF CLINICAL TRIALS ADMINISTRATION; REF: <br> OCTA PD 49690, SUSAN LITTLE, M.D. <br> 9500 GILMAN DRIVE <br> MC 0990 <br> LA JOLLA, CA 92093-0990 |
| **2.1098** **State what the contract or lease is for and the nature of the debtor's interest**    AMENDMENT TO RESEARCH COLLABORATION AGREEMENT <br><br> **State the term remaining**    UNKNOWN <br><br> **List the contract number of any government contract** | THE SCRIPPS RESEARCH INSTITUTE <br> 10550 NORTH TORREY PINES ROAD <br> LA JOLLA, CA 92037 |
| **2.1099** **State what the contract or lease is for and the nature of the debtor's interest**    COLLABORATION, DATA SHARING AND OPTION AGREEMENT <br><br> **State the term remaining**    UNKNOWN <br><br> **List the contract number of any government contract** | THE SCRIPPS RESEARCH INSTITUTE <br> ATTENTION: GENERAL COUNSEL <br> 10550 NORTH TORREY PINES ROAD <br> LA JOLLA, CA 92037 |
| **2.1100** **State what the contract or lease is for and the nature of the debtor's interest**    CUE HEALTH ORDER FORM <br><br> **State the term remaining**    UNKNOWN <br><br> **List the contract number of any government contract** | THE SYDNEY MASAKI TEST COMPANY <br> 4980 CARROLL CANYON RD. <br> SUITE 100 <br> SAN DIEGO, CA 92121 |
| **2.1101** **State what the contract or lease is for and the nature of the debtor's interest**    ADDENDUM TO LEASE AGREEMENT <br><br> **State the term remaining**    UNKNOWN <br><br> **List the contract number of any government contract** | THERMO FISHER FINANCIAL SERVICES, INC <br> 168 THIRD AVENUE <br> WALTHAM, MA 02451 |
| **2.1102** **State what the contract or lease is for and the nature of the debtor's interest**    ADDENDUM TO LEASE AGREEMENT N-;100-10184844 <br><br> **State the term remaining**    UNKNOWN <br><br> **List the contract number of any government contract** | THERMO FISHER FINANCIAL SERVICES, INC <br> 168 THIRD AVENUE <br> WALTHAM, MA 02451 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1103 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO LEASE AGREEMENT NO: 100-10172577 | THERMO FISHER FINANCIAL SERVICES, INC 168 THIRD AVENUE WALTHAM, MA 02451 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1104 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO LEASE AGREEMENT NO: 100-10172577 | THERMO FISHER FINANCIAL SERVICES, INC 168 THIRD AVENUE WALTHAM, MA 02451 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1105 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO LEASE AGREEMENT NO:100-10172581 | THERMO FISHER FINANCIAL SERVICES, INC 168 THIRD AVENUE WALTHAM, MA 02451 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1106 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | THERMO FISHER FINANCIAL SERVICES, INC 168 THIRD AVENUE WALTHAM, MA 02451 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1107 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | THERMO FISHER FINANCIAL SERVICES, INC KELLY ROGERS 168 THIRD AVENUE WALTHAM, MA 02451 |
| | **State the term remaining** | 06/23/2024 | |
| | **List the contract number of any government contract** | | |

| 2.1108 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | THERMO FISHER SCIENTIFIC FINANCIAL SERVICES, INC. 168 THIRD AVENUE WALTHAM, MA 02451 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1109 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | THERMO FISHER SCIENTIFIC FINANCIAL SERVICES, INC. 168 THIRD AVENUE WALTHAM, MA 02451 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1110 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | THERMO FISHER SCIENTIFIC FINANCIAL SERVICES, INC. 168 THIRD AVENUE WALTHAM, MA 02451 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1111 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | THERMO FISHER SCIENTIFIC FINANCIAL SERVICES, INC. 168 THIRD AVENUE WALTHAM, MA 02451 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1112 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | THERMO FISHER SCIENTIFIC FINANCIAL SERVICES, INC. 168 THIRD AVENUE WALTHAM, MA 02451 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1113 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | THERMO FISHER SCIENTIFIC FINANCIAL SERVICES, INC. 168 THIRD AVENUE WALTHAM, MA 02451 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1114 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | THERMO FISHER SCIENTIFIC FINANCIAL SERVICES, INC. 168 THIRD AVENUE WALTHAM, MA 02452 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1115 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | THERMO FISHER SCIENTIFIC FINANCIAL SERVICES, INC. LEASE PROCESSING CENTER 168 THIRD AVENUE WALTHAM, MA 02451 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1116 | State what the contract or lease is for and the nature of the debtor's interest | TIKTOK VERIFICATION APPLICATION | TIKTOK 5800 BRISTOL PKWY, SUITE 100 CULVER CITY, CA 90230 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1117 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM AND TERMS OF SERVICES | TIPALTI 1810 GATEWAY DRIVE SUITE 300 SAN MATEO, CA 94404 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1118 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | TONAL 617 BRYANT ST SAN FRANCISCO, CA 94107 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1119 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM #1 | TORONTO BLUE JAYS 3031 GARRISON RD DUNEDIN, FL 34698 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1120 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM #3 | TORONTO BLUE JAYS 3031 GARRISON RD DUNEDIN, FL 34698 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1121 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM #4 | TORONTO BLUE JAYS<br>3031 GARRISON RD<br>DUNEDIN, FL  34698 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1122 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | TORONTO BLUE JAYS<br>ANDREW PIPKIN<br>3031 GARRISON RD<br>DUNEDIN, FL  34698 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1123 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | TORREY PARTNERS, LLC<br>3390 CAMEL MOUNTAIN ROAD<br>SUITE 150<br>SAN DIEGO, CA  92121 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1124 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE WITH MAINTENANCE SUPPLEMENT | TOSHIBA FINANCIAL SERVICES<br>PO BOX 790448<br>ST LOUIS, MO  63179-0448 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1125 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE WITH MAINTENANCE SUPPLEMENT | TOSHIBA FINANCIAL SERVICES<br>PO BOX 790448<br>ST LOUIS, MO  63179-0448 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1126 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE WITH MAINTENANCE SUPPLEMENT | TOSHIBA FINANCIAL SERVICES<br>PO BOX 790448<br>ST LOUIS, MO  63179-0448 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1127** **State what the contract or lease is for and the nature of the debtor's interest** LEASE WITH MAINTENANCE SUPPLEMENT | TOSHIBA FINANCIAL SERVICES PO BOX 790448 ST LOUIS, MO 63179-0448 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.1128** **State what the contract or lease is for and the nature of the debtor's interest** LEASE WITH MAINTENANCE SUPPLEMENT | TOSHIBA PO BOX 790448 ST LOUIS, MO 63179-0448 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.1129** **State what the contract or lease is for and the nature of the debtor's interest** LEASE WITH MAINTENANCE SUPPLEMENT | TOSHIBA PO BOX 790448 ST LOUIS, MO 63179-0448 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.1130** **State what the contract or lease is for and the nature of the debtor's interest** CUE HEALTH ORDER FORM | TOURING HEALTH LLC 3104 OAK RIDGE DR. HORSESHOE BAY, TX 78657 |
| **State the term remaining** 09/20/2024 | |
| **List the contract number of any government contract** | |
| **2.1131** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | TPG GLOBAL, LLC 301 COMMERCE ST STE 3300 FORT WORTH, TX 76102 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |
| **2.1132** **State what the contract or lease is for and the nature of the debtor's interest** DATA PROCESSING ADDENDUM | TPG GLOBAL, LLC DALIA DELEON 301 COMMERCE ST STE 3300 FORT WORTH, TX 76102 |
| **State the term remaining** UNKNOWN | |
| **List the contract number of any government contract** | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1133 | **State what the contract or lease is for and the nature of the debtor's interest** | MANAGED SERVICES CONTRACT | TPG INTERACTIVE, LLC<br>17757 US HIGHWAY 19<br>ATTN: GENERAL COUNSEL<br>CLEARWATER, FL 33764 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1134 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSULTING AGREEMENT | TPG INTERACTIVE, LLC<br>TPG INTERACTIVE, LLC<br>17757 US HIGHWAY 19<br>ATTN: GENERAL COUNSEL<br>CLEARWATER, FL 33764 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1135 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE DASHBOARD SERVICES AGREEMENT | TRANSIT TEAM INC.<br>1154 N. 5TH STREET<br>MINNEAPOLIS, MN 55411 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1136 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLUTIONS AGREEMENT | TRANSPERFECT TRANSLATIONS.COM<br>PHILLIP WEISBURD<br>401 B ST.<br>UNIT 2320<br>SAN DIEGO, CA 92101 |
| | **State the term remaining** | 06/24/2024 | |
| | **List the contract number of any government contract** | | |

| 2.1137 | **State what the contract or lease is for and the nature of the debtor's interest** | INTELLECTUAL PROPERTY ASSIGNMENT AGREEMENT | TREELINE INTERACTIVE, LLC<br>3725 MISSION BLVD.<br>SAN DIEGO, CA 92109 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1138 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT (MSA) WITH CUE | TREELINE INTERACTIVE, LLC<br>3725 MISSION BLVD.<br>SAN DIEGO, CA 92109 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.1139 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CLINICAL STUDY AGREEMENT | TRICORE REFERENCE LABORATORIES ATTN: CHIEF SCIENTIFIC OFFICER 1001 WOODWARD PLACE NE ALBUQUERQUE, NM 87102 |
| | **State the term remaining** | 08/17/2027 | |
| | **List the contract number of any government contract** | | |
| 2.1140 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CLINICAL STUDY AGREEMENT | TRICORE REFERENCE LABORATORIES ATTN: CHIEF SCIENTIFIC OFFICER 1001 WOODWARD PLACE NE ALBUQUERQUE, NM 87102 |
| | **State the term remaining** | 08/17/2027 | |
| | **List the contract number of any government contract** | | |
| 2.1141 | **State what the contract or lease is for and the nature of the debtor's interest** | MATERIALS TRANSFER AGREEMENT | TRICORE REFERENCE LABORATORIES ATTN: CHIEF SCIENTIFIC OFFICER 1001 WOODWARD PLACE NE ALBUQUERQUE, NM 87102 |
| | **State the term remaining** | 05/13/2027 | |
| | **List the contract number of any government contract** | | |
| 2.1142 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN ACCOUNT APPLICATION AND AGREEMENT | TRL SYSTEMS 9531 MILLIKEN AVE RANCHO CUCAMONGA, CA 91730 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1143 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #1 TO STATEMENT OF WORK #2 | TRUEPILL, INC 3121 DIABLO AVENUE HAYWARD, CA 94545 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1144 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #2 TO STATEMENT OF WORK #2 | TRUEPILL, INC 3121 DIABLO AVENUE HAYWARD, CA 94545 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1145 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO PURCHASE ORDER | TRU-FORM PLASTICS<br>14600 HOOVER STREET<br>WESTMINSTER, CA 92682 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1146 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | TURNER SPORTS, INC.<br>ATTN: BILL CALLEN<br>1015 TECHWOOD DRIVE<br>ATLANTA, GA 30318 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1147 | **State what the contract or lease is for and the nature of the debtor's interest** | HIPAA BUSINESS ASSOCIATE AGREEMENT | U.T. PHYSICIANS<br>CYNTHIA HUEHLEFELD<br>6410 FANNIN ST.<br>HOUSTON, TX 77030 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1148 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | U.T. PHYSICIANS, A TEXAS NON-PROFIT CORPORATION<br>CYNTHIA HUEHLEFELD<br>6410 FANNIN ST.<br>SUITE 1500<br>HOUSTON, TX 77030 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1149 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | UBER TECHNOLOGIES, INC.<br>1515 3RD ST<br>SAN FRANCISCO, CA 94111 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1150 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | ULYSSES LTD.<br>C/O CSM ENERGY LTD<br>21 SPYROU KYPRIANOU<br>LIMASSOL 04042<br>CYPRUS |
| | **State the term remaining** | 08/29/2024 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1151 | **State what the contract or lease is for and the nature of the debtor's interest** | UNBOUNCE CONCIERGE I PLAN | UNBOUNCE MARKETING SOLUTIONS, INC.<br>400-401 WEST GEORGIA STREET<br>VANCOUVER, BC  V6B 5A1 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1152 | **State what the contract or lease is for and the nature of the debtor's interest** | APPENDIX A TO DATA PROCESSING AGREEMENT | UNBOUNCE MARKETING SOLUTIONS, INC.<br>400-401 WEST GEORGIA STREET<br>VANCOUVER, BC  V6B 5A1<br>CANADA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1153 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING AGREEMENT | UNBOUNCE MARKETING SOLUTIONS, INC.<br>FELICIA BOCHICCHIO<br>400-401 WEST GEORGIA STREET<br>VANCOUVER, BC  V6B 5A1<br>CANADA |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1154 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER RESEARCH AGREEMENT | UNIVERSITY OF MARYLAND<br>620 W LEXINGTON STREET<br>4TH FLOOR<br>BALTIMORE, MD  21201 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |
| 2.1155 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | UNIVERSITY OF OREGON ATHLETICS<br>2727 LEO HARRIS PARKWAY<br>EUGENE, OR  97401 |
| | **State the term remaining** | 09/26/2024 | |
| | **List the contract number of any government contract** | | |
| 2.1156 | **State what the contract or lease is for and the nature of the debtor's interest** | HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT (HIPAA) TERMS AND CONDITIONS FOR BUSINESS ASSOCIATES | UNIVERSITY OF PITTSBURGH MEDICAL CENTER<br>600 GRANT STREET<br>U.S. STEEL TOWER, 59TH FLOOR<br>PITTSBURGH, PA  15219 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1157 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CUE HEALTH PURCHASE AGREEMENT | UNIVERSITY OF PITTSBURGH MEDICAL CENTER<br>ERIC BARCLAY<br>600 GRANT STREET<br>U.S. STEEL TOWER, 59TH FLOOR<br>PITTSBURGH, PA  15219 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |

| 2.1158 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | UNIVERSITY OF SAN FRANCISCO<br>2130 FULTON ST<br>SAN FRANCISCO, CA  94118 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | UNKNOWN | |

| 2.1159 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE ORDER | UNLEASH<br>700 WEST PARK AVENUE<br>ROCHESTER, NY  14604 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1160 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH PURCHASE AGREEMENT | UNTITLED INVESTMENTS<br>412 W 15TH ST<br>12 FL<br>NEW YORK, NY  10011 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1161 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | UPMC CHILDREN'S COMMUNITY PEDIATRICS<br>ATTN: JOHN WEDGE<br>UPMC P.O.BOX 4909<br>PORTLAND, OR  97208 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| 2.1162 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF AGREEMENT | URGENT CARE ASSOCIATION<br>SUITE A,  437<br>BATAVIA, IL  60510 |
|---|---|---|---|
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1163 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | US ARMY ACC<br>800 PARK OFFICE DRIVE<br>SUITE 4229<br>RESEARCH TRIANGLE, NC 27709 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1164 | **State what the contract or lease is for and the nature of the debtor's interest** | DISTRIBUTION AGREEMENT | US BIOTEK LABORATORIES LLC<br>16020 LINDEN AVE NORTH<br>SHORELINE, WA 98133 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1165 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 2 TO LABORATORY ANALYSIS & SERVICES AGREEMENT | US SPECIALTY LABS LP<br>15150 AVENUE OF SCIENCE<br>SUITE 100<br>SAN DIEGO, CA 92128 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1166 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LABORATORY ANALYSIS & SERVICES AGREEMENT | US SPECIALTY LABS LP<br>15150 AVENUE OF SCIENCE<br>SUITE 100<br>SAN DIEGO, CA 92128 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1167 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LABORATORY ANALYSIS & SERVICES AGREEMENT | US SPECIALTY LABS LP<br>15150 AVENUE OF SCIENCE<br>SUITE 100<br>SAN DIEGO, CA 92128 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1168 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | USA SWIMMING<br>1 OLYMPIC PLZ<br>COLORADO SPRINGS, CO 80909 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1169** **State what the contract or lease is for and the nature of the debtor's interest** CUE HEALTH PURCHASE AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | USAB 275 TEYON ST SUITE 100 COLORADO SPRINGS, CO 80903 |
| **2.1170** **State what the contract or lease is for and the nature of the debtor's interest** ORDER FORM **State the term remaining** 09/29/2024 **List the contract number of any government contract** | VALIDITY, INC. CHRISTOPHER LIN 100 SUMMER STREET SUITE 2900 BOSTON, MA 02110 |
| **2.1171** **State what the contract or lease is for and the nature of the debtor's interest** BUSINESS ASSOCIATE AGREEMENT **State the term remaining** UNKNOWN **List the contract number of any government contract** | VALLEY VIEW HOSPITAL ASSOCIATION 1906 BLAKE AVE GLENWOOD SPRINGS, CO 81601 |
| **2.1172** **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER ORDER FORM **State the term remaining** 09/30/2026 **List the contract number of any government contract** | VELOCITY EHS 222 MERCHANDISE MART PLAZA SUITE 1750 CHICAGO, IL 60654 |
| **2.1173** **State what the contract or lease is for and the nature of the debtor's interest** CUSTOMER ORDER FORM **State the term remaining** 08/31/2025 **List the contract number of any government contract** | VELOCITY EHS DOUG STATES 222 MERCHANDISE MART PLAZA SUITE 1750 CHICAGO, IL 60654 |
| **2.1174** **State what the contract or lease is for and the nature of the debtor's interest** STATEMENT OF WORK NO. 1 **State the term remaining** UNKNOWN **List the contract number of any government contract** | VERANEX, INC. 5420 WADE PARK BLVD. SUITE 204 RALEIGH, NC 27607 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1175 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | VEREDUS LABORATORIES PTE. LTD 83 SCIENCE PARK DRIVE #04-02 THE CURIE SINGAPORE SCIENCE PARK 1 SINGAPORE 118258 SINGAPORE |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1176 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE REPORT | VEREDUS LABORATORIES PTE. LTD 83 SCIENCE PARK DRIVE #04-02 THE CURIE SINGAPORE SCIENCE PARK 1 SINGAPORE 118258 SINGAPORE |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1177 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE AGREEMENT | VERO WATER INC 1680 MICHIGAN AVENUE PH7 MIAMI BEACH, FL 33139 |
| | **State the term remaining** | 06/14/2024 | |
| | **List the contract number of any government contract** | | |
| 2.1178 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT USE AGREEMENT | VERTICAL SOLUTIONS, INC DBA VSI PARYLENE 325 INTERLOCKEN PKWY BLDG. C BROOMFIELD, CO 80021 |
| | **State the term remaining** | 08/17/2027 | |
| | **List the contract number of any government contract** | | |
| 2.1179 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPERSEDES EXISTING AGREEMENT | VIDEOJET TECHNOLOGIES, INC 1500 MITTEL BOULEVARD WOOD DALE, IL 60191-1073 |
| | **State the term remaining** | 12/05/2024 | |
| | **List the contract number of any government contract** | | |
| 2.1180 | **State what the contract or lease is for and the nature of the debtor's interest** | NEW AGREEMENT | VIDEOJET 1500 MITTEL BOULEVARD WOOD DALE, IL 60191-1073 |
| | **State the term remaining** | 12/05/2024 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1181 | State what the contract or lease is for and the nature of the debtor's interest | CUE HEALTH ORDER FORM | VIRGINIA TASK FORCE 2 URBAN SEARCH & RESCUE 513 VIKING DR VIRGINIA BEACH, VA 23452 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1182 | State what the contract or lease is for and the nature of the debtor's interest | CUE HEALTH ORDER FORM | WARNER MEDIA BILL CALLEN 200 GLENLAKE COMMONS DRIVE DECATUR, GA 30030 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1183 | State what the contract or lease is for and the nature of the debtor's interest | STOCKING AGREEMENT | WAXIE SANITARY SUPPLY PO BOX 748802 LOS ANGELES, CA 90074-8802 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1184 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TWO TO CUE HEALTH AFFILIATE AGREEMENT | WAYMO LLC 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1185 | State what the contract or lease is for and the nature of the debtor's interest | CUE DEVELOPMENT REDESIGN | WE ARE JOY, LLC 1326 CORONA ST HERMOSA BEACH, CA 90254 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.1186 | State what the contract or lease is for and the nature of the debtor's interest | CUE DEVELOPMENT REDESIGN-SOW 9/3/2020 | WE ARE JOY, LLC 1326 CORONA ST HERMOSA BEACH, CA 90254 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1187** **State what the contract or lease is for and the nature of the debtor's interest** ADVISOR AGREEMENT<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | WENDI MURDOCH<br>ADDRESS REDACTED |
| **2.1188** **State what the contract or lease is for and the nature of the debtor's interest** STANDARD FORM INDUSTRIAL NET LEASE<br><br>**State the term remaining** 04/01/2027<br><br>**List the contract number of any government contract** | WESTCORE CG COMMERCE, LLC<br>C/O WESTCORE<br>4350 LA JOLLA VILLAGE DRIVE,<br>SUITE 900<br>SAN DIEGO, CA 92122 |
| **2.1189** **State what the contract or lease is for and the nature of the debtor's interest** PROGRAM AGREEMENT<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | WESTERN AIR CHARTER, INC. DBA JET EDGE<br>JET EDGE FINANCE<br>16700 C ROSCOE BLVD.<br>VAN NUYS, CA 91406 |
| **2.1190** **State what the contract or lease is for and the nature of the debtor's interest** WEBSITE SERVICE AGREEMENT<br><br>**State the term remaining** 06/01/2024<br><br>**List the contract number of any government contract** | WHEATON PARTNERS, LLC DBA CODEMAP<br>150 NORTH WACKER DRIVE<br>SUITE 1870<br>CHICAGO, IL 60606 |
| **2.1191** **State what the contract or lease is for and the nature of the debtor's interest** AMENDED AND RESTATED STATEMENT OF WORK NO. 2<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | WHEEL HEALTH, INC<br>2330 S. LAMAR BLVD.<br>#300<br>AUSTIN, TX 78704 |
| **2.1192** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT NO.2 TO TELEHEALTH COLLABORATION AGREEMENT<br><br>**State the term remaining** UNKNOWN<br><br>**List the contract number of any government contract** | WHEEL HEALTH, INC<br>2330 S. LAMAR BLVD.<br>#300<br>AUSTIN, TX 78704 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1193 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO TELEHEALTH COLLABORATION AGREEMENT | WHEEL HEALTH, INC 2330 S. LAMAR BLVD. #300 AUSTIN, TX 78704 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1194 | **State what the contract or lease is for and the nature of the debtor's interest** | CUE HEALTH ORDER FORM | WHEEL HEALTH, INC 2330 S. LAMAR BLVD. #300 AUSTIN, TX 78704 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1195 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK NO. 1 | WHEEL HEALTH, INC 2330 S. LAMAR BLVD. #300 AUSTIN, TX 78704 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1196 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK NO. 2 | WHEEL HEALTH, INC 2330 S. LAMAR BLVD. #300 AUSTIN, TX 78704 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1197 | **State what the contract or lease is for and the nature of the debtor's interest** | TELEHEALTH COLLABORATION AGREEMENT | WHEEL HEALTH, INC 2330 S. LAMAR BLVD. #300 AUSTIN, TX 78704 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1198 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT AGREEMENT | WILMER CUTLER PICKERING HALE AND DORR LLP 950 PAGE MILL ROAD PALO ALTO, CA 94304 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1199 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT AGREEMENT | WILSON SONSINI GOODRICH & ROSATI (WSGR) ONE MARKET PLAZA SPEAR PLAZA, SUITE 3300 SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1200 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER | WINSTON & STRAWN LLP 35 W. WACKER DRIVE CHICAGO, IL 60601 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1201 | **State what the contract or lease is for and the nature of the debtor's interest** | WITHUM'S PROPOSAL TO SERVE CUE HEALTH INC. | WITHUMSMITH+BROWN, PC 155 SEAPORT BLVD FL 3 BOSTON, MA 02134 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1202 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT WITH RESPECT TO IMMIGRATION LEGAL SERVICES | WOLFSDORF ROSENTHAL LLP 1416 2ND ST SANTA MONICA, CA 90401 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1203 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 TO THE PURCHASE AGREEMENT | WONDERFUL CENTER FOR HEALTH INNOVATION, INC 11444 W. OLYMPIC BLVD LOS ANGELES, CA 90064 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |
| 2.1204 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | WONDERFUL CENTER FOR HEALTH INNOVATION, INC LARRY WOLK 11444 W. OLYMPIC BLVD LOS ANGELES, CA 90064 |
| | **State the term remaining** | UNKNOWN | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.1205 **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | WONDERFUL CENTER FOR HEALTH INNOVATION, INC LAWRENCE WOLK, MD 11444 W. OLYMPIC BLVD LOS ANGELES, CA 90064 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.1206 **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | WONDERFUL CENTER FOR HEALTH INNOVATION, INC LAWRENCE WOLK, MD 11444 W. OLYMPIC BLVD LOS ANGELES, CA 90064 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.1207 **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | WONDERFUL CENTER FOR HEALTH INNOVATION, INC LAWRENCE WOLK, MD 11444 W. OLYMPIC BLVD LOS ANGELES, CA 90064 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.1208 **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT REGARDING LEGAL SERVICES | WOOD LLP 333 SACRAMENTO STREET SAN FRANCISCO, CA 94111-3601 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.1209 **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES ADDENDUM TO MSA | WORKDAY INC. 6110 STONERIDGE MALL ROAD PLEASANTON, CA 94588 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |
| 2.1210 **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | WORKDAY INC. 6110 STONERIDGE MALL ROAD PLEASANTON, CA 94588 |
| **State the term remaining** | UNKNOWN | |
| **List the contract number of any government contract** | | |

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1211** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> STATEMENT OF WORK <br><br> **State the term remaining** UNKNOWN <br><br> **List the contract number of any government contract** | WORKDAY INC. <br> 6110 STONERIDGE MALL ROAD <br> PLEASANTON, CA 94588 |
| **2.1212** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> ORDER: 100121-0674 <br><br> **State the term remaining** 10/12/2024 <br><br> **List the contract number of any government contract** | WORKIVA INC <br> 2900 UNIVERSITY BOULEVARD <br> AMES, IA 50010 |
| **2.1213** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> MASTER TERMS AND CONDITIONS <br><br> **State the term remaining** UNKNOWN <br><br> **List the contract number of any government contract** | WORKIVA <br> 2900 UNIVERSITY BOULEVARD <br> AMES, IA 50010 |
| **2.1214** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> LEASE AGREEMENT <br><br> **State the term remaining** 11/11/2024 <br><br> **List the contract number of any government contract** | XEROX FINANCIAL SERVICES, LLC <br> 201 MERRITT 7 <br> NORWALK, CT 06851 |
| **2.1215** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> LEASE AGREEMENT <br><br> **State the term remaining** 01/14/2025 <br><br> **List the contract number of any government contract** | XEROX FINANCIAL SERVICES, LLC <br> 201 MERRITT 7 <br> NORWALK, CT 06851 |
| **2.1216** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> CUE DASHBOARD SERVICES AGREEMENT <br><br> **State the term remaining** UNKNOWN <br><br> **List the contract number of any government contract** | YELLOWSTONE NATIONAL PARK <br> CARRIE CLAY <br> 324 POWERHOUSE RD <br> YELLOWSTONE NATIONAL PARK, WY 82190 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1217**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> CUE DASHBOARD SERVICES AGREEMENT <br><br> **State the term remaining**   04/23/2025 <br><br> **List the contract number of any government contract** | YOUR HEALTH AND WELLNESS <br> 3326 N 3RD AVE <br> STE. 201 <br> PHOENIX, AZ 85013 |
| **2.1218**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> ORDER FORM <br><br> **State the term remaining**   03/07/2026 <br><br> **List the contract number of any government contract** | ZEPLIN INC <br> 221 MAIN STREET <br> SAN FRANCISCO, CA 94105 |
| **2.1219**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> MEMORANDUM OF UNDERSTANDING <br><br> **State the term remaining**   UNKNOWN <br><br> **List the contract number of any government contract** | ZEPTOMETRIX CORPORATION <br> 878 MAIN STREET <br> BUFFALO, NY 14202 |
| **2.1220**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> SOFTWARE LICENSE AGREEMENT <br><br> **State the term remaining**   UNKNOWN <br><br> **List the contract number of any government contract** | ZOHO CORPORATION <br> 4141 HACIENDA DRIVE <br> PLEASANTON, CA 94588 |
| **2.1221**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> CONSULTING AGREEMENT <br><br> **State the term remaining**   UNKNOWN <br><br> **List the contract number of any government contract** | ZOHRAB BOSTANIAN <br> ADDRESS REDACTED |
| **2.1222**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> ZOOM ORDER FORM <br><br> **State the term remaining**   06/21/2024 <br><br> **List the contract number of any government contract** | ZOOM VIDEO COMMUNICATIONS INC <br> 55 ALMADEN BLVD. <br> 6TH FLOOR <br> SAN JOSE, CA 95113 |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors      12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.    **Does the debtor have any codebtors?**

    ☑ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes.

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/12/2024       ✗   /s/ Ian Sinnott
        MM / DD / YYYY             Signature of individual signing on behalf of debtor

                                      Ian Sinnott
                                      Printed name

                                      Authorized Representative
                                      Position or relationship to debtor