IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Cue Health Inc., *et al.*,[1] | Case No. 24-11096 (CTG) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Alan M. Root, hereby certify that on August 21, 2024, I caused to be served true and correct copies of the **Motion of the Chapter 7 Trustee for an Order Extending the Deadline to Remove Claims and Causes of Action**, to be served (i) by CM/ECF upon those parties registered to receive such electronic notifications in these cases, and (ii) by email upon the parties listed on the attached service list.

Dated:  August 21, 2024
         Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *Alan M. Root*
David W. Carickhoff (No. 3715)
Alan M. Root (No. 5427)
Kristi J. Doughty (No. 3826)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:  root@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable, are: Cue Health Inc. (2193), CHP HC, LLC (1932), and TrustedMedRx, LLC (8798).

**SERVICE LIST**

**By Email:**

Benjamin A. Hackman, Esquire
*Office of the United States Trustee*
Email:  benjamin.a.hackman@usdoj.gov

Erin R. Fay
Catherine C. Lyons
Wilson Sonsini Goodrich & Rosati, P.C.
Email: efay@wsgr.com
          clyons@wsgr.com

Raffi Khatchadourtan
Hemar, Rousso & Heald, LLP
Email: raffi@hrhlaw.com

Katharina Earle, Esq.
GIBBONS P.C.
E-mail: kearle@gibbonslaw.com
            rmalone@gibbonslaw.com
            btheisen@gibbonslaw.com

Gaye N. Heck, Esq.
BIALSON, BERGEN & SCHWAB, a Professional Corporation
Email: Gheck@bbslaw.com

Laura L. McCloud
TN Department of Revenue
Email: AGBankDelaware@ag.tn.gov

Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
Email: schristianson@buchalter.com

2